UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) 1:19-mc-0084 JPH-TAB | |
| The Application of: ) | |
| ) Case 1:19-cv- | |
| ELI SABAG, for an Order Pursuant to 28 ) | |
| U.S.C. § 1782 to Conduct Discovery for Use ) **FILED *EX-PARTE*** | |
| in Foreign Proceedings. ) | |

FILED
DEC 31 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

### *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Applicant Eli Sabag ("Mr. Sabag") hereby applies to the Court for an order pursuant to 28 U.S.C. §1782 seeking leave to obtain targeted discovery from Marion County Community Corrections ("MCCC") and various employees of MCCC and Marion County for use in an anticipated criminal investigation conducted before formal accusation in a foreign court. This application is supported by a Memorandum in Support and exhibits, including a Declaration of U.K. legal counsel, filed concurrently herewith. The discovery sought by Mr. Sabag is attached as composite Exhibit LL to the Appendix.

Dated: December 31, 2019

Respectfully submitted,

*[signature]*

Offer Korin, No.: 14014-49
Brooke Smith, No. 32427-03
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111
okorin@kkclegal.com
bsmith@kkclegal.com

Courtney Caprio [*Application pro hac vice pending*]
Florida Bar No. 933961
CAPRIO LAW, P.A.
40 N.W. 3rd St., Suite 200
Miami, Florida 33128
P: (786) 353-5760; F: 305-381-6869
courtney@capriolawgroup.com

*Counsel for Applicant, Eli Sabag*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2019, a copy of the foregoing *ex parte* document was filed in person with the Clerk of the United States District Court for the Southern District of Indiana.

*[signature]*

Offer Korin

KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111

2