UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | ) **1 : 1 9-mc-0 0 8 4 JPH -TAB** |
| The Application of: ) | ) |
| ) | ) Case 1:19-cv- |
| ELI SABAG, for an Order Pursuant to 28 ) | ) |
| U.S.C. § 1782 to Conduct Discovery for Use ) | ) **FILED *EX-PARTE*** |
| in Foreign Proceedings. ) | ) |

### [PROPOSED] ORDER

After review and consideration of Applicant Eli Sabag's ("Mr. Sabag" or "Applicant") *Ex Parte* Application for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 seeking leave to obtain discovery for use in a foreign proceeding (the "Application")[1], the Memorandum in Support of the Application and the discovery requests attached as Exhibit LL to the Appendix, the Court, having fully considered the papers on file, and good cause appearing, hereby GRANTS Mr. Sabag's Application.

It is hereby ORDERED that the Applicant is granted leave to issue a subpoena to MCCC – in substantially the same form as Exhibit LL to the Application – to require it to produce documents (the "Document Subpoena"), within 30 days of proper service (or on another mutually agreeable date selected by the Applicant and MCCC) to Katz Korin Cunningham, PC, 334 North Senate Avenue, Indianapolis, Indiana 46204, or to any other location mutually agreeable to the Applicant and MCCC.

It is FURTHER ORDERED that the Applicant is granted leave to issue a subpoena to Mr. John Deiter ("Mr. Deiter") (former employee of MCCC) – in substantially the same form as

---

[1] In the Application, Mr. Sabag seeks an order authorizing subpoenas requiring Marion County Community Corrections ("MCCC") and certain MCCC and Marion County, Indiana employees to provide discovery for use in connection with a contemplated criminal proceeding in the United Kingdom against Mr. Lars Windhorst.

Exhibit LL to the Application – to require him to produce documents and to sit for a videotaped deposition (the "Deiter Deposition"), within 30 days of MCCC's compliance with the Document Subpoena (or on another mutually agreeable date selected by the Applicant and Mr. Deiter) at Katz Korin Cunningham, PC, 334 North Senate Avenue, Indianapolis, Indiana 46204, or at any other location mutually agreeable to the Applicant and Mr. Deiter.

It is FURTHER ORDERED that the Applicant is granted leave to issue a subpoena to Mr. David Condon ("Mr. Condon") (employee of Marion County) – in substantially the same form as Exhibit LL to the Application – to require him to sit for a videotaped deposition, within 30 days of the Deiter Deposition (or on another mutually agreeable date selected by the Applicant and Mr. Condon) at Katz Korin Cunningham, PC, 334 North Senate Avenue, Indianapolis, Indiana 46204, or at any other location mutually agreeable to the Applicant and Mr. Condon.

SO ORDERED.


Date: _____          _____
                                 Judge, Southern District of Indiana

Distribution:

All ECF Counsel of Record