## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| The Application of: | ) |
| | ) Case 1:19-cv-0084 JPH-TAB |
| ELI SABAG, for an Order Pursuant to 28 | ) |
| U.S.C. § 1782 to Conduct Discovery for Use | ) **FILED *EX-PARTE*** |
| in Foreign Proceedings. | ) |

### *EX PARTE* APPENDIX OF EXHIBITS FOR
### APPLICANT'S MEMORANDUM IN SUPPORT OF APPLICATION
### FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE
### TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Mr. Eli Sabag ("Mr. Sabag"), by counsel, respectfully submits this Appendix of Exhibits for his Memorandum in Support of Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding, filed contemporaneity herewith Applicant's Application and supporting memorandum.

| **Exhibit:** | **Description:** |
|---|---|
| A. | Declaration of U.K. Legal Counsel, Peter Bibby |
| B. | Share Purchase Agreement, dated March 12, 2014 |
| C. | SEC Form 8-K, dated March 12, 2014 |
| D. | Cohen e-mail dated October 14, 2013 |
| E. | Cohen e-mail dated December 16, 2013 |
| F. | DuBois e-mail dated December 17, 2013 |
| G. | DuBois e-mail dated December 1, 2013 |
| H. | Loan Agreement dated March 16, 2014 |
| I. | SEC Schedule 13D, filed March 9, 2015 |

**Exhibit:** **Description:**

J. Cohen e-mail dated September 14, 2014

K. Dubois e-mail dated November 3, 2014

L. Put Option Agreement, dated March 16, 2014

M. Shard Capital letter dated March 11, 2014

N. Order of Indiana State Court, <u>Sabag v. Track Group</u>, Marion County, Indiana Case 49D14-1805-PL-17647, Order Dated April 1, 2019

O. Cohen e-mail dated October 16, 2013

P. Sapinda (Tsang) e-mail dated April 3, 2017

Q. Sapinda (Gardiner) e-mail dated April 27, 2017

R. Notice of Breach Letter dated May 3, 2017

S. Wall Street Journal Article dated September 11, 2019

T. SEC Schedule 13D dated June 21, 2017

U. Caribbean Supreme Court (BVI) Order Dated November 1, 2017 Setting Hearing

V. Malaysian Reserve Article dated February 7, 2019

W. Bloomberg Article dated June 21, 2019

X. Bloomberg Article dated July 16, 2019

Y. Fyber N.V. 2018 Annual Report

Z. Telegraph UK Article dated May 30, 2010

AA. Financial Times Article dated August 9, 2017

BB. Financial Times Article dated October 17, 2017

CC. Financial Times Article dated June 28, 2019

DD. SEC Form 10-Q for Track Group as of August 14, 2015

| Exhibit: | Description: |
|---|---|
| EE. | March 28, 2017 letter to Track Group |
| FF. | March 30, 2017 response letter from Track Group |
| GG. | April 4, 2016 letter from 3M |
| HH. | April 18, 2016 letter from Track Group |
| II. | June 19, 2017 letter with Records Request |
| JJ. | IndyGov internal e-mail string re: Track Group Contract |
| KK. | Section 8.04, Emergency Procurements -- Marion County Purchasing Manual |
| LL. | Sabag requests for discovery |
| MM. | Sabag Affidavit |
| NN. | December 10, 2019 Companies House Appointments Listing for Windhorst |

Respectfully Submitted,

*/s/ Offer Korin*
Offer Korin, No.: 14014-49
Brooke Smith, No. 32427-03
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111
okorin@kkclegal.com
bsmith@kkclegal.com

Courtney Caprio [*Application pro hac vice pending*]
Florida Bar No. 933961
CAPRIO LAW, P.A.
40 N.W. 3rd St., Suite 200
Miami, Florida 33128
P: (786) 353-5760; F: 305-381-6869
courtney@capriolawgroup.com

*Counsel for Applicant, Eli Sabag*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 31st day of December, 2019, a copy of the foregoing *ex parte* document was filed electronically.

              */s/ Offer Korin*
              Offer Korin

KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111