*Status:* This is the original version (as it was originally enacted).



# Financial Services Act 2012

### 2012 CHAPTER 21

### PART 7

#### OFFENCES RELATING TO FINANCIAL SERVICES

**89    Misleading statements**

(1) Subsection (2) applies to a person ("P") who—
  (a) makes a statement which P knows to be false or misleading in a material respect,
  (b) makes a statement which is false or misleading in a material respect, being reckless as to whether it is, or
  (c) dishonestly conceals any material facts whether in connection with a statement made by P or otherwise.

(2) P commits an offence if P makes the statement or conceals the facts with the intention of inducing, or is reckless as to whether making it or concealing them may induce, another person (whether or not the person to whom the statement is made)—
  (a) to enter into or offer to enter into, or to refrain from entering or offering to enter into, a relevant agreement, or
  (b) to exercise, or refrain from exercising, any rights conferred by a relevant investment.

(3) In proceedings for an offence under subsection (2) brought against a person to whom that subsection applies as a result of paragraph (a) of subsection (1), it is a defence for the person charged ("D") to show that the statement was made in conformity with—
  (a) price stabilising rules,
  (b) control of information rules, or
  (c) the relevant provisions of Commission Regulation (EC) No 2273/2003 of 22 December 2003 implementing Directive 2003/6/EC of the European Parliament and of the Council as regards exemptions for buy-back programmes and stabilisation of financial instruments.

(4) Subsections (1) and (2) do not apply unless—



Case 1:19-mc-00084-JPH-TAB   Document 6-3   Filed 12/31/19   Page 2 of 14 PageID #: 232

2

*Financial Services Act 2012 (c. 21)*
*PART 7 – Offences relating to financial services*
*Document Generated: 2019-09-03*

Status: *This is the original version (as it was originally enacted).*

(a) the statement is made in or from, or the facts are concealed in or from, the United Kingdom or arrangements are made in or from the United Kingdom for the statement to be made or the facts to be concealed,
(b) the person on whom the inducement is intended to or may have effect is in the United Kingdom, or
(c) the agreement is or would be entered into or the rights are or would be exercised in the United Kingdom.

*Status: This is the original version (as it was originally enacted).*



# Financial Services Act 2012

## 2012 CHAPTER 21

## PART 7

### OFFENCES RELATING TO FINANCIAL SERVICES

**92  Penalties**

(1) A person guilty of an offence under this Part is liable—
   (a) on summary conviction, to imprisonment for a term not exceeding the applicable maximum term or a fine not exceeding the statutory maximum, or both;
   (b) on conviction on indictment, to imprisonment for a term not exceeding 7 years or a fine, or both.

(2) For the purpose of subsection (1)(a) "the applicable maximum term" is—
   (a) in England and Wales, 12 months (or 6 months, if the offence was committed before the commencement of section 154(1) of the Criminal Justice Act 2003);
   (b) in Scotland, 12 months;
   (c) in Northern Ireland, 6 months.

*Status:* This is the original version (as it was originally enacted).



# Financial Services Act 2012

## 2012 CHAPTER 21

### PART 7

#### OFFENCES RELATING TO FINANCIAL SERVICES

**93  Interpretation of Part 7**

(1) This section has effect for the interpretation of this Part.

(2) "Investment" includes any asset, right or interest.

(3) "Relevant agreement" means an agreement—
  (a) the entering into or performance of which by either party constitutes an activity of a kind specified in an order made by the Treasury, and
  (b) which relates to a relevant investment.

(4) "Relevant benchmark" means a benchmark of a kind specified in an order made by the Treasury.

(5) "Relevant investment" means an investment of a kind specified in an order made by the Treasury.

(6) Schedule 2 to FSMA 2000 (except paragraphs 25 and 26) applies for the purposes of subsections (3) and (5) with references to section 22 of that Act being read as references to each of those subsections.

(7) Nothing in Schedule 2 to FSMA 2000, as applied by subsection (6), limits the power conferred by subsection (3) or (5).

(8) "Price stabilising rules" and "control of information rules" have the same meaning as in FSMA 2000.

(9) In this section "benchmark" has the meaning given in section 22(6) of FSMA 2000.

*Changes to legislation: There are currently no known outstanding effects for the Fraud Act 2006, Section 1. (See end of Document for details)*



# Fraud Act 2006

## 2006 CHAPTER 35

*Fraud*

**1      Fraud**

(1) A person is guilty of fraud if he is in breach of any of the sections listed in subsection (2) (which provide for different ways of committing the offence).

(2) The sections are—
  (a)   section 2 (fraud by false representation),
  (b)   section 3 (fraud by failing to disclose information), and
  (c)   section 4 (fraud by abuse of position).

(3) A person who is guilty of fraud is liable—
  (a)   on summary conviction, to imprisonment for a term not exceeding 12 months or to a fine not exceeding the statutory maximum (or to both);
  (b)   on conviction on indictment, to imprisonment for a term not exceeding 10 years or to a fine (or to both).

