| | |
|---|---|
| From: | Tatiana Cohen <Tatiana.Cohen@sapinda.com> |
| Sent: | Monday, October 14, 2013 4:41 AM |
| To: | Eli Sabag |
| Cc: | Lars Windhorst |
| Subject: | Signed put option offer |
| Attachments: | GPSGlobalTermsheet.pdf |

Dear Eli,

As discussed please find a signed option offer from Sapinda Asia.

Should you have any questions please let me know I will be happy to assist.

Kind regards,
Tatiana Cohen

The information contained in this communication from **tatiana.cohen@sapinda.com** sent at 2013-10-14 09:41:07 is confidential and may be legally privileged. It is intended solely for use by **eli@gpsglobal.co.il** and others authorised to receive it. If you are not **eli@gpsglobal.co.il** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Sapinda Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Sapinda Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.



EXHIBIT D

*Strictly private and confidential*

To:
**Eli Sabag,**
Owner and Chairman
GPS Global
23 Hataas St. Kfar Saba, Israel

London, 14.10.2013

Dear Mr. Sabag,

**Reference: indicative offer to enter into a Put Option contract (subject to contract and conditions precedent)**

We, LARS WINDHORST, residing at Apartment D.03.1, One Hyde Park The Residence at Mandarin Oriental, 100 Knightsbridge, London, SW1X 7LJ, United Kingdom and SAPINDA ASIA LIMITED, a BVI limited liability company with its registered address at OMC Chambers, Wickhams Cay 1, Road Town, Tortola, BVI, ("**Sapinda Asia**") (together the "**Investors**") would like to offer you the following with regards to a non-binding offer to acquire up to 100% of the share capital of GPS Global ("**GPSG**").

WHEREAS, Lars Windhorst is a sole direct shareholder of Sapinda Asia Limited;

WHEREAS, Sapinda Asia has in their possession, among other things, a majority ownership package of shares of Common Stock, par value $.0001, and share certificates for Common Stock of SecureAlert, Inc., a Utah corporation (the "**Company**" or "**SCRA**") (CUSIP 81373R109);

WHEREAS, SCRA has submitted to you a non-binding offer for acquiring a 100% of shares in GPSG by issuing 500,000 common shares of SCRA to you as consideration ("**Consideration**").

NOW, THEREFORE, the Investors wish to offer you a put option, whereby Sapinda Asia and the Seller shall enter into a separate Put Option Agreement on the 500,000 shares of SCRA, whereby the Seller shall have the right to sell the shares to the Investors on the terms and conditions set forth in this offer.

The following term sheet sets forth the material terms and conditions of the Put Option, subject to contract and conditions precedent as detailed below.

| Issue | Details |
|---|---|
| Reference Transaction | Acquisition by SCRA of shares of GPS Global ("**GPSG**") representing 100% of the share capital of GPSG from Mr. Eli Sabag (the "**Seller**") (the "**Reference Transaction**") |
| Underlying | 500,000 new common shares of SCRA paid to the Seller as Consideration upon satisfactory completion of the Reference Transaction. |
| Strike Price | 20 USD per common share of SCRA |
| Option Type | European (Exercisable on the date of expiry of the Term) |
| Option Term Commencement Date | The date of the completion of the Reference Transaction |

*Strictly private and confidential*

- 2 -

| Issue | Details |
|---|---|
| | |
| Option Expiration date | 24 months from the Option Term Commencement Date |
| Personal Guarantee | Performance of Sapinda Asia under the Put Option agreement shall be personally guaranteed by Mr. Lars Windhorst. |
| Confidentiality | This offer is confidential and shall not be disclosed to any person without the prior approval of the Investors other than (i) as required by law or court order, (ii) to the directors, officers and employees of GPSG and their advisors in connection to the offer, provided they have been informed of the confidential nature of such information and agree to keep it confidential. |
| Non-binding offer. Conditions Precedent | This offer is subject to the following conditions precedent:<br><br>-singing of a binding contract for acquisition of GPSG by SCRA for in a 100% share deal;<br><br>- satisfactory completion of the Acquisition by SCRA of GPSG and the receipt of the Underlying by the Seller. |

Should you wish to accept this proposal please countersign below and return to us. We look forward to working with you in an efficient manner to bring this transaction to a successful completion.

Yours sincerely,

[signatures to follow on the next page]

*Strictly private and confidential*

- 3 -

**Lars Windhorst**

London, 13 October 2013

_____

**Sapinda Asia Limited**

London, 13 October 2013

_____

Accepted and signed by

_____, ____October 2013


_____
Eli Sabag, Chairman and Owner
GPS Global