**From:** Tatiana Cohen <Tatiana.Cohen@sapinda.com>
**Sent:** Monday, December 2, 2013 3:35 AM
**To:** Eli Sabag
**Subject:** Re: Draft LOI

Eli
I would like to call you and discuss the loi with you. When is good?

Thanks
Tatiana

**From:** Eli Sabag [mailto:Eli@GPSGlobal.co.il]
**Sent:** Monday, December 02, 2013 08:00 AM
**To:** Guy Dubois <guy.dubois@securealert.com>; Eli Sabag <Eli@GPSGlobal.co.il>
**Cc:** Tatiana Cohen
**Subject:** RE: Draft LOI

Good morning
Thank you for the e mail
Will beck to you soon
Rgds
Eli


**Eli Sabag** | Chairman

Office: +972-9-7675675 | Fax: +972-9-7688882

Mobile: +972-50-5764288

eli@arazim.org | www.arazim.org



**From:** Guy Dubois [mailto:guy.dubois@securealert.com]
**Sent:** Sunday, December 01, 2013 11:56 PM
**To:** Eli Sabag
**Cc:** Tatiana Cohen
**Subject:** Re: Draft LOI

Dear Eli:

Thank you for your redlined version of the LOI. We very much appreciate your feedback and comments.

1


EXHIBIT G

Whilst we under no circumstances want to be difficult and make the LOI a complicated document, we both must remain realistic in our expectations. You have build a very nice company that we believe will allow us to grow our market share in many countries - but the product is still in need of a lot of work to make it a winner in international tenders. As you certainly know, having a good concept alone is not enough to make money. The money is made when we execute well. Our two companies will be able to do exactly that. And that is why I am also happy that you and your team will remain in the combined company to ensure we are successful.

I have attached the LOI with my feedback and comments:
I fully understand that you would like to see some cash at closing, and that is why I have changed our offer to pay you 500,000 USD in cash at closing. The balance within 2 years after closing.
Thailand is important for both of us, that is why it must remain a condition for the next 1MUSD. Selling the devices is not really an option - unless you could do that without any warranty on the product, which I do not believe will be possible.
The six month escrow will in reality not change anything to your valuation, but it is important that we both agree that the product needs to be further fine tuned and that we will have this done within 6 months. This keeps everybody focused on the task and it also will help me "sell" this transaction to the Board of Directors.
All other changes you have made are ok with me, except for the jurisdiction. Since we are a US listed company and we are the buyer, we will need to have US law. If you do not like Utah, we can make it NY.

Eli, I believe our offer to buy your company will allow you to create a lot of value for yourself. The SecureAlert share price should continue to increase as we grow and become more profitable. You will be one of our directors and will thus know and can influence everything we do worldwide. I am very confident that a combination of our two companies will surprise our competitors and will make a lot of customers come to us instead of the competition!

I am now on my way to Santiago but am available on my US phone. You may also want to call Tatiana. She and I are very aligned and she will be able to also answer any of your questions.

I am looking forward to receiving your positive feedback to our LOI.
Best,
Guy

The information contained in this communication from **tatiana.cohen@sapinda.com** sent at 2013-12-02 08:35:07 is confidential and may be legally privileged. It is intended solely for use by **eli@gpsglobal.co.il** and others authorised to receive it. If you are not **eli@gpsglobal.co.il** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Sapinda Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Sapinda Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.