| | |
|---|---|
| **From:** | Tatiana Cohen <Tatiana.Cohen@sapinda.com> |
| **Sent:** | Sunday, September 14, 2014 2:14 AM |
| **To:** | Eli Sabag |
| **Subject:** | Re: השב: השב: השב: |

כמה מניות בדיוק יש שם? כבר לא זוכרת

**From:** Eli Sabag [mailto:Eli@GPSGlobal.co.il]
**Sent:** Sunday, September 14, 2014 08:05 AM
**To:** Tatiana Cohen
**Subject:** השב: השב: השב:

בוקר טוב
המניות נמצאות הבוקר כבר אצלי בחשבון..
איך עושים את ההעברה?
לאן מעבירים ?
שבוע טוב

Eli Sabag
Gps Global

-------- הודעה מקורית --------
מאת: Tatiana Cohen
תאריך:10/09/2014 3:37 PM (GMT+02:00)
אל: Eli Sabag
נושא: Re: השב: השב:

יופי תודה רבה. אז נדבר כשזה אצלך.

**From:** Eli Sabag [mailto:Eli@GPSGlobal.co.il]
**Sent:** Wednesday, September 10, 2014 02:36 PM
**To:** Tatiana Cohen
**Subject:** השב: השב:

שלום טטיאנה
המניות נמצאות ב AST כבר שבועיים..
היתה עליהם הגבלה.. הצליחו לפני יומיים לשחרר את זה.. הבנק שלי צריך לקבל את זה בימים הקרובים ואז אודיע לך

Eli Sabag
Gps Global

-------- הודעה מקורית --------
מאת: Tatiana Cohen
תאריך:10/09/2014 2:58 PM (GMT+02:00)

1

EXHIBIT J

אל: Eli Sabag
נושא: Re: השב :השב:

Eli shalom,
How are the shares doing?

Tatiana

**From**: Eli Sabag [mailto:Eli@GPSGlobal.co.il]
**Sent**: Monday, August 25, 2014 04:40 AM
**To**: Tatiana Cohen
**Subject**: :השב :השב

בסדר
אעביר לישראל ואחכ ללארס
אעדכן אותך
דש

Eli Sabag
Gps Global

-------- הודעה מקורית --------
מאת: Tatiana Cohen
תאריך:24/08/2014 7:29 PM (GMT-07:00)
אל: Eli Sabag
נושא: Re: השב:

היי אלי.
סליחה לא יצא לי להתקשר ביום שישי כי היה הרבה לחץ.
זה לא אפשרי להעביר אותם לחשבון שלנו. זה עדיין לא בצורה אלקטרוני. אתה צריך להעביר אותם לחוץ לארה"ב בצורה אלקטרונית. ללארס אי אפשר לעשות את זה כי יש לא הגבלות.

אני הסברתי לך קודם זה חייב להכנס לחשבון שלך: חשבון נורמלי איפה שאתה מחזיק מניות אחרות שלך.

אם אין לך חשבון כזה אז חייבים לפתוח כמה שיותר מהר. אבל אני חושבת שדיברנו על זה שהבנק שלך בארץ חייב לקבל את זה.

בבקשה תגיד לי מה תעשה.

תודה
טטיאנה

**From**: Eli Sabag [mailto:Eli@GPSGlobal.co.il]
**Sent**: Monday, August 25, 2014 03:08 AM
**To**: Tatiana Cohen
**Subject**: :השב

הי טטיאנה
המניות שלי נמצאות ב:

American stock transfer

אני רוצה להעביר ישירות לחשבון שנתתני לי..
את חושבת שזה אפשרי ?

אני בארה"ב במשרדי החברה ..
אלי

Eli Sabag
Gps Global

-------- הודעה מקורית --------
מאת: Tatiana Cohen
תאריך: 21/08/2014 3:56 PM (GMT-07:00)
אל: Eli Sabag
נושא: Re:

שלום אלי
מה נשמע? אני אתקשר אליך מחר בצהריים ונדבר על זה. תודה ואני מקווה שהכל בסדר אצלכם.
דש.
טטיאנה

**From**: Eli Sabag [mailto:Eli@GPSGlobal.co.il]
**Sent**: Thursday, August 21, 2014 11:48 PM
**To**: Tatiana Cohen
**Subject**:

