**From:**          Guy Dubois
**Sent:**          Monday, November 3, 2014 3:55 PM
**To:**            Eli Sabag
**Cc:**            Gordon Jesperson
**Subject:**       Share reporting


Eli - I checked with Gordon and he confirmed that <u>for now</u> you do not have to do a Form 4 reporting to the SEC. This may  change in the future, at which time we will certainly advise you about the requirements.
It goes however without saying that you should not buy, nor sell any shares based on insider information (not available to the public). We can discuss more when in TLV if needed.
Best,
Guy


--
Guy Dubois

Track Group
405 S Main Street
Suite 700
Salt Lake City, Utah 84111
United States

guy.dubois@trackgrp.com
Land +1 (801) 451-6141 x4009
Mobile +1 (801) 520-3580
Mobile +41 79 302 3056


www.trackgrp.com


+----------------------------------------------------------------------

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While we apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, we accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code.
Thank you.
+----------------------------------------------------------------------


EXHIBIT
K