

11 March 2014

Mr Eli Sabag
Maapilim 14
Kfar Saba
Israel

Dear Sir,

**Assets and Cash Position – Proof of Funds**

I confirm that Shard Capital Partners LLP currently holds marketable assets and cash for Sapinda Holding BV, Sapinda Asia BVI Limited and other Sapinda Group companies to a total value of well in excess of USD 150 million.

All securities are held in client money accounts segregated from Shard's own assets at Global Prime Partners Limited with Deutsche Bank AG and KAS Bank NV, who are their sub custodians.

Yours sincerely

JW E Lewis
Managing Partner

Shard Capital Partners LLP
1 Tudor Street
London
EC4Y 0AH

phone +44 (0)20 34 63 49 90
fax +44 (0)20 34 63 49 91
email info@shardcapital.com
www.shardcapital.com

Authorised and regulated by the Financial Services Authority

Registered Partnership number OC360394

