| | |
|---|---|
| **From:** | Tatiana Cohen <Tatiana.Cohen@sapinda.com> |
| **Sent:** | Wednesday, October 16, 2013 5:58 AM |
| **To:** | Eli Sabag |
| **Subject:** | Important |

Dear Eli,
Please don't copy me on emails to Secure Alert, but rather forward me the emails.
Also please do not copy Lars on these emails.
If you send your counterproposal to Lars, do not copy Guy and Gordon.
These parties should be handled separately.

Thanks!
Tatiana

**SAPINDA**

Tatiana Cohen
Head of Business Development for Sapinda Group
www.sapinda.com

Sapinda Deutschland GmbH
Friedrichstr. 95
D-10117 Berlin
Tel: +49 30 20 61 87 71
Fax: +49 30 20 61 87 20
Mobile: +44 7584 324 593
E-mail: tatiana.cohen@sapinda.com

HRB 118270, AG Berlin Charlottenburg
Geschäftsführung: Dr. Michael Naschke

The information contained in this communication from tatiana.cohen@sapinda.com sent at 2013-10-16 10:58:18 is confidential and may be legally privileged. It is intended solely for use by eli@gpsglobal.co.il and others authorised to receive it. If you are not eli@gpsglobal.co.il you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Sapinda Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Sapinda Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

1



EXHIBIT O