

Begin forwarded message:

> **From:** "Theresa" <theresa@kimbaco.com>
> **Date:** April 3, 2017 at 4:03:18 AM EDT
> **To:** 'אלי sabag' <eli@arazim.org>
> **Cc:** "'Austen Gardiner'" <Austen.Gardiner@sapinda.com>, "'Eoin Speight'" <Eoin.Speight@lw-office.com>
> **Subject: RE: Exercise Notice - Eli Sabag (additional information)**
>
> Dear Mr. Sabag,
>
> Please be advised that we do not have a copy of the put option agreement on hand, would you kindly forward us the same for reference.
>
> Kindly be you or your attorney contact our Mr. Austen Gardiner who is in charge of the subject case (see his contacts at the footnote of the email below) and c.c. to Mr. Eoin Speight at Eoin Speight <Eoin.Speight@lw-office.com> for information.
>
> Many thanks & regards
> Theresa
>
> **From:** Austen Gardiner [mailto:Austen.Gardiner@sapinda.com]
> **Sent:** Monday, April 03, 2017 3:49 PM
> **To:** Theresa Tsang (EXT) <theresa@kimbaco.com>
> **Cc:** Eoin Speight <Eoin.Speight@lw-office.com>
> **Subject:** Re: Exercise Notice - Eli Sabag (additional information)
>
> Dear Theresa,
>
> Do you have a copy of the put option agreement being referenced by Mr Sabag? If not, I will reach out to Mr. Sabag and his attorney.
>
> If you would prefer us to speak to his attorney, please have him contact me.
>
> Regards,
>
> Austen
>
> _____
> Austen Gardiner
> Head of Group Chairman's Office
>
>
> Sapinda Holding B.V.
> c/o Sapinda International Services B.V. (UK)
> 6th Floor

4



EXHIBIT P

23 Savile Row
London W1S 2ET

Office: +44 20 7087 7514
Mobile: +44 78 1010 1214
Mobile: +44 75 5727 3502
Email: austen.gardiner@sapinda.com

On 3 Apr 2017, at 06:13, Theresa <theresa@kimbaco.com> wrote:

> Dear Austen,
>
> Please refer to Eli Sabag's email below and the relevant attachment. This is for your further information and action.
>
> Kind regards
> Theresa
>
> **From:** אליsabag [mailto:eli@arazim.org]
> **Sent:** Saturday, April 01, 2017 12:39 AM
> **To:** theresa@kimbaco.com
> **Cc:** Lars Mail <Lars.Windhorst@sapinda.com>
> **Subject:** Exercise Notice - Eli Sabag (additional information)
>
> Dear Theresa,
>
> I am writing this email (on this March 31, 2017) to provide Sapinda Asia Limited ("Sapinda") with some additional information with respect to the attached Exercise Notice that I delivered to Sapinda on March 29, 2017.
>
> On March 30, 2017, one day after I sent the Exercise Notice to Sapinda, the General Counsel from Track Group Inc. (a company controlled by Sapinda) notified my attorney that Track Group did not intend to deliver to me the First Contingent Stock and the Second Contingent Stock in accordance with the Reference Transaction SPA.
>
> Of course, this letter from Track Group means that I will not likely be tendering the First Contingent Stock and Second Contingent Stock within the next 31 days as a part of the Put Option Agreement.
>
> I reserve all rights (and do not waive any rights) to tender the First Contingent Stock and the Second Contingent Stock to Sapinda under the Put Option Agreement at the agreed Strike Price should a tribunal of competent jurisdiction later determine that I should have received the First Contingent Stock and/or the Second Contingent Stock under the Reference Transaction SPA and/or the Put Option Agreement.
>
> For now, I will immediately deliver 152,391 shares in Track Group Inc. to Sapinda as stated in my Exercise Notice. My attorney, Jonathan Raz, will be reaching out to you on Monday (April 3, 2017) to coordinate the transfer of these shares. As you are aware, Section 3.4 of the Put Option Agreement requires that we cooperate in good faith to effectuate the transfer of the 152,391 shares for a payment of US $3,047,820.00.
>
> Best regards,
> Eli Sabag
>
> Attachment: Cover Letter and Exercise Notice