**From:** Austen Gardiner <Austen.Gardiner@sapinda.com>
**Sent:** Thursday, April 27, 2017 10:41 AM
**To:** jonathan@razorlaw.com
**Cc:** Eoin Speight; Lars Windhorst; S K. Kim; Theresa Tsang (EXT); Richard Winston
**Subject:** RE: Exercise Notice - Eli Sabag (additional information)

Dear Jonathan,

We have received your information and are having it reviewed by our in-house counsel.

I will be further in touch ASAP.

Best regards,

Austen

---

Austen Gardiner
Head of Group Chairman's Office

**SAPINDA**
Sapinda Holding B.V.
c/o Sapinda International Services B.V.(UK)
6th Floor
23 Savile Row
London W1S 2ET
Tel: +44 20 7087 7514
Mobile: +44 78 1010 1214
Mobile: +44 75 5727 3502
Email: austen.gardiner@sapinda.com

**From:** Jonathan Raz [mailto:jonathan@razorlaw.com]
**Sent:** 27 April 2017 15:40
**To:** Theresa Tsang (EXT); 'Richard Winston'
**Cc:** Eoin Speight; Austen Gardiner; Lars Windhorst; S K. Kim
**Subject:** RE: Exercise Notice - Eli Sabag (additional information)

Mr. Lars Windhorst, Mr. Austen Gardiner and Mr. Eoin Speight,

Kindly review the email string below and the attachments to this email, and kindly provide the information so i can transfer the shares of Track Group in exchange for the Strike Price of $20 per share, as set forth below.

Regards,

Jonathan

**From:** Theresa [mailto:theresa@kimbaco.com]
**Sent:** Thursday, April 27, 2017 5:03 PM
**To:** jonathan@razorlaw.com; 'Richard Winston' <Richard@winstonpa.com>


EXHIBIT Q

1

**Cc:** Eoin.Speight@lw-office.com; Austen.Gardiner@sapinda.com; 'Lars Windhorst - SAPINDA' <Lars.Windhorst@sapinda.com>; Dr. S.K. Kim (Sapinda) <skkim@sapinda.com>
**Subject:** RE: Exercise Notice - Eli Sabag (additional information)

Dear Jonathan,

This is to confirm that Mr. Lars Windhorst, Mr. Austen Gardiner and Mr. Eoin Speight are in charge of your subject case. Kindly refer all of your questions to them directly.

Many thanks & regards
Theresa

**From:** Jonathan Raz [mailto:jonathan@razorlaw.com]
**Sent:** Thursday, April 27, 2017 9:41 PM
**To:** 'Richard Winston'; theresa@kimbaco.com
**Cc:** Eoin.Speight@lw-office.com; Austen.Gardiner@sapinda.com
**Subject:** RE: Exercise Notice - Eli Sabag (additional information)

Dear Ms. Tsang,

I'm still waiting for your response to my email below, and the instructions from Sapinda, in accordance with Section 3.4 of the Put Option Agreement, on where to electronically deliver Mr. Sabag's 152,391 shares.

Regards,

Jonathan

**From:** Jonathan Raz [mailto:jonathan@razorlaw.com]
**Sent:** Tuesday, April 25, 2017 8:20 PM
**To:** 'Richard Winston' <Richard@winstonpa.com>; 'theresa@kimbaco.com' <theresa@kimbaco.com>
**Cc:** 'Eoin.Speight@lw-office.com' <Eoin.Speight@lw-office.com>; 'Austen.Gardiner@sapinda.com' <Austen.Gardiner@sapinda.com>
**Subject:** RE: Exercise Notice - Eli Sabag (additional information)

Dear Ms. Tsang,

We are following up with respect to Mr. Winston's e-mail communication dated April 3, 2017 addressed you, Mr. Gardiner, and Mr. Speight, and copied to me (attached below).

We did not receive any response.

As you know, Mr. Sabag provided his Put Option "Exercise Notice" to Sapinda Asia Limited ("Sapinda") per the attached document dated March 29, 2017.

