RICHARD L. WINSTON P.A.
ATTORNEYS AT LAW

1395 Brickell Avenue
Suite 800
Miami, FL 33131
TEL: (305) 668-5395

May 3, 2017

**Via UPS Worldwide Express (#1Z0426W86692500922)
and Electronic Mail**

Sapinda Asia Limited
c/o Ms. Theresa Tsang
Rooms 803-4, 8/F
Hang Seng Bank Building
200 Hennessy Road
Wanchai
Hong Kong
Fax: (852) 3764 0813
Email: theresa@kimbaco.com

       Re:    **Notice of Breach of Put Option Agreement**

Dear Ms. Tsang:

      As you know, we represent Eli Sabag ("Mr. Sabag").

      We write in reference to the Put Option Agreement entered into by and among Mr. Sabag, Sapinda Asia Limited ("Sapinda"), and Lars Windhorst (Mr. Windhorst), dated March 16, 2014 ("Put Option Agreement") (Attachment #1).

      Under the Put Option Agreement, Sapinda provided Mr. Sabag, among other things, with the right to "put" his 152,391 shares in Track Group Inc. ("Track Group") to Sapinda for U.S. $20.00 per share ($3,047,820 total price). Track Group is a publicly-traded U.S. company, and its stock is currently trading at $2.90 per share. Thus, Mr. Sabag's put option rights have held substantial value.

      Sapinda is now in full breach of (and default under) the Put Option Agreement as a result of its failure to accept Mr. Sabag's shares by the option expiration date of May 1, 2017 ("Option Expiration Date").

      Mr. Sabag's served his Exercise Notice to Sapinda in a timely manner on March 29, 2017 (Attachment #2), and Sapinda was required under Section 3.4 of the Put Option Agreement to

EXHIBIT

R

cooperate with Mr. Sabag to provide instructions to allow Mr. Sabag to transfer his shares in Track Group by the Option Expiration Date.

Despite Mr. Sabag's multiple attempts (both himself and through his counsel) to obtain Sapinda's instructions to allow for the transfer of his shares (Attachment #3), Sapinda has failed to provide any transfer instructions to allow for the execution of the Put Option Agreement.

As you are aware, Mr. Windhorst personally guaranteed Sapinda's performance under the Put Option Agreement. Mr. Sabag will now be seeking performance from Mr. Windhorst in accordance with Section 7 of the Put Option Agreement, although Mr. Sabag reserves his full rights to pursue future claims against Sapinda for its breaches.

This letter is not intended to be a complete statement of the Mr. Sabag's legal position. Nothing contained herein shall be deemed a waiver of any of Mr. Sabag's rights, remedies, causes of action, defenses or contentions of law or fact, all of which are expressly reserved.

Very truly yours,

Richard L. Winston

Attachments:

(1) Put Option Agreement dated March 16, 2014
(2) Sabag Option "Exercise Notice" dated March 29, 2017
(3) E-mail communications with Sapinda

Copy (by e-mail): Mr. Lars Windhorst

2

RICHARD L. WINSTON P.A.
ATTORNEYS AT LAW

━━━●O●━━━

1395 Brickell Avenue
Suite 800
Miami, FL 33131
TEL: (305) 668-5395

May 5, 2017

**Via UPS Worldwide Express (#1Z0426W8D393358545)
and Electronic Mail**

Mr. Lars Windhorst
Sapinda
6th Floor
23 Savile Row
London W1S 2ET
United Kingdom
Tel: +44 (0) 20 7647 9876
Email: lars.windhorst@sapinda.com

Re:  **Demand for Guaranty of Put Option Agreement**

Dear Mr. Windhorst,

We represent Eli Sabag ("Mr. Sabag").

You are the personal guarantor with respect to a Put Option Agreement entered into between Mr. Sabag and Sapinda Asia Limited ("Sapinda"), dated March 16, 2014 ("Put Option Agreement") (Attachment A).

