Received: Wed. 1st Nov. 2017, 12:55 p.m.   Filed: Wed. 1st Nov. 2017, 12:55 p.m.   BVIHC (COM) 2017/0189

Form R14A

The Insolvency Act 2003
The Insolvency Rules 2005

# Originating Application (Company)

Rule 14



| THE EASTERN CARIBBEAN SUPREME COURT |  |
|---|---|
| IN THE HIGH COURT OF JUSTICE |  |
| VIRGIN ISLANDS |  |
| COMMERCIAL DIVISION | 0189 |
| Matter No: | CLAIM NO. BVIHC (COM) [     ] of 2017 |
| Applicant: | ELI SABAG |
| Respondent: | SAPINDA ASIA LIMITED |

IN THE MATTER OF:

**SAPINDA ASIA LIMITED**

AND

IN THE MATTER OF SECTIONS 159(1)(a) AND 162(1)(a) OF THE BVI INSOLVENCY ACT, 2003 (as amended)

*For Court Use Only*

To: **SAPINDA ASIA LIMITED**, of OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands

This application will be heard by the Judge on the **18** day of **December 2017** for **15** mins., 2017 at a time to be specified in the Final Court List for the Commercial Division for the period in question. **sitting in St. Lucia**

If you do not attend at the time shown the Court may make an order in your absence.

We, Conyers Dill & Pearman, on behalf of the Applicant, hereby applies to the Court pursuant to Sections 159(1)(a), 162(1)(a) and 162(2)(b) of the BVI Insolvency Act, 2003 (as amended) (the "**Act**") for an order that:

1)  Christopher Farmer and Russell Crumpler ("**the Liquidators**") of the firm KPMG

1



EXHIBIT U

Received: Wed. 1st Nov. 2017, 12:55 p.m.    Filed: Wed. 1st Nov. 2017, 12:55 p.m.    BVIHC (COM) 2017/0189

(BVI) Limited located at PO Box 4467, 3rd Floor, Banco Popular Building, Road Town, Tortola, British Virgin Islands VG1110, be appointed as joint and several liquidators of Sapinda Asia Limited ("**the Company**"), pursuant to the BVI Insolvency Act, 2003 (as amended).

2) The Liquidators shall have the powers necessary to carry out the functions and duties of a liquidator under the BVI Insolvency Act, 2003 (as amended) ("**the Act**") and the powers conferred on him by the Act.

3) The powers of the Liquidators listed at paragraphs 2(a) to 2(e) of the draft Order shall only be exercisable with the sanction of the Court and the powers of the Liquidators listed at paragraphs 2(f) to 2(p) of the draft Order shall be exercisable without the sanction of the Court.

4) The costs of the liquidation including the proper fees and disbursements of the Liquidators are to be paid out of the assets of the Company, in priority to all other claims.

5) The Applicant is to be paid the costs of this Application, out of the assets of the Company in priority to the unsecured creditors of the Company.

A draft of the order sought is attached.

The grounds upon which the Applicant seeks the order may be summarized as follows, and are more fully set out in the Affidavit of Mr. Eli Sabag:

1) The Company was incorporated in the BVI on the August 24, 2010. The registered office of the Company is located at OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands.

2) The Applicant is a creditor of the Company in the amount of US$3,047,820.00 ("**the Debt**"). The Debt arose by reason of the Company's default of its obligations under a Put Option Agreement dated 16 March 2014 (the "**POA**") between the Applicant and the Company.

Received: Wed. 1st Nov. 2017, 12:55 p.m.       Filed: Wed. 1st Nov. 2017, 12:55 p.m.       BVIHC (COM) 2017/0189

3) Pursuant to the POA, the Company was obliged to purchase from the Applicant his 152,391 shares in Track Group Inc. (a publicly traded company incorporated in the United States), at the price of $20.00 per share, upon the Applicant's exercise of his Put Option. The total price for the shares amounted to $3,047,820.

4) The Applicant exercised his put option on March 29, 2017 and consequently requested payment in the amount of $3,047,820. Pursuant to the POA, this amount was due and payable no later than May 1, 2017 (the date on which the debt accrued). However, in default of the POA, the Company did not provide instructions for the transfer of the shares and made no payment to the Applicant. Subsequent demand letters sent to the Company have gone answered and to date the Debt remains unpaid.

5) On or around July 21, 2017, and subsequent therefore to the debt accruing, the Company transferred approximately 4.7 million of its Track Group shares to ADS Securities LLC (a UAE company), the value of such shares amounting to approximately $9,000,000 (the **"Transaction"**). To the best of the Applicant's information and belief, this transaction has virtually emptied the Company of its asset base.

6) By reason of the above (and the matters more fully set out in the evidence in support of this application) the Company is insolvent on the basis that it is unable to pay its debts as they fall due (pursuant to section 8(1)(c)(ii) of the Act) and/or the value of the Company's liabilities exceeds its assets (pursuant to section 8(1)(c)(i) of the Act) as a result of the Transaction, or otherwise.

7) In view of the Company's insolvency, the Applicant makes this application for the appointment of a liquidator over the Company. To the best of the Applicant's information and Christopher Farmer and Russell Crumpler of the firm KPMG (BVI) Limited are eligible to act as insolvency practitioners in relation to the Company and have consented to do so. The Liquidators' Consent to Act is exhibited to the affidavit of Eli Sabag.

8) In all the circumstances, it would be just for Christopher Farmer and Russell Crumpler

Received: Wed. 1st Nov. 2017, 12:55 p.m.    Filed: Wed. 1st Nov. 2017, 12:55 p.m.    BVIHC (COM) 2017/0189

to be appointed as joint and several liquidators of the Company.

The names and addresses of the persons on whom it is intended to serve the application are as follows: The Company

The names and addresses of the persons required to be given notice of this application pursuant to the Act and the Rules (if any) are as follows: The Company

This application is filed by Conyers Dill & Pearman, the Legal Practitioners for the Applicant whose address for service is at Commerce House, Wickhams Cay 1, P.O. Box 3140, Road Town, Tortola, British Virgin Islands.

Dated the 1st day of November, 2017

**Conyers Dill & Pearman**
Per:

.........................
Alecia Johns
**Legal Practitioners for the Applicant**

4

Received: Wed. 1st Nov. 2017, 12:55 p.m.   Filed: Wed. 1st Nov. 2017, 12:55 p.m.   BVIHC (COM) 2017/0189

The Insolvency Act 2003
The Insolvency Rules 2005

# Originating Application (Company)

> THE EASTERN CARIBBEAN SUPREME COURT
> IN THE HIGH COURT OF JUSTICE
> VIRGIN ISLANDS
> COMMERCIAL DIVISION

**ELI SABAG**
<u>APPLICANT</u>

-AND-

**SAPINDA ASIA LIMITED**
<u>RESPONDENT</u>

IN THE MATTER OF:

> SAPINDA ASIA LIMITED
>
> AND
>
> IN THE MATTER OF SECTIONS 159(1)(a) AND 162(1)(a) OF THE BVI INSOLVENCY ACT, 2003 (as amended)

**Conyers Dill & Pearman**
**Legal Practitioners for the Applicant**
**Commerce House**
**Wickhams Cay 1**
**Road Town**
**Tortola**
**British Virgin Islands**
**VG1110**
**Tel: +1 284 852 1000**
**Fax: +1 284 852 1001**
**Mark.forte@conyersdill.com**

5