# How top Goldman Sachs trader Daffey tried to bury fight with underling



Thursday, February 7th, 2019 at , World

*The Wall Street bank has been dogged by questions around its controls and standards amid investigations into its fundraising for 1MDB*

## by Sridhar Natarajan

**Driving** across the Sydney Harbour Bridge, the head of Goldman Sachs Group Inc's equity-trading business placed a call to his former underling in London to dangle a peace offer.

Michael Daffey, not to mention Goldman Sachs, wanted Chris Rollins to go away. Rollins had been fired for allegedly violating the firm's financial crimes rules — and he was now accusing his superiors, including Daffey, of scapegoating him in a cover-up of controversial trades involving businessman Lars Windhorst.

"I want this kind of buried," Daffey said in an April 2017 call meant to broker a settlement. "I don't want the lawyers to kind of run amok with this Chris, I really don't."

The conversation offers a rare window into how Wall Street banks seek to limit embarrassing fallout from disputes — in this case, after stumbling in the pursuit of a lucrative client. It's a particularly sensitive issue at Goldman Sachs, which has been dogged by questions around its controls and standards amid investigations into the bank's fundraising for Malaysian investment fund 1Malaysia Development Bhd (1MDB), which was later looted.

EXHIBIT
V

Daffey was tapped by Goldman Sachs to personally intervene despite the accusations levelled against him. In a brief chat, the man responsible for helping run the firm's US$8 billion (RM32.71 billion) equity-trading operation repeatedly sought to assure Rollins that he could arrange for immediate delivery of the stock Goldman Sachs was withholding from him if the claims against the bank were dropped.

"I've told our lawyers to just make an offer," Daffey said. "I can get that done."

*Bloomberg News* was apprised of contents of the call.

The deal that ended Rollins career at Goldman Sachs was a trade arranged by Windhorst. Rollins said he worked with the bank's compliance staff on the transaction, but when a counterparty refused to complete it, the firm risked taking losses. He claimed Goldman Sachs got rid of him to avoid scrutiny of its internal controls. Last year, he sued the bank.

Goldman Sachs has challenged Rollins' characterisation of events and has been seeking to compel his lawsuit into arbitration. The firm's compliance division investigated his claims and concluded they weren't valid, said Michael DuVally, a company spokesman. "These complaints were only first raised by Rollins after his employment had been terminated."

Goldman Sachs' legal team proposed the April call from Daffey, according to a person familiar with the matter. Both sides consented, said DuVally, calling such conversations "a common practice in employment disagreements". A proposed settlement wouldn't have prevented Rollins from also talking to regulators or the bank's own "escalation channels", he said. Rollins declined to comment.

Daffey also made separate approaches to Rollins through mutual acquaintances, according to the person and messages seen by *Bloomberg*. Goldman Sachs declined to comment on whether it sanctioned that effort.

**Luxury Yacht**

Daffey, 52, helps run the stock-trading group that ranks as Goldman Sachs' biggest revenue generator over the past five years. Since his co-head Paul Russo left the firm last year, Daffey and three other executives have co-led the business.

The Aussie joined Goldman in 1994 from a brokerage in Sydney, and today he's a member of the bank's management committee, its highest decision-making body. Within Goldman Sachs, Daffey is known for his partying with colleagues and clients and for his highly envied relationships with hedge-fund titans whose business can prove lucrative.

Windhorst, a controversial German financier, socialised with Daffey and Rollins. Once a teen investing prodigy, by his late 30s he was looking to rebuild his empire after business fai

lures. Having scared off some lenders with a history that included filing for personal bankruptcy and the later collapse of another of his investment firms, by 2015 he was back courting Wall Street banks in an effort to do deals.

That year, Daffey and another senior equities executive joined Windhorst with their spouses on a luxury yacht docked in the Mediterranean. Rollins also went on trips arranged by Windhorst, including to Ibiza and a Formula One grand prix event, people with knowledge of the matter said.

At a birthday celebration in October 2015, Windhorst and his girlfriend gave jewellery to Daffey's wife, according to people familiar with the matter. Accepting such a gift from a potential client can violate internal policies.

Case 1:19-mc-00084-JPH-TAB   Document 6-24   Filed 12/31/19   Page 3 of 5   PageID #: 388

"Daffey did not become aware of the source of the gift until much later," the Goldman Sachs spokesman said. "When it was brought to his attention, it was addressed internally and determined that the gift did not act as an inducement."

Daffey told some people at the bank that he gave the jewellery to a maid, a person with knowledge of the matter said. Windhorst confirmed a gift.

In his lawsuit, Rollins said Daffey helped persuade an internal committee to allow a block trade for Windhorst in July 2016 that quickly generated millions of dollars in fees. Goldman Sachs has said that was a one-off trade and its compliance group remained opposed to any further business dealings with firms tied to the financier.

