

Fyber N.V.
Annual Report 2016

EXHIBIT
Y

## Segmental Performance and Business Development

During 2016 management decided to operate the business in four segments:

-  Fyber Platform - which comprises the Fyber business acquired in 2014 plus the Heyzap business acquired in 2016. This business segment operates as a supply-side technology platform focused on the mobile gaming industry.

- Fyber RTB - the business acquired as Falk Realtime in 2015. These operations focus on providing programmatic and real-time bidding capabilities predominantly in the desktop space.

- Inneractive - the company acquired in July 2016 operates a programmatic ad exchange and supply side platform for publishers and advertisers in the mobile space, in differentiation to Fyber Platform outside of the gaming space.

- Other - all other activities, predominantly the holding activities of Fyber N.V.

## Going Concern Considerations

In 2016, the Company continued to operate with losses

In addition to information already provided above, the segmental performance is described in Note 35 to the financial statements.

# Subsequent Events

## Acquisition update

As previously reported in the Prospectus for the listing in Frankfurt and the 2015 Annual Report, the acquisition of Fyber GmbH in 2014 was mostly paid in shares of Fyber N.V. (46,000,000 shares representing €138m out of a total of €150m). Sapinda Asia Ltd. granted the sellers of Fyber a total of four put options against these shares, of which three have been honored but one for 23,000,000 shares due and exercised in February 2016 was not fulfilled. The Fyber sellers and Sapinda Asia Ltd., represented by Lars Windhorst, have subsequently repeatedly tried to agree on a solution but until today have not been successful in doing so. The ultimate remedy for the Fyber sellers, should no solution be found, is the exercise of a "fall-back" right, under which they would pro-rata reverse the 2014 transaction and become shareholders with some special rights in Fyber GmbH again. Since 2016 and until today the Fyber sellers have not exercised this "fall-back" right. Until the "fall-back" is exercised, Fyber N.V. has full control of the Fyber GmbH asset and its subsidiaries. See also Note 3 in the notes to the financial statements. Both 2016 acquisitions included earn-out obligations based on the performance of Heyzap and Inneractive after the purchase. Reference is made to the notes of the financial statements.

# Composition & Committees

The number of Supervisory Board members is determined by the Supervisory Board. During the financial year 2016, the Supervisory Board consisted of the following members:



**Dirk van Daele**
Chairman

| | |
|---|---|
| Nationality | Belgian |
| Year of Birth | 1961 |
| Date of first appointment | January 2013 (reappointment in June 2016) |
| | Chairman since June 2014 |
| Term of Office | 4 years |

Former Positions: Broad experience in the commercial banking and alternative finance industries. From 2006 to 2009 he was the Co-Chief Executive Officer at DAM Capital S.à r.l., a joint-venture between Philip Anschutz and Dresdner Bank and subsequently board member and CEO of Belvall Capital S.A. Mr Van Daele holds an MA in Economics from the University of Louvain, Belgium and Licentiaat Toegepaste Economie from the University of Antwerp, Belgium. He was also admitted to the Centre of Creative Leadership in Greensboro, NC, USA.

Current Positions: Chief executive officer, member of the board of directors, and controlling shareholder of Anoa Capital S.A., member of the board of Track Group Inc. (former SecureAlert Inc.), and member of the board of Better African Focus Ltd.

Committees: Selection and Appointment Committee, Audit & Corporate Governance Committee

**Thorsten Grenz**
Vice-Chairman

| | |
|---|---|
| Nationality | German |
| Year of Birth | 1958 |
| Date of first appointment | June 2016 |
| Term of Office | 4 years |

Former Positions: Mr Grenz has a track record as CEO and CFO in a variety of listed companies and in private equity.

Current Positions: Dr. Grenz is Managing Director of KIMBRA GmbH, an investment and consultancy boutique headquartered in Berlin/Germany and holds several Supervisory Board positions. He serves as President of the Financial Experts Association in Germany, and is a professor at Kiel University faculty for economics.

Committees: Audit & Corporate Governance Committee & Selection and Appointment Committee

**Guy Dubois**
Board Member

| | |
|---|---|
| Nationality | Belgian |
| Year of Birth | 1958 |
| Date of first appointment | June 2014 |
| Term of Office | 4 years |

Former Positions: Director and Chief Executive Officer of Gategroup AG, and held various executive leadership roles at Gate Gourmet Holding LLC and Roche Vitamins Inc. He also served on the European Organization for Nuclear Research (CERN) team in Switzerland in various roles, including treasurer and chief accountant. Mr. Dubois holds a degree in financial science and accountancy from the Limburg Business School in Diepenbeek, Belgium.

Current Positions: Chairman of the Board of Directors and acting Chief Executive Officer of Track Group, a global tracking and electronic monitoring services company. Member of the Advisory Committee of cFRO Ventures, a Swiss based VC fund. He is also the founder and chairman of Singapore-based Tetris House Pte. Ltd., a provider of consulting and advisory services worldwide.

