# German financier Lars Windhorst has jet and other assets seized

Legal claim hits entrepreneur seeking to restore business reputation in London



Lars Windhorst has been seeking rehabilitation of his business reputation through start-up investor Sapinda © Charlie Bibby

Cynthia O'Murchu AUGUST 9, 2017

Court appointed officers have seized assets belonging to the flamboyant German financier Lars Windhorst, including a private jet, according to lawyers acting against him.

The legal claim marks a fresh chapter in the volatile career of the entrepreneur who had been seeking the rehabilitation of his business reputation and fortunes in London through start-up investor Sapinda, after stumbling in the noughties in Germany.

The asset seizures were authorised by the High Court in London in mid-July, following a €66m civil lawsuit brought by a Belize-registered company, Romanello Financial Corp, against Mr Windhorst.

Aidan O'Rourke, a lawyer at international law firm Quinn Emmanuel Urquhart & Sullivan, which acts for Romanello, said assets seized included Mr Windhorst's private jet, art work and wine. A notice of the seizure of the Bombardier jet on July 28 has been seen by the Financial Times.

However, Mr Windhorst denied any assets had been seized. He said the two sides were in talks to satisfy the claim.

The Romanello action is one of six separate civil lawsuits involving nearly €220m that were filed in London's High Court against either Mr Windhorst, Sapinda Holding or Sapinda Invest since March 2016. They all allege failures to honour sale and purchase agreements relating to bonds or shares in Sapinda or related companies. Some of these have since been settled.

The legal battles are a setback for the smooth-talking entrepreneur who relaunched in London in 2009 after he fell from grace following the collapse of two of his companies, a personal bankruptcy

and a suspended jail sentence.

Quelling concerns over his history with a City charm offensive that included lavish parties and the opening of an office on Savile Row, Mr Windhorst secured investments for Sapinda's portfolio of start-up companies from blue-chip investors such as Legal and General and Fidelity.

However, Mr Windhorst has repeatedly drawn criticism for his risk appetite and the unconventional funding methods he uses. An FT investigation into his businesses published in 2015 revealed a circular flow of money between his various offshore vehicles and the businesses, involving complex structures that used convertible bonds, put options and loans.

Romanello's suit alleged that Mr Windhorst in August 2015 entered an agreement to buy back €75m of Sapinda Invest bonds, which it and a related company had bought weeks before from a third party.

Sapinda Invest is a Luxemburg-based company that had issued a €1bn bond, offering investors "profit participation notes", which pay out 5 per cent a year and a share of any upside. Mr Windhorst only bought back €15m of the bonds, Romanello claimed, according to court documents.

Romanello further alleged that Mr Windhorst failed to honour another agreement involving shares in RNTS, a German media company that has since been renamed Fyber.

Mr Windhorst had entered several sale and repurchase agreements with various parties to obtain bridge financing in anticipation of an equity injection and €1bn guarantee for Sapinda Invest by Abu Dhabi Capital — a private investment fund. That deal fell through late last year after months of negotiations, according to Bloomberg.

Since then, Mr Windhorst said he had raised €200m in debt financing through Netherlands-registered vehicle Horizon One Finance. The 10 per cent bond is due to mature in December this year.

Sapinda Holdings' listed portfolio companies have faced stark drops in market value. Since last August more than €400m has been wiped off the market value of commodities companies Ichor Coal, Amatheon Agri and Sequa Petroleum. Meanwhile, Fyber, of which Sapinda is a significant shareholder, has lost 75 per cent of its market value in the same period, according to Capital IQ data.

Mr Windhorst pointed to the recent debt restructuring of the €77m Ichor Coal and €125m Amatheon Agri bonds. "We expect that both companies will be profitable this year," he said. "We see very strong performance in our private equity portfolio and as a result of that expect a successful and profitable year 2017."