# Deloitte resigns as auditor for Windhorst investment vehicle

Accountancy firm complains of misleading letters



Lars Windhorst © Charlie Bibby/FT

Cynthia O'Murchu and Robert Smith

OCTOBER 17, 2017

Deloitte resigned as the auditor of an investment vehicle headed by flamboyant German financier Lars Windhorst earlier this year after alleging one of the fund's custodians provided it with letters that contained 'deliberately false' information about its financial position.

London-based Shard Capital LLP acted as custodian to Sapinda Invest, a special purpose vehicle that issued a series of bonds to fund Mr Windhorst's investments, including start-up companies in media, commodities and technology. Custodians typically hold securities or other assets on behalf of their clients.

In a resignation letter to Sapinda Invest in May, Deloitte claimed Shard supplied confirmation letters that included "deliberately false" information regarding Luxembourg-registered Sapinda Invest.

Auditors rely on documents such as confirmation letters as proof of the existence of cash and other securities on companies' accounts. The exit of Deloitte came after Sapinda Invest issued €1bn of bonds in 2014 and 2015, though not all of the bonds were sold to external investors, according to sources familiar with Sapinda Invest's operations.

Some €200m of Sapinda Invest bonds were sold to investors, including Italian asset manager Generali, as part of an effort to raise short-term financing for Sapinda and its portfolio companies which have suffered sharp falls in value. Several of them subsequently sued Mr Windhorst and Sapinda in the High Court in London, alleging that he reneged on agreements to buy back the bonds.

**EXHIBIT BB**

A former prodigy and advert for entrepreneurship in his native Germany, Mr Windhorst suffered a personal bankruptcy, oversaw several company insolvencies and received a suspended jail sentence in 2009. He then reformed his businesses around holding company Sapinda and secured investments for Sapinda's portfolio of companies from blue-chip investors such as Legal and General and Fidelity.

In its resignation letter, which was also published by Luxembourg's corporate registry, Deloitte said the decision followed "multiple exchanges . . . and meetings" with Sapinda Invest and the "lack of action" by the company's representative to correct the annual accounts for 2014 and 2015.

The original 2015 accounts for Sapinda Invest, filed at the Luxembourg corporate registry in July last year, listed cash assets of €830.9m, but the revised accounts filed in June this year reduced them to €127.3m, while increasing receivables — or amounts owed to the company —to €720.7m.

Shard Capital has acted as broker and custodian for Sapinda Invest and other Windhorst-related companies. Funds controlled by Rubrics Asset Management, Shard's fund management arm, have bought a number of bonds linked to Mr Windhorst, while Shard Capital's brokerage arm also quotes prices on a number of Windhorst-linked bonds. It is the only brokerage providing quotes on the financier's recently issued €500m Chain Finance bond, according to Bloomberg data.

James Lewis, managing partner and founder of Shard Capital 'categorically' denied the allegations made by Deloitte.

"Any answers given by us in respect of requisitions raised in the context of the audits were given in good faith and we believed them to be true," Mr Lewis said, adding that Shard Capital had already contacted the FCA in compliance with its regulatory obligations.

"We took great comfort that BNP Paribas were prepared to issue the bonds free of payment to our sub-custodian and that Deloitte were the auditor," Mr Lewis said. "At a meeting with Deloitte and the managers of Sapinda Invest in Luxemburg earlier this year we offered to assist in any necessary restatement but were advised that this was not necessary." He added Shard had been considering taking legal action against Deloitte over its allegations.

BNP, which was paying agent for the bonds, declined to comment.

A spokesman for Mr Windhorst said that at a meeting with Deloitte in April all parties had agreed that the accounting treatment of the company's cash position was correct. Deloitte declined to comment on Mr. Windhorst's spokesman's assertions, citing client confidentiality obligations.

Sapinda Invest bought stocks and bonds from a number of companies linked to Mr Windhorst. It also invested in a securitisation vehicle called Conrent — which itself issued bonds to fund Mr Windhorst's investments — and made loans to some of Sapinda's other ventures such as Ichor Coal