# Lars Windhorst, the financier 'with nine lives'

As investors pull out of funds linked to his companies' debt, he remains unflappable



Cynthia O'Murchu and Robert Smith
JUNE 28, 2019

When Lars Windhorst hosted his annual summer party at his lavish Mayfair offices last week, it was supposed to celebrate another rebound in a life full of unlikely comebacks and legal troubles.

The unflappable and impeccably dressed German financier had recently relaunched his investment company and he showed no outward signs of stress. But a crisis engulfing one of the 42-year-old's biggest financial backers, H2O Asset Management, cast a pall over the evening.

The subsidiary of French bank Natixis had amassed €30bn of assets in less than a decade on the back of enviable returns. But it was suddenly facing demands from clients wanting their money back after the Financial Times revealed the scale of H2O's substantial bet on debt linked to Mr Windhorst.

Just hours before the financier held the party, H2O's co-founder and chief executive Bruno Crasteshad filmed a video in Paris explaining why he had invested more than €1bn of client money in the debts of businesses that included a lossmaking lingerie maker and an Abu Dhabi brokerage, whose only common link appeared to be Mr Windhorst. "We know him quite well now," said the Frenchman. "He is extremely talented."

This week Mr Windhorst's dealmaking continued, despite the H2O controversy: his investment vehicle Tennor bought a €125m minority stake in German football club Hertha BSC Berlin, one of the Bundesliga's largest ever equity transactions.

EXHIBIT
CC

Born to middle-class parents in the small town of Rahden in 1976, Mr Windhorst shot to fame as a precocious teenage entrepreneur and was hailed as a *wunderkind* by then German chancellor Helmut Kohl. But by the time he was 34, Mr Windhorst had weathered the collapse of two companies, personal bankruptcy and a suspended jail sentence. Since then he has fended off a string of lawsuits — including from Ukraine-born billionaire Len Blavatnik — over allegations he reneged on a series of complex financial transactions.

"He's like a cat with nine lives," says one former business associate, referring not just to his ability to bounce back in business but to his survival of a 2007 plane crash in Kazakhstan that claimed his ear lobe.

Mr Windhorst divides opinion among those know him well. Some loathe him, saying they have been burnt in business transactions. Others extol his ability to forge relationships, his boundless energy and unabated optimism. He also has an uncanny ability to win back those he has previously alienated.

In 2017, he was facing a lawsuit from Italian entrepreneur Silvio Scaglia; the following year Mr Windhorst's company sealed a deal to buy luxury lingerie maker La Perla from his former legal adversary.

"He has chutzpah. He's bold and engaging. He has some sort of hypnotic charm. You lower your guard," says the former business associate. "But he has a tough edge."

During the 2008 financial crisis, Mr Windhorst was dragged into the spotlight after NordLB booked a large loss on a disputed trade with one of his vehicles. Gunter Dunkel, the now former chief executive, has claimed that NordLB lost more than €150m because Mr Windhorst "did not settle trades".

Mr Windhorst's company said that no court had determined this sum was due or the claim was correct and that it is reserving its legal rights with all parties concerned. Mr Dunkel said the case settled privately for less than the bank originally sought.

Shortly after the NordLB affair, Mr Windhorst relocated to London about a decade ago. He reconstituted his businesses around investment company Sapinda, making a lucrative bet on German distressed property. The company took an expensive lease on two floors of a building on Savile Row. The top floor is home to his personal offices, while the think-tank of Michael Milken, another high-profile contact, uses the floor below.

"His grand ambition is to be worth $1bn," one hedge fund manager told the FT. "Even though he lives like he's already worth $1bn."

He divides his time between his home in Monaco, London and Berlin, travelling in a private plane that was briefly seized in 2017 by a particularly dogged claimant.

While Mr Windhorst settled his most recent bout of litigation regarding disputed trades by the beginning of last year, bankers say that several financial institutions still have restrictions on trading with his entities, having been ensnared in failed trades on his company's bonds and shares. Goldman Sachs fired a senior executive in 2017 after a failed trade with an Abu Dhabi brokerage that had links to Mr Windhorst. The executive then sued the bank last year, claiming the move was part of an effort to avoid a compliance scandal stemming from multiple trades connected to a "notorious European businessman", who allegedly wooed bankers with lavish gifts aboard his 200ft yacht. Mr Windhorst has previously denied that he is the subject of the litigation.

This time, most of the scrutiny has been on H2O. Fund rating agency Morningstar said it had become "hard to ignore . . . weaknesses" in the firm's risk controls.

"This is actually not his problem, it's H2O's problem," said one fund manager who previously invested with Mr Windhorst. "But he does have a habit of appearing at the coal face of something going wrong."

*The writers are an FT investigative reporter and a capital markets reporter*