**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-Q**

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2015

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 0-23153

# TRACK GROUP, INC.
(Exact name of registrant as specified in its charter)

| Utah | 87-0543981 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**405 S. Main Street, Suite 700, Salt Lake City, Utah 84111**
(Address of principal executive offices) (Zip Code)

**(801) 451-6141**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  ☒ Yes  ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files)  ☒ Yes  ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☐ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☒ |
| (Do not check if a smaller reporting company) | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  ☐ Yes ☒ No

The number of shares outstanding of the registrant's common stock as of August 14, 2015 was 10,211,092.



EXHIBIT DD

As described above, shares of common stock valued at $3,000,000 may be payable based on sales of the GPS Global devices sold or leased. Management determined that it was probable that sales of GPS Global devices would exceed the number of units specified in the GPS Global SPA, and has therefore, recognized a stock payable liability for the entire $3,000,000 value of common shares payable.

The total purchase price for the GPS Global acquisition was allocated to the net tangible and intangible assets based upon their fair values as of June 30, 2014 as set forth below. The excess of the purchase price over the net assets was recorded as goodwill. This acquisition provided the Company with additional research and development capabilities and enhanced technology which are expected to benefit current and future products.

The following table summarizes the fair values of the assets and liabilities assumed at the acquisition date of GPS Global *(in thousands)*.

| | |
|---|---:|
| Current assets | $ 217 |
| Inventory | 17 |
| Property and equipment | 47 |
| Monitoring equipment | 48 |
| Other non-current assets | 21 |
| Intangible assets | 4,856 |
| Tradename | 192 |
| Accounts payable and accrued expenses | (215) |
| Loan payable | (753) |
| Goodwill | 3,381 |
| Total fair value of assets acquired | $ 7,811 |

*Emerge*

On June 2, 2014, the Company entered into a Stock Purchase Agreement (the "*Emerge SPA*") to purchase from BFC Surety Group, Inc. all of the issued and outstanding shares and equity interests of Emerge Monitoring, Inc., a Florida corporation ("*Emerge*"), which is the direct owner of all of the issued and outstanding equity interests of Emerge Monitoring II, LLC, a Florida limited liability company and wholly-owned subsidiary of Emerge ("*Emerge LLC*"), and a majority (65%) of the equity interest of Integrated Monitoring Systems, LLC, a Colorado limited liability company and subsidiary of Emerge LLC (the "*Emerge Acquisition*"). The Emerge SPA contains customary representations and warranties and covenants, including provisions for indemnification, subject to the limitations described in the agreement. Certain key employees of the acquired entities continued to operate the acquired entities following the closing. During June 2014, the Company also committed to purchase the remaining 35% minority equity interest of Integrated Monitoring Systems, LLC, which was completed during the fiscal year ended September 30, 2014.

The purchase price for the Emerge Acquisition was $7,739,167, all of which was paid in cash during the year ended September 30, 2014. The total purchase price for the Emerge Acquisition was allocated to the net tangible and intangible assets based upon their fair values as of June 1, 2014 as set forth below. The excess of the purchase price over the net assets was recorded as goodwill. The Emerge Acquisition provided the Company with significant customer relationships, an experienced sales and management team and additional alcohol monitoring product offerings.

The following table summarizes the fair values of the assets and liabilities assumed at the Emerge Acquisition date *(in thousands)*.

| | |
|---|---:|
| Inventory | $ 451 |
| Property and equipment | 227 |
| Other assets | 109 |
| Developed technology | 1,600 |
| Customer contracts/relationships | 1,860 |
| Tradename /trademarks | 110 |
| Goodwill | 3,382 |
| Total fair value of assets acquired | $ 7,739 |

*Track Group Analytics Limited*

On November 26, 2014 (the "*Closing Date*"), the Company entered into a Share Purchase Agreement (the "*TGA Purchase Agreement*") to purchase from the existing shareholders of Track Group Analytics Limited, formerly G2 Research Limited ("*TGA*"), all issued and outstanding shares and equity interests of TGA for an aggregate purchase price of up to CAD$4.6 million (the "*TGA Acquisition*"), subject to terms and conditions, of which CAD$2.0 million was paid in cash to the TGA shareholders on the Closing Date. Pursuant to the terms and conditions of the TGA Purchase Agreement, the remainder of the purchase price will be paid as follows: (i) CAD$600,000 will be paid to the former TGA shareholders in shares of common stock of which one-half of the shares will be issued on the one-year anniversary of the Closing Date and the remaining one-half will be issued on the two-year anniversary of the Closing Date; and (ii) the remaining CAD$2.0 million will be paid to the former TGA shareholders in shares of common stock periodically, over the course of a two-year period beginning on the Closing Date, upon the achievement of certain milestones set forth in the TGA Purchase Agreement. The TGA Purchase Agreement also provides for customary representations, warranties and covenants, including provisions for indemnification, and is subject to customary closing conditions. As of June 30, 2015, the Company had issued 73,835 shares of common stock in connection to this acquisition.

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

(Mark One)

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended March 31, 2015

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number: 0-23153

## SecureAlert, Inc.
(Exact name of registrant as specified in its charter)

| Utah | 87-0543981 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

405 S. Main Street, Suite 700, Salt Lake City, Utah 84111
(Address of principal executive offices) (Zip Code)

(801) 451-6141
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  ☒ Yes  ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files)  ☒ Yes  ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐              Accelerated filer ☐
Non-accelerated filer ☐               Smaller reporting company ☒
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  ☐ Yes ☒ No

The number of shares outstanding of the registrant's common stock as of May 8, 2015 was 10,162,167.

## (8) ACQUISITIONS

*GPS Global*

On March 12, 2014, the Company entered into a Share Purchase Agreement (the "*GPS GlobalSPA*") to purchase from Eli Sabag, an individual resident of the State of Israel, all of the issued and outstanding shares of GPS Global Tracking and Surveillance System Ltd., a company formed under the laws of and operating in the State of Israel ("*GPS Global*"). The GPS Global SPA contained customary representations and warranties and covenants, including provisions for indemnification, subject to the limitations described in the agreement. Subsequent to the closing, the Mr. Sabag and certain key employees of GPS Global entered into employment agreements and continue to operate GPS Global. The GPS Global SPA also granted Mr. Sabag the right for a three-year period following the closing to nominate one director to serve on the Company's board and on GPS Global's board of directors. The closing of the transaction, which occurred on April 1, 2014, was subject to customary closing conditions. Subsequently, the Company changed the name of GPS Global to Track Group International Ltd.

The purchase price for the issued and outstanding shares of GPS Global was $7,811,404, payable in cash and shares of the Company's common stock as follows:

- Cash to Mr. Sabag of $311,404 at the closing;

- Shares of the Company's common stock valued at $7,500,000, delivered to Mr. Sabag as follows:

    - Common stock valued at $1,600,000 delivered to Mr. Sabag at the closing;

    - Common stock valued at $2,900,000, delivered to an escrow agent to be released by Bank to Mr. Sabag after six months from the closing;

    - Common stock valued at $1,000,000, the number of shares to be determined by dividing $1,000,000 by the weighted average closing price of the Company's common stock for the 60 consecutive trading days preceding the third business day prior to release of such shares, to be issued to Mr. Sabag within 30 days of certification that GPS Global has sold or leased a minimum of 1,500 of its Devices under revenue-generating contracts; and

    - Common stock valued at $2,000,000, the number of shares to be determined by dividing $2,000,000 by the weighted average closing price of the Company's common stock for the 60 consecutive trading days preceding the third business day prior to release of such shares, to be issued to Mr. Sabag within 30 days of certification that GPS Global has sold or leased a minimum of 2,500 of its Devices under revenue-generating contracts, in addition to the 1,500 Devices previously mentioned (i.e., a minimum of 4,000 Devices sold or leased).

As described above, shares of common stock valued at $3,000,000 may be payable based on sales of the GPS Global devices sold or leased. Management determined that it was probable that sales of GPS Global devices would exceed the number of units specified in the SPA, and has therefore, recognized a stock payable liability for the entire $3,000,000 value of common shares payable.

The total purchase price for the GPS Global acquisition was allocated to the net tangible and intangible assets based upon their fair values as of March 31, 2014 as set forth below. The excess of the purchase price over the net assets was recorded as goodwill. This acquisition provided the Company with additional research and development capabilities and enhanced technology which are expected to benefit current and future products.

The following table summarizes the fair values of the assets and liabilities assumed at the acquisition date of GPS Global *(in thousands)*.

| | | |
|---|---|---|
| Current assets | $ | 217 |
| Inventory | | 17 |
| Property and equipment | | 47 |
| Monitoring equipment | | 48 |
| Other non-current assets | | 21 |
| Intangible assets | | 4,856 |
| Tradename | | 192 |
| Accounts payable and accrued expenses | | (215) |
| Loan payable | | (753) |
| Goodwill | | 3,381 |
| Total fair value of assets acquired | $ | 7,811 |

PART I. FINANCIAL INFORMATION

Item 1. Financial Statements

SECUREALERT, INC. AND SUBSIDIARIES
CONDENSED CONSOLIDATED BALANCE SHEETS
(Unaudited)

|  | March 31, 2015 | Sept 30, 2014 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash | $ 6,686,446 | $ 11,101,822 |
| Accounts receivable, net of allowance for doubtful accounts of $3,832,700 and $4,070,000, respectively | 5,363,355 | 3,788,207 |
| Note receivable, current portion | 289,460 | 273,964 |
| Prepaid expenses and other | 1,493,097 | 1,226,054 |
| Inventory, net of reserves of $225,900 and $223,500, respectively | 1,548,756 | 1,248,264 |
| Total current assets | 15,381,114 | 17,638,311 |
| Property and equipment, net of accumulated depreciation of $2,573,495 and $2,292,521, respectively | 2,069,574 | 1,860,247 |
| Monitoring equipment, net of accumulated amortization of $1,668,116 and $1,251,551, respectively | 2,167,715 | 1,914,666 |
| Intangible assets, net of accumulated amortization of $4,143,274 and $2,818,894, respectively | 25,259,732 | 26,743,626 |
| Other assets | 2,993,605 | 3,150,428 |
| Goodwill | 10,386,027 | 6,577,609 |
| Total assets | $ 58,257,767 | $ 57,884,887 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | 2,141,804 | 1,995,607 |
| Accrued liabilities | 2,097,512 | 2,413,557 |
| Current portion of long-term related-party debt | 2,700,000 | - |
| Current portion of long-term debt, net of discount of $297,025 and 375,370, respectively | 26,867,077 | 1,906,040 |
| Total current liabilities | 33,806,393 | 6,315,204 |
| Stock payable - related party | 4,771,000 | 3,000,000 |
| Long-term related-party debt, net of current portion | - | 2,700,000 |
| Long-term debt, net of current portion and discount of zero and $93,750, respectively | 248,363 | 25,868,361 |
| Other long-term liabilities | 96,744 | 85,275 |
| Total liabilities | 38,922,500 | 37,968,840 |
| Stockholders' equity: | | |
| Preferred stock: | | |
| Series D 8% dividend, convertible, voting, $0.0001 par value: 85,000 shares designated; zero shares outstanding | - | - |
| Common stock, $0.0001 par value: 1,250,000,000 shares authorized; 10,150,617 and 10,093,078 shares outstanding, respectively | 1,015 | 1,009 |
| Additional paid-in capital | 296,415,882 | 295,364,173 |
| Accumulated deficit | (276,004,902) | (275,177,181) |
| Accumulated other comprehensive income | (1,076,728) | (271,954) |
| Total equity | 19,335,267 | 19,916,047 |
| Total liabilities and stockholders' equity | $ 58,257,767 | $ 57,884,887 |

The accompanying notes are an integral part of these condensed consolidated statements.

-1-