RICHARD L. WINSTON P.A.
ATTORNEYS AT LAW

1395 Brickell Avenue, Suite 800
Miami, FL 33131
TEL: (305) 668-5395

March 28, 2017

**Via UPS Overnight Mail (#1Z0426W80196783910)
and Electronic Mail**

Gordon Jesperson, Esq.
General Counsel
Track Group Inc.
1215 W. Lakeview Court
Romeoville, Illinois 60446

    Re: **Earn Out Provisions under Stock Purchase Agreement with Eli Sabag**

Dear Mr. Jesperson:

  We represent Eli Sabag ("Mr. Sabag"), an Israeli citizen.

  As you know, on April 1, 2014, your company, Track Group Inc. ("Track Group"), a publicly traded Delaware corporation (formerly known as "SecureAlert, Inc.," a Utah corporation), purchased one hundred percent (100%) of Mr. Sabag's shares in GPS Global Tracking and Surveillance System Ltd. ("GPS Global"), an Israeli company.

  The stock acquisition deal was evidenced by a Stock Purchase Agreement (the "Agreement"), dated March 12, 2014, by and among Track Group, Eli Sabag, and GPS Global. The total consideration for the deal was approximately $8,000,000 consisting of: (1) $500,000 in cash and loan repayments, (2) $4,500,000 in shares of Track Group, and (3) $3,000,000 in contingent shares of Track Group to be delivered to Mr. Sabag after GPS Global met certain earn-out milestones found in Section 2.10 of the Agreement.

  Pursuant to the contingent share provisions found in Section 2.10 of the Agreement, Mr. Sabag will earn $1,000,000 of Track Group stock (the "First Contingent Stock") assuming that GPS Global sells or leases a minimum of 1,500 of its GPS tracking devices during the period from April 1, 2014 through April 1, 2017. In addition, Mr. Sabag will earn another $2,000,000 of Track Group stock (the "Second Contingent Stock") assuming that GPS Global sells or leases a minimum of another 2,500 of its GPS tracking devices during the period from April 1, 2014 through April 1, 2017.

  As a part of the Agreement, on March 16, 2014, Track Group's majority shareholder, Sapinda Asia Limited ("Sapinda"), a British Virgin Islands company, granted a put option to Mr. Sabag that would allow Mr. Sabag to "put" all of the shares of Track Group that Mr. Sabag has received and will receive under the Agreement to Sapinda for $20.00 per share (the "Put Option").


EXHIBIT EE

To comply with the terms of the Put Option, Mr. Sabag must provide "notice" to Sapinda to exercise his put rights on or before April 1, 2017. Mr. Sabag must further tender his Track Group shares to Sapinda within thirty (30) days of April 1, 2017, subject to extensions for the period that Track Group may require to register those shares.

We write this letter to ensure that Mr. Sabag's ability to exercise the Put Option with respect to the First Contingent Stock and the Second Contingent Stock is not impeded by Track Group's possible delays in the delivery of the First Contingent Stock and the Second Contingent Stock as granted to Mr. Sabag by Section 2.10 of the Agreement.

We trust that the contingent stock milestones found in Section 2.10 of the Agreement have been met to authorize the issuance of the First Contingent Stock and Second Contingent Stock to Mr. Sabag. Mr. Sabag has not heard anything to the contrary. We have seen various press releases issued by Track Group showing that it (not GPS Global) has leased thousands of tracking devices originally developed by GPS Global. Indeed, Track Group noted when it acquired the stock of GPS Global that:

> GPS Global brings to [Track Group] a suite of innovative technology solutions and services for locating, tracking, tracing, monitoring and surveillance of offenders, vehicles, facilities and human resources. In addition to expanding its global presence, [Track Group] gains a significant R&D presence in a nation well-known for its many entrepreneurial innovations in technology, electronics and security systems. [*March 18, 2014 Track Group Press Release*]

We are encouraged by the fact that New York law (which governs the Agreement) imposes an implied covenant of good faith and fair dealing on corporations when honoring their earn-out payment obligations, and Section 10A.2 of the Agreement ("Earn-Out Protective Provisions") provides additional protections for Mr. Sabag. At the same time, we acknowledge that it is too premature to make any further statements regarding Track Group's position on Section 2.10 of the Agreement.

Notwithstanding the foregoing, we emphasize that time is of the essence for Track Group to (1) tender the First Contingent Stock and Second Contingent Stock to Mr. Sabag and (2) coordinate with Mr. Sabag to register the First Contingent Stock and Second Contingent Stock. We will need Track Group's cooperation prior to April 1, 2017 to ensure that Mr. Sabag does not have any problems exercising the Put Option with respect to the First Contingent Stock and the Second Contingent Stock.

As of March 24, 2017, the shares of Track Group were trading at approximately $3.39 per share after falling from a price of approximately $19.00 when the Agreement took effect on April 1, 2014. The earn-out provisions found Section 2.10 of the Agreement should provide Mr. Sabag with a total of approximately 884,955 in shares of Track Group (worth $3,000,000). The Put

Option granted by Sapinda (at $20 per share) would result in a payment by Sapinda to Mr. Sabag of approximately $17,700,000 for those 884,955 shares.[1]

We understand that a $17,700,000 million payment to Mr. Sabag would exceed Track Group's entire reported revenues for 2014 and would exceed approximately one-half of Track Group's expected annual revenues for 2017.

We searched for information regarding the Put Option from the SEC filings or registrations that either Track Group and/or Sapinda (as a "Beneficial Owner") have made. We have not been able to locate any filings or registrations. The Put Option itself directly references both the Agreement and the specific capitalized terms found in the Agreement (including the terms "First Contingent Stock" and "Second Contingent Stock"). The Put Option also explicitly provides that Sapinda understood that Mr. Sabag entered into the Agreement in reliance on the representations and warranties made by Sapinda in the Put Option. In other words, the acquisition of GPS Global by Track Group would not have taken place without the joint promises of consideration from both Track Group and Sapinda.

As a legal matter, we ask that Track Group preserve all data (including, without limitation, electronic communications, documents, and attendant metadata) within the company which reference or relate to: (1) sales or leases of tracking devices by Track Group/GPS Global, (2) Eli Sabag, (3) the Agreement, and (4) the Put Option.

Please feel free to contact us if you have any questions regarding this letter. We look forward to confirmation of Track Group's issuance of the First Contingent Stock and the Second Contingent Stock to Mr. Sabag in short order.

Very truly yours,

Richard L. Winston
Shareholder
Richard L. Winston P.A.

---

[1] Mr. Sabag will also be exercising his put rights with respect to the initial 152,391 shares that he already holds pursuant to the terms of the Agreement.

3