

March 30, 2017

VIA EMAIL and COURIER

Mr. Eli Sabag
c/o Richard L. Winston, P.A.
1395 Brickell Avenue, Suite 800
Miami, FL 33131

    RE: <u>Contingent Shares – Share Purchase Agreement dated March 12, 2014 by and among SecureAlert, Inc. (now known as Track Group, Inc.), Eli Sabag and GPS Global Tracking and Surveillance System Ltd. (the "SPA").</u>

Dear Eli:

I was asked to write to you about the Contingent Shares discussed in Article 2.10 of the SPA. Unless otherwise defined herein, capitalized terms used in this letter have the meaning assigned in the SPA. As you know Article 2.10 of the SPA provides certain milestones that must be met in order to earn Contingent Shares of Track Group. The Contingent Shares are only earned if a certain number of GPS tracking devices are sold or leased under "revenue generating contract(s)" within thirty-six (36) months of the SPA Closing Date. The Closing Date under the SPA was April 1, 2014; therefore the period in which Contingent Shares could be earned ends as of April 1, 2017.

In part, Article 2.10 of the SPA states (emphasis added):

"Buyer agrees to pay to Seller additional consideration for the Company shares as follows:

(a) Common Stock equivalent to $1,000,000 divided by the daily volume weighted average closing price (based on a trading day from 9:30 a.m. to 4:00 p.m. eastern time and as reported by Bloomberg Financial LP at http://www.bloomberg.com/quote/SCRA:US) of the Common Stock on the over-the-counter bulletin board (or such other exchange on which Buyer's shares are traded) for a period of 60 consecutive trading days ending on the third Business Day prior to the date of issuance (the "First Contingent Stock") to be delivered to Seller within 30 days after the Company sells or leases (directly or through the Buyer) *a minimum of 1,500 GPS tracking devices for offenders under "revenue generating contract(s)"* as defined below.

(b) Common Stock equivalent to $2,000,000 divided by the daily volume weighted average closing price (based on a trading day from 9:30 a.m. to 4:00 p.m., eastern time and as reported on Bloomberg Financial LP at http://www.bloomberg.com/quote/SCRA:US) of the Common Stock on the over-the-counter bulletin board (or such other exchange on which Buyer's shares are traded) for a period consisting of 60 consecutive trading days ending on the third Business Day prior to the date of issuance (the "Second Contingent Stock" and together with the First Contingent Stock, referred to collectively herein as the "Contingent Stock") within 30 days after the Company sells or leases (directly or indirectly



EXHIBIT FF

Mr. Eli Sabag
c/o Richard L. Winston
March 30, 2017
Page 2 of 2

    through the Buyer) *2,500 GPS tracking devices for offenders under "revenue generating contract(s)".*

The issuance of any Contingent Stock is then only required when the target number(s) of GPS tracking devices for offenders are sold or leased by the Company or Buyer under "revenue generating contracts". Revenue generating contract(s) are defined in Article 2.10(e) as *"contracts executed within 36 months of the Closing Date for (a) the sale of GPS devices and collection of proceeds at a sale price reasonably acceptable to Buyer, or (b) the execution of a contract for the lease of GPS devices with at least twenty-four (24) months of recurring revenues at a lease rate reasonably acceptable to Buyer"*.

As of the date of this letter, a total of 50 GPS tracking devices have been sold and the proceeds collected during the last thirty-six (36) months. The 50 GPS tracking devices were ReliAlert devices (not the Shadow devices originally designed by the Company) sold to a customer from Vietnam in March of 2016. Only one contract for leasing of GPS tracking devices entered into by the Company after April 1, 2014 is for more than 24 months. That contract is with the Commonwealth of Virginia; however, the number of devices is less than 600. The Virginia contract is also, per the customer requirements, being fulfilled with 3M GPS tracking devices and not Track Group's Shadow or ReliAlert devices.

Other than the Virginia contract, all contracts entered into for leasing GPS devices during the period from April 1, 2014 to the present have been for an initial term of less than 24 months. The term of these contracts is set by the customer. Although the number of GPS devices in the field has grown over the last 36 months, none of that growth is attributable to "revenue generating contracts" as defined in the SPA.

Therefore, neither the Company nor the Buyer have sold or leased the required number of GPS tracking devices under revenue generating contracts. As a result no Contingent Shares have been earned under the applicable provisions of the SPA.

Thank you for your efforts and Track Group wishes you well in all of your endeavors.

Sincerely yours,

*[signature]*

Gordon O. Jesperson
General Counsel


cc:    Guy Dubois
        Peter Poli
        Derek Cassell