3M Electronic Monitoring
1838 Gunn Hwy.
Odessa, FL 33556
813 749 5454 Office
888 677 6278 Office
813 749 5474 Fax
www.3m.com/electronicmonitoring

**3M**

April 4, 2016

Mr. John Deiter, Director
Marion County Community Corrections
140 East Washington Street
Indianapolis, IN 46204

RE: Terms and Conditions for Contract Extension

Dear Mr. Deiter:

3M Electronic Monitoring, Inc., (3M), is in agreement to extend Marion County Community Corrections (MCCC) current contract for an additional six (6) months through December 31, 2016 under the modification of the current contract with following terms and conditions:

### Pricing:

| | |
|---|---|
| Equipment only (includes L/D/S) | $4.95 p/day |
| Equipment (includes L/D/S) + Services (no offender pay) | $6.00 p/day |
| No Revenue Sharing | |

MCCC Case Managers responsible for Offender pay Collection and keep payments collected.

Please contact David Telarico at 813-749-5454, ext. 1344 or Mobile 630-362-5537 with any questions. If acceptable, we can have an amendment drafted for MCCC to sign for the extension period with the above terms and conditions.

Sincerely,

3M Electronic Monitoring, Inc.

Nir Leshem
President

EXHIBIT
GG

# Monitoring Equipment, Monitoring Services, Installation and Removal Services; Quote

## Contracting Parties:
- Marion County Community Corrections ("MCCC")
- CorrectiveSolutions ("CS")

## Background
CorrectiveSolutions provides administration and management of offender programs to law enforcement agencies around the country. CorrectiveSolutions customers include Prosecuting Attorney's Offices, Probation Departments, Courts and, in Marion County, Community Correction.

CorrectiveSolutions sources equipment from several manufacturers.

In this quote, CorrectiveSolutions is providing a full service monitoring program:

- Monitoring Equipment (GPS and GPS/RF)
    - Brand of Equipment: Satellite Tracking of People, LLC (STOP)
        - Submitted a response to the recent RFI
        - Is a major monitoring equipment manufacturer
- 24-hour monitoring services
- Installation and removal
- Replacement of lost equipment

## Time Frame
The equipment and services discussed would be supplied starting on July 1, 2016 and ending on December 31, 2016 unless extended.

## Equipment and Services to be provided
CorrectiveSolutions will provide:

1. Monitoring Equipment:
    a. STOP Blu Tag (GPS monitoring)
    b. STOP Blu+ (Home Detention with capability of activating GPS)
2. 24/7/365 Monitoring Services according to protocol established by MCCC
3. Responsibility for lost equipment. (County not responsible for lost equipment).
4. Installation and removal of electronic monitoring equipment and alcohol monitoring equipment ("Equipment") provided by MCCC
    a. Services to be provided 8am to midnight in facilities provided by MCCC

1

Price
1. With installation included
    a. $5.40 per monitoring day (each day or part of day that Equipment is activated)
        i. Included in the price are Items 1-4 in the list above
            1. Equipment
            2. Monitoring
            3. Lost Equipment
            4. Installation and removal
2. Without installation included
    a. $4.45 per monitoring day (each day or part of day that Equipment is activated)
        i. Included in the price are Items 1-3 in the list above
            1. Equipment
            2. Monitoring
            3. Lost Equipment

# Installation and Removal Services: Quote

## Contracting Parties:
- Marion County Community Corrections ("MCCC")
- CorrectiveSolutions ("CS")

## Time Frame
The services discussed would be supplied starting on July 1, 2016 and ending on December 31, 2016 unless extended.

## Services to be provided
CorrectiveSolutions will provide:

- Installation and removal of electronic monitoring equipment and alcohol monitoring equipment ("Equipment") provided by MCCC
    - Enter offender information into the monitoring equipment provider's software to allow for tracking of the offender
- Services to be provided 8am to midnight in facilities provided by MCCC
- Retrieval of Equipment in the field and from Marion County Jail facilities, as needed.
    - To the extent that the electronic monitoring equipment provider's software allows, track lost equipment and report losses to Marion County.
- Clean and maintain Equipment
- Work with provider(s) of Equipment to maintain adequate levels of equipment inventory

## Price
$0.95 per monitoring day (each day or part of day that Equipment is activated)