(4) Subsection (3)(a) applies in relation to Northern Ireland as if the reference to 12 months were a reference to 6 months.

**Changes to legislation:**
There are currently no known outstanding effects for the Fraud Act 2006, Section 1.

*Changes to legislation: There are currently no known outstanding effects for the Fraud Act 2006, Section 2. (See end of Document for details)*



# Fraud Act 2006

## 2006 CHAPTER 35

*Fraud*

**2  Fraud by false representation**

(1) A person is in breach of this section if he—
 (a) dishonestly makes a false representation, and
 (b) intends, by making the representation—
  (i) to make a gain for himself or another, or
  (ii) to cause loss to another or to expose another to a risk of loss.

(2) A representation is false if—
 (a) it is untrue or misleading, and
 (b) the person making it knows that it is, or might be, untrue or misleading.

(3) "Representation" means any representation as to fact or law, including a representation as to the state of mind of—
 (a) the person making the representation, or
 (b) any other person.

(4) A representation may be express or implied.

(5) For the purposes of this section a representation may be regarded as made if it (or anything implying it) is submitted in any form to any system or device designed to receive, convey or respond to communications (with or without human intervention).

7

**Changes to legislation:**
There are currently no known outstanding effects for the Fraud Act 2006, Section 2.

*Changes to legislation: There are currently no known outstanding effects for the Bribery Act 2010, Section 6. (See end of Document for details)*



# Bribery Act 2010

## 2010 CHAPTER 23

*Bribery of foreign public officials*

**6  Bribery of foreign public officials**

(1) A person ("P") who bribes a foreign public official ("F") is guilty of an offence if P's intention is to influence F in F's capacity as a foreign public official.

(2) P must also intend to obtain or retain—
   (a) business, or
   (b) an advantage in the conduct of business.

(3) P bribes F if, and only if—
   (a) directly or through a third party, P offers, promises or gives any financial or other advantage—
      (i) to F, or
      (ii) to another person at F's request or with F's assent or acquiescence, and
   (b) F is neither permitted nor required by the written law applicable to F to be influenced in F's capacity as a foreign public official by the offer, promise or gift.

(4) References in this section to influencing F in F's capacity as a foreign public official mean influencing F in the performance of F's functions as such an official, which includes—
   (a) any omission to exercise those functions, and
   (b) any use of F's position as such an official, even if not within F's authority.

(5) "Foreign public official" means an individual who—
   (a) holds a legislative, administrative or judicial position of any kind, whether appointed or elected, of a country or territory outside the United Kingdom (or any subdivision of such a country or territory),
   (b) exercises a public function—
      (i) for or on behalf of a country or territory outside the United Kingdom (or any subdivision of such a country or territory), or

2                                                                                          *Bribery Act 2010 (c. 23)*
                                                                                    *Document Generated: 2018-09-01*

*Changes to legislation: There are currently no known outstanding effects
for the Bribery Act 2010, Section 6. (See end of Document for details)*

    (ii) for any public agency or public enterprise of that country or territory (or subdivision), or

 (c) is an official or agent of a public international organisation.

(6) "Public international organisation" means an organisation whose members are any of the following—

 (a) countries or territories,
 (b) governments of countries or territories,
 (c) other public international organisations,
 (d) a mixture of any of the above.

(7) For the purposes of subsection (3)(b), the written law applicable to F is—

 (a) where the performance of the functions of F which P intends to influence would be subject to the law of any part of the United Kingdom, the law of that part of the United Kingdom,
 (b) where paragraph (a) does not apply and F is an official or agent of a public international organisation, the applicable written rules of that organisation,
 (c) where paragraphs (a) and (b) do not apply, the law of the country or territory in relation to which F is a foreign public official so far as that law is contained in—

    (i) any written constitution, or provision made by or under legislation, applicable to the country or territory concerned, or
    (ii) any judicial decision which is so applicable and is evidenced in published written sources.

(8) For the purposes of this section, a trade or profession is a business.



# Bribery Act 2010

### 2010 CHAPTER 23

*Other provisions about offences*

12  **Offences under this Act: territorial application**

(1) An offence is committed under section 1, 2 or 6 in England and Wales, Scotland or Northern Ireland if any act or omission which forms part of the offence takes place in that part of the United Kingdom.

(2) Subsection (3) applies if—
  (a) no act or omission which forms part of an offence under section 1, 2 or 6 takes place in the United Kingdom,
  (b) a person's acts or omissions done or made outside the United Kingdom would form part of such an offence if done or made in the United Kingdom, and
  (c) that person has a close connection with the United Kingdom.

(3) In such a case—
  (a) the acts or omissions form part of the offence referred to in subsection (2)(a), and
  (b) proceedings for the offence may be taken at any place in the United Kingdom.

(4) For the purposes of subsection (2)(c) a person has a close connection with the United Kingdom if, and only if, the person was one of the following at the time the acts or omissions concerned were done or made—
  (a) a British citizen,
  (b) a British overseas territories citizen,
  (c) a British National (Overseas),
  (d) a British Overseas citizen,
  (e) a person who under the British Nationality Act 1981 was a British subject,
  (f) a British protected person within the meaning of that Act,
  (g) an individual ordinarily resident in the United Kingdom,
  (h) a body incorporated under the law of any part of the United Kingdom,
  (i) a Scottish partnership.

2  Bribery Act 2010 (c. 23)
Document Generated: 2018-09-04

*Changes to legislation:* There are currently no known outstanding effects
for the Bribery Act 2010, Section 12. (See end of Document for details)

(5) An offence is committed under section 7 irrespective of whether the acts or omissions which form part of the offence take place in the United Kingdom or elsewhere.

(6) Where no act or omission which forms part of an offence under section 7 takes place in the United Kingdom, proceedings for the offence may be taken at any place in the United Kingdom.

(7) Subsection (8) applies if, by virtue of this section, proceedings for an offence are to be taken in Scotland against a person.

(8) Such proceedings may be taken—
    (a) in any sheriff court district in which the person is apprehended or in custody, or
    (b) in such sheriff court district as the Lord Advocate may determine.

(9) In subsection (8) "sheriff court district" is to be read in accordance with section 307(1) of the Criminal Procedure (Scotland) Act 1995.

*Changes to legislation: There are currently no known outstanding effects
for the Criminal Law Act 1977, Section 1. (See end of Document for details)*



# Criminal Law Act 1977

## 1977 CHAPTER 45

### PART I

#### CONSPIRACY

**1    The offence of conspiracy.**

[F1(1) Subject to the following provisions of this Part of this Act, if a person agrees with any other person or persons that a course of conduct shall be pursued which, if the agreement is carried out in accordance with their intentions, either—

    (a)   will necessarily amount to or involve the commission of any offence or offences by one or more of the parties to the agreement, or

    (b)   would do so but for the existence of facts which render the commission of the offence or any of the offences impossible,

he is guilty of conspiracy to commit the offence or offences in question.]

F2(1A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

F2(1B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Where liability for any offence may be incurred without knowledge on the part of the person committing it of any particular fact or circumstance necessary for the commission of the offence, a person shall nevertheless not be guilty of conspiracy to commit that offence by virtue of subsection (1) above unless he and at least one other party to the agreement intend or know that that fact or circumstance shall or will exist at the time when the conduct constituting the offence is to take place.

F3(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(4) In this Part of this Act "offence" means an offence triable in England and Wales F4. . ..

F2(5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

F2(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*Changes to legislation:* There are currently no known outstanding effects
for the Criminal Law Act 1977, Section 1. (See end of Document for details)

**Textual Amendments**

**F1**  S. 1(1) substituted (with saving) by Criminal Attempts Act 1981 (c. 47, SIF 39:1), s. **5(1)**

**F2**  S. 1(1A)(1B)(5)(6) repealed (4.9.1998) by 1998 c. 40, s. 9(1)(2), Sch. 1 Pt. II para. 4(a)(c), **Sch. 2 Pt.II** (with s. 9(3))

**F3**  S. 1(3) repealed (16.10.1992) by Trade Union and Labour Relations (Consolidation) Act 1992 (c. 52), ss. 300(1), 302, **Sch. 1** (with Sch. 3 para. 2).

**F4**  Words in s. 1(4) repealed (4.9.1998) by 1998 c. 40, s. 9(1)(2), Sch. 1 Pt. II para. 4(b), **Sch. 2 Pt.II** (with s. 9(3)).

**Modifications etc. (not altering text)**

**C1**  S. 1(1) modified (28.3.2009 for specified purposes, 31.10.2009 in so far as not already in force) by Armed Forces Act 2006 (c. 52), ss. **42(6)**, 383(2); S.I. 2009/812, art. 3(a)(b) (with transitional provisions in S.I. 2009/1059); S.I. 2009/1167, art. 4

**C2**  S. 1(1) modified (28.3.2009 for specified purposes, 31.10.2009 in so far as not already in force) by Armed Forces Act 2006 (c. 52), ss. **45(1)(a)**, 383(2); S.I. 2009/812, art. 3(a)(b) (with transitional provisions in S.I. 2009/1059); S.I. 2009/1167, art. 4

**C3**  S. 1(1) modified (16.10.1992) by Trade Union and Labour Relations (Consolidation) Act 1992 (c. 52), ss. 242, 302.

**C4**  S. 1(2) modified (28.3.2009 for specified purposes, 31.10.2009 in so far as not already in force) by Armed Forces Act 2006 (c. 52), ss. **42(6)**, 383(2); S.I. 2009/812, art. 3(a)(b) (with transitional provisions in S.I. 2009/1059); S.I. 2009/1167, art. 4

**C5**  S. 1(2) modified (28.3.2009 for specified purposes, 31.10.2009 in so far as not already in force) by Armed Forces Act 2006 (c. 52), ss. **45(1)(b)**, 383(2); S.I. 2009/812, art. 3(a)(b) (with transitional provisions in S.I. 2009/1059); S.I. 2009/1167, art. 4