מה שלומך טטיאנה??
הרבה זמן לא דיברנו. .
אני רוצה שנדבר מחר בטלפון על המניות..
זה עכשיו ב ATS
אולי אפשר משם להעביר ישר לאן שתגידי לי
דש
אלי

Eli Sabag
Gps Global

The information contained in this communication from tatiana.cohen@sapinda.com sent at 2014-08-21 22:59:41 is confidential and may be legally privileged. It is intended solely for use by eli@gpsglobal.co.il and others authorised to receive it. If you are not eli@gpsglobal.co.il you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Sapinda Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Sapinda Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tatiana Cohen <Tatiana.Cohen@sapinda.com>

Exactly how many shares are there? Don't remember anymore.

**From**: Eli sabag [mailto:Eli@GPSGlobal.co.il]
**Sent**: Sunday, September 14, 2014 08:05 AM
**To**: Tatiana Cohen
**Subject**: reply: reply:reply:

Good morning
I have the shares in my account this morning.
How do you make the transfer?
Where do I go?
Good week

Eli Sabag
Gps Global

---------
 Original message--------
by: Tatiana Cohen
date: 10/09/2014 3:37 PM (GMT + 02:00)
to: Eli sabag  theme: Re  : Reply:  reply:

Thank you very much. Then We'il talk when you have it.

**From**: Eli sabag [mailto:Eli@GPSGlobal.co.il]
**Sent**: Wednesday, September 10, 2014 02:36 PM
**To**: Tatiana Cohen
**Subject**: reply:  reply:

Shalom Tatiana
The stocks have been in The AST for two weeks.
They had a limit on them. They managed to release it two days ago. My bank needs to get it in the next few days and I'il let you.

Eli Sabag
Gps Global

-------- Original message   --------
by: Tatiana Cohen
Date: 10/09/2014 2:58 PM (GMT + 2)
to: Eli sabag
carrier: Re:  reply:  reply:

Eli Shalom, how are
the shares doing?

Tatiana

**From:** Eli sabag [mailto:Eli@GPSGlobal.co.il]
**Sent:** Monday, August 25, 2014 04:40 AM
**To:** Tatiana Cohen
**Subject:** reply:

All right
I will transfer to Israel and the other to Lars.
Keep you posted.
Dash


Eli Sabag
Gps Global


-------- Original message --------
by: Tatiana Cohen
Date: 24/08/2014 7:29 PM (GMT-07:00)
to: Eli sabag
carrier: Re: reply:

Hey, Ellie.
Sorry I didn't get to call on Friday because there was a lot of pressure.
It's not possible to put them on our account. It's not yet electronically. You need to move them out of the states electronically.
Lars can't do this because there are no restrictions.

I explained to you first it must enter your account: A normal account where you hold your other stocks.

If you don't have that account then you must open as quickly as possible. But I think we've talked about how your bank in the country has to accept it.

Please tell me what you're going to do.

Thank you
Tatiana

**From:** Eli sabag [mailto:Eli@GPSGlobal.co.il]
**Sent:** Monday, August 25, 2014 03:08 AM
**To:** Tatiana Cohen
**Subject:** reply:

Hey, Tatiana.
My shares are at:

American Stock Transfer
I want to transfer directly to the account that you will give me...
Do you think that's possible?
I'm inthe U. S.Company office.
Me


Eli Sabag
Gps Global


-------- Original message --------
by: Tatiana Cohen
Date: 21/08/2014 3:56 PM (GMT-07:00)
to: Eli sabag
theme: Re:

Hello, Ellie.
How you doing? I'il call you tomorrow at noon and We'il talk about it. Thanks and I hope everything's okay with you.
Dash.
Tatiana

**From**: Eli sabag [mailto:Eli@GPSGlobal.co.il]
**Sent**: Thursday, August 21, 2014 11:48 PM
**To**: Tatiana Cohen
**Subject**:

How are you, Tatiana?
Long time no talk. .
I want to talk to you on the stock phone tomorrow.
It is now in ATS
Maybe we can just move straight to where you tell me.
Dash
Me


Eli Sabag
Gps Global

The information contained in this communication from tatiana.cohen@sapinda.com sent at 2014-08-21 22:59:41 is confidential and may be legally privileged. It is intended solely for use by eli@gpsglobal.co.il and others authorised to receive it. If you're not eli@gpsglobal.co.il **you** are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you're not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as