I am the trustee who is holding Mr. Sabag's 152,391 shares in Track Group Inc. as evidenced by the attached "Direct Registration" document, pursuant to the ITA's requirement.

We are looking for instructions from Sapinda, in accordance with Section 3.4 of the attached Put Option Agreement, on where to electronically deliver Mr. Sabag's 152,391 shares.

Section 3.4 of the Put Option Agreement specifically provides that "the parties shall cooperate in good faith to make all arrangements and provide all documents and instruments required to allow the transfer of the SCRA Shares pursuant to the Put Option."

We look forward to receiving your instructions so that we may tender Mr. Sabag's shares on the "Option Exercise Date."

We would also appreciate Sapinda's confirmation that it is preparing to tender the agreed Strike Price of US $20 per share on the Option Exercise Date. Mr. Sabag has already provided bank wire instructions in his Exercise Notice.

Best regards,

Jonathan


**From:** Richard Winston [mailto:Richard@winstonpa.com]
**Sent:** Tuesday, April 04, 2017 12:18 AM
**To:** theresa@kimbaco.com
**Cc:** jonathan@razorlaw.com; Eoin.Speight@lw-office.com; Austen.Gardiner@sapinda.com
**Subject:** RE: Exercise Notice - Eli Sabag (additional information)

Mr. Tsang,
We serve as outside legal counsel to Eli Sabag ("Mr. Sabag").

You asked Mr. Sabag by email (below) dated April 3, 2017 to have his legal counsel reach out to you to provide a copy of the Put Option Agreement, dated March 16, 2014, entered into by and among Mr. Sabag, Sapinda Asia Limited ("Sapinda"), and Lars Windhorst (Mr. Windhorst) ("Put Option Agreement"). We have also copied Austen Gardiner and Eoin Speight on this email at your request.

The Put Option Agreement is attached. As you can see, you and Mr. Windhorst were the two signatories to a Power of Attorney dated January 27, 2014 that authorized Ms. Tatiana Cohen to execute the Put Option Agreement on behalf of Sapinda. Further, the Put Option (as defined below) is personally guaranteed by Mr. Windhorst himself.

As you are aware, our client sold his company, GPS Global, to Track Group Inc. ("Track Group," formerly called SecureAlert, Inc.) in a deal for $7,500,000 in stock of Track Group and $500,000 in other consideration. The deal was memorialized by the attached Stock Purchase Agreement ("SPA") dated March 12, 2014.

Of the total $8,000,000 purchase price, $2,900,000 of the price was paid with Restricted Stock in Track Group (152,391 shares), as defined in Section 2.3(b)(ii) of the SPA. In connection with the SPA, Sapinda granted Mr. Sabag the right to exercise a put option on the Restricted Stock (including, without limitation, the First Contingent Stock and the Second Contingent Stock) that Mr. Sabag was entitled to receive pursuant to the SPA (the "Put Option").

Pursuant to the Exercise Notice dated March 29, 2017 that Mr. Sabag provided to Sapinda (attached), Mr. Sabag has exercised his Put Option on all of his Restricted Stock. He has provided information to Sapinda for the wiring of funds, and he has asked for information regarding the means to execute the electronic transfer of the Restricted Stock to Sapinda. We have copied Jonathan Raz (Mr. Sabag's Israeli lawyer) on this email. He holds the Restricted Stock in an escrow account under his control, and he can electronically transfer the shares as directed by Sapinda.

As noted in the Exercise Notice and subsequent communication with Sapinda, Mr. Sabag reserves all rights and waives no claims with respect to his possible future exercise of the Put Option for the First Contingent Stock and the Second Contingent Stock.

Please feel free to contact us with any questions that you may have regarding this communication.

Best regards,
Richard

**Richard Winston**
**Richard L. Winston P.A.**
richard@winstonpa.com
**Office:** 305-668-5395
**Mobile:** 786-344-5222