Under the Put Option Agreement, Sapinda provided Mr. Sabag, among other things, with the right to "put" his 152,391 shares in Track Group Inc. ("Track Group") to Sapinda for U.S. $20.00 per share ($3,047,820 total price). Track Group is a publicly-traded U.S. company, and its stock is currently trading at $2.80 per share. Thus, Mr. Sabag's put option rights have held substantial value.

Sapinda is now in default under the Put Option Agreement as a result of its failure to accept Mr. Sabag's shares by the option expiration date of May 1, 2017 ("Option Expiration Date"). Please see the attached letter (Attachment B) that we sent to Sapinda on May 3, 2017 which describes the default.

Section 7 of the Put Option Agreement provides:

In consideration of Seller [Mr. Sabag] and Sapinda Asia agreeing to enter into this agreement, Guarantor [Mr. Windhorst] irrevocably and unconditionally guarantees to the Seller and Sapinda Asia the due and punctual performance of the obligation of Sapinda Asia to purchase the SCRA Shares and pay the Strike Price per share pursuant to this agreement. The Guarantor shall pay to the Seller, promptly on demand any part of the Strike Price Sapinda Asia is at any time liable to pay to the Seller under or pursuant to this agreement and which has not been paid by the Purchaser in default of this agreement. The Guarantor's obligations under this clause 7 are primary obligations and not those of a mere surety and the Guarantor shall not have any right of protest or other similar right.

Mr. Sabag now makes his formal demand to you with respect to your guaranty to pay the $20 per share strike price for Mr. Sabag's shares, or $3,047,820. Mr. Sabag is not required to pursue any further claims against Sapinda before requiring your performance. Your guaranty under the Put Option Agreement requires that you show "due and punctual performance." We ask that you provide instructions so that our client can deliver his Track Group shares for the payment of the $20 strike price.

We hope that you will keep the promises that you made to Mr. Sabag when you convinced him to sell his company to Track Group (a publicly-traded U.S. company that you indirectly control through Sapinda). If we do not hear back from you within 10 days after the delivery of this letter, we will assume that you have no intent to perform under the guaranty. At that time, our client will commence the necessary legal action to collect what is legally owed to him.

Nothing contained in this letter shall be deemed as a waiver of any of Mr. Sabag's rights, remedies, causes of action, defenses or contentions of law or fact, all of which are expressly reserved.

Very truly yours,

Richard L. Winston

Attachments:

    (A) Put Option Agreement dated March 16, 2014
    (B) Letter to Sapinda dated May 3, 2017

Copy (by e-mail): Sapinda Asia Limited

RICHARD L. WINSTON P.A.
ATTORNEYS AT LAW
————————●○●————————

1395 Brickell Avenue
Suite 800
Miami, FL 33131
TEL: (305) 668-5395

May 25, 2017

<u>Via UPS Worldwide Express (#1Z0426W86697279137)</u>
<u>and Electronic Mail</u>

Mr. Lars Windhorst
Sapinda
6th Floor
23 Savile Row
London W1S 2ET
United Kingdom
Tel: +44 (0) 20 7647 9876
Email: lars.windhorst@sapinda.com

**Re:**   **Final Notice--Demand for Guaranty of Put Option Agreement**

Dear Mr. Windhorst:

As you know, we represent Eli Sabag ("Mr. Sabag").

We sent you a letter dated May 5, 2017 (attached) asking that you perform under your personal written agreement to guaranty the obligations of your wholly-owned subsidiary under the Put Option Agreement (dated May 16, 2014).

You did not respond to us. You promised through the Put Option Agreement to provide "due and punctual performance" in the event that your subsidiary did not perform. After sending our first letter more than two weeks ago without a response, we are sending one last letter to ask for your full performance.

To the extent that you do not perform in accordance with your written promises under the Put Option Agreement within the next seven (7) days, Mr. Sabag will consider you in full default of your personal obligations, and he will be initiating steps to pursue the appropriate legal action against you in the proper judicial forum.

We welcome your response to our letter within the next week.

Very truly yours,

Richard L. Winston

Attachments:  Letter to Lars Windhorst Dated May 5, 2017

Copy (by e-mail):  Sapinda Asia Limited (Theresa Tsang--theresa@kimbaco.com)