**Polygraph Test**

It was a later trade that led to Rollins' termination.

Even though the bank barred trades directly with Windhorst, Rollins pursued a deal where the financier was essentially a matchmaker, offering to hook him up with buyers and sellers. Rollins said compliance staff let Windhorst make the introductions, but that when a counterparty reneged on making almost US$85 million in payments, senior executives panicked and blamed him.

A pair of internal reports filed with his lawsuit showed Rollins contested his November 2016 dismissal with Goldman Sachs' top lawyers, including its general counsel, and blamed Daffey and other executives for cultivating business with Windhorst. Rollins offered to take a polygraph test with Daffey and others who had ties to the financier.

In particular, Rollins has pointed to a July 2016 meeting where Daffey and other senior Goldman Sachs executives gathered at Windhorst's London office. They allegedly discussed plans for future deals, and celebrated the block trade.

The German businessman confirmed this account of the evening, including discussions about conducting more business together with Daffey and other Goldman Sachs executives.

The men at the gathering congratulated themselves for having done proper due diligence and getting compliance approval, according to a person with knowledge of the gathering.

Then they spoke about the recent negative headlines that had shown the bank in poor light at the time — such as transactions with Libya and the 1MDB dealings in Malaysia. — *Bloomberg*

Goldman Sachs Group

# Goldman Sachs keeps the lid on its links to Lars Windhorst

Federal judge forces wrongful dismissal case by a former banker into arbitration

Robert Armstrong in New York and Robert Smith in London JULY 3, 2019

Goldman Sachs has secured a legal victory that will allow the US investment bank to prevent details becoming public on its dealings with the controversial German financier Lars Windhorst.

A federal judge has ruled that a wrongful dismissal case brought by a former managing director must go into arbitration, which is the outcome sought by Goldman.

Christopher Rollins has accused Goldman of sacking him as part of an effort to wash the bank's hands of questionable transactions executed in 2016.

Goldman's alleged connections to Mr Windhorst have raised more questions about the bank's controls, which are already being scrutinised by investigations into its alleged role in the corruption scandal at Malaysia's 1MDB investment fund.

Mr Rollins's suit describes several trades completed on behalf of a "notorious European businessman". Exhibits in the suit make it clear that the businessman appears to be Mr Windhorst, a flamboyant German financier who has been in the spotlight recently.

**The beauty of requiring employees to litigate in arbitration is that your laundry never gets washed in public**

**Richard Reice, partner at law firm Michelman and Robinson**

Investors have rushed to pull money out of H2O Asset Management, after the Financial Times reported that the London-based fund manager has invested more than €1bn in the illiquid debts of Windhorst-linked companies. Mr Windhorst has previously denied any connection to the Goldman wrongful termination suit.

Goldman says Mr Rollins was terminated for executing the trades without proper authorisation.

Mr Rollins alleges the trades were ushered through on behalf of two more senior Goldman partners, Michael Daffey and John Storey. He alerted the US authorities about the trades after he was fired.

The US bank said: "We are satisfied that the court agreed with our assertion that Mr Rollins' action was without merit."

Seth Redniss, Mr Rollins lawyer, said Tuesday's ruling was purely procedural. "Goldman does not want this case in public, and its global use of arbitration shows that its policies and statements encouraging reporting of misconduct is legal lip service."

Richard Reice, a labour and employment partner at the law firm of Michelman and Robinson, said: "The beauty of requiring employees to litigate in arbitration is that your laundry never gets washed in public." He noted that the judge's decision cannot be appealed.

Goldman's counterparties in one of the disputed transactions was ADS Securities, according to people familiar with the matter. ADS is an Abu Dhabi brokerage that has handled several transactions for Mr Windhorst and built up substantial exposure to the German financier in 2016. Corporate records show that Goldman took a charge over the broker's Singaporean subsidiary in October 2015.

The suit also refers to Goldman arranging the sale of a "large stake" in a listed company on behalf of the unnamed financier in July 2016. Exhibits to the suit describe the listed company as the Austrian property group Buwog. That month Mr Windhorst's investment firm, Sapinda, sold a more than €400m stake in Buwog through Goldman.

The Financial Times has previously reported that in 2016 Goldman also signed on to be prime brokerage for a planned fund from London's Shard Capital, a brokerage connected to Mr Windhorst.

Mr Redniss said the case was about the playbook that high-risk, unregulated customers use to tackle a bank's financial controls "to enable billions of dollars in transactions that are positively bleeding with red flags".

By the time he was 34, Mr Windhorst had weathered the collapse of two companies, personal bankruptcy and a suspended jail sentence. Since then the 42-year-old has fended off a string of lawsuits — including from Ukraine-born billionaire Len Blavatnik — over allegations he reneged on a series of complex financial transactions.