Committees: Audit & Corporate Governance Committee, Remuneration & Organization Committee





**Jens Schumann**
Board Member

| | |
|---|---|
| Nationality | German |
| Year of Birth | 1973 |
| Date of first appointment | June 2016 |
| Term of Office | 4 years |

Former Positions: After finishing his studies in law in 1996, he started working for the internet agency Icon Medialab AG in Hamburg. Co-founded Tipp24 AG (today Zeal Network SE) and IPoed in in 2005, worked as an interim MD for Alecto GmbH.

Current Positions: Member of the Supervisory Board for Zeal Network SE London, Vice Chairman of the Board for Lotto24 AG Germany, Member of the Advisory Committee for next media accelerator GmbH Germany

Committees: Remuneration & Organization Committee



**Crid Yu**
Board Member

| | |
|---|---|
| Nationality | Taiwanese |
| Year of Birth | 1969 |
| Date of first appointment | June 2016 |
| Term of Office | 4 years |

Former Positions. His digital career started at Google where he spent eight years building their businesses in China, Southeast Asia, and other geographies. At Google he was also an early leader on developing monetization strategies for YouTube and lead a team to launch a new premium ad network.

Current Positions. Since 2011, Yu has held several roles in the startup world: among others, he ran strategic partnerships at Buddy Media (sold to SalesForce.com) as well as the North America business for InMobi, and scaled the business for Jana Mobile 3x to become a leading mobile marketing platform in emerging markets.

Committees: Strategy Committee

**Ryan Kavanaugh**
Board Member

| | |
|---|---|
| Nationality | US |
| Year of Birth | 1974 |
| Date of first appointment | June 2014 |
| Term of Office | 4 years |

Former Positions. Mr Kavanaugh began his entertainment industry career as the architect of innovative slate financing arrangements for a number of major studios. He crafted feature-film funding structures for Sony, Universal, Warner Bros and others, introducing more than $10bn in capital to the sector.

Committees: Strategy Committee

The general meeting held on 15 June 2016 has appointed Prof. Dr. Thorsten Grenz, Jens Schumann and Dr. Crid Yu as new members of the Supervisory Board.

Following the nomination of three new members by the Supervisory Board and the subsequent appointment of these members by the annual general meeting ("AGM") in 2016, the Supervisory Board consisted of six members.

Ryan Kavanaugh stepped down as member of the Supervisory Board with effect of 16 November 2016.

The Supervisory Board strives to retrieve such numerical composition as it not only benefits the overall expertise of the Supervisory Board but it allows different views and expertise to contribute to the decision-making process which stimulates critical and well-balanced supervision by the Supervisory Board and therefore benefits the Company and its stakeholders.

**Rotation Schedule**

According to the Articles of Association, a member of the Supervisory Board is appointed for a period of four years. A Supervisory Board member can be re-appointed twice. A Supervisory Board member will retire definitively after a total of three terms of four years.

A Supervisory Board member shall retire earlier in the event of inadequate performance, structural incompatibility of interests, and in other instances in which this is deemed necessary by the Supervisory Board.

**Committees**

The Supervisory Board may appoint standing and / or ad hoc committees from among its members, which are charged with tasks as specified by the Supervisory Board.

The composition of any committee is determined by the Supervisory Board. If the Supervisory Board consists of more than four members, the Supervisory Board shall establish an audit committee, a remuneration committee and a nomination committee. The Supervisory Board shall establish terms of reference for each committee and may amend these at any time. The Supervisory Board remains collectively responsible for decisions prepared by committees from among its members. A committee may only exercise such powers as are explicitly attributed or delegated to it and may never exercise powers beyond those exercisable by the Supervisory Board as a whole. At least 50% of the members of a committee, including the chairman of the committee, must be independent Supervisory Board members.

Following the expansion of the Supervisory Board in June 2016, the setup of committees as foreseen in the Dutch Corporate Governance Code has been completed as follows for the remainder of the financial year 2016:

| | |
|---|---|
| Selection and Appointment | Dirk van Daele, Thorsten Grenz |
| Remuneration and Organization | Guy Dubois, Jens Schumann |
| Audit and Corporate Governance | Thorsten Grenz, Guy Dubois, Dirk van Daele |
| Strategy (additional) | Crid Yu, Ryan Kavanaugh |

**Rotation Schedule**

| Name (year of birth) | First appointment | Last re-appointment | Date of possible Re-appointment¹ |
|---|---|---|---|
| Van Daele (1961) | 2013 | 2016 | 2020 |
| Dubois (1958) | 2014 | – | 2018 |
| Grenz (1958) | 2016 | – | 2020 |
| Schumann (1973) | 2016 | – | 2020 |
| Crid Yu (1969) | 2016 | – | 2020 |
| Kavanaugh (1974) | 2016 | – | 2018 |

1) For approval by the General Meeting of Shareholders.