

April 18, 2016

Mr. John Deiter, Executive Director
Marion County Community Corrections
140 E. Washington Street
Indianapolis, IN 46204

*handwritten notes:*
- MonCtr in Salt Lake City
- Monitoring Ctr Director is Direct report to Derek Cassell

Dear Mr. Deiter:

Last February marked our fourth year of service to Community Corrections and the Marion County's criminal justice system. We have enjoyed our relationship with your agency and hope our partnerships continues for many years to come.

Please allow this letter to serve as a further commitment to your agency that Track Group stands ready to provide electronic monitoring equipment along with installs and maintenance. Track Group will also assist Community Corrections in fee collections if needed.

Track Group is an international, publicly-traded company that has been manufacturing its own equipment for over 15 years and presently monitoring over 20,000 people thru ought the world. Track Group has over 200 employees with an experienced staff in Indianapolis, Chicago, Salt Lake City and Halifax Canada all ready to provide state of the art equipment, services and software to meet your current and future needs.

We are confident that Track Group can provide a seamless transition and as we have proven over the last 4 years, a great partner with Marion County Community Corrections. As your former subcontractor that provided your agency with installs, maintenance and collections, Track Group is in a very unique position to step right in and fulfil your needs. There is no "learning curve" for Track Group here in Marion County.

Below is pricing for our state of the art GPS and mobile alcohol units! As a reminder, you are currently using Track Groups Analytics GPS software, so if you start using Track Groups GPS units it would be a seamless transition for your staff but additionally Track Group would lock in your current rate for and unlimited amount of users and offenders.

22 E. Delaware Street
Indianapolis, IN 46204

317-638-3711
trackgrp.com



EXHIBIT HH



~~GPS with or without home beacon w/LDS~~  *— Lost, Damaged, Stolen*    ~~$3.35 per unit per day **~~  $3.15/unit
Mobile Alcohol monitoring w/LDS                                        $3.35 per unit per day **

\*\*    This pricing includes full access to Track Group's Monitoring Center and our staff performing all installs and maintenance services for Community Corrections. Additionally, Track Group will provide all staff to handle the transition from your current provider's equipment to Track Groups.

Track Group will need a sixty (60) day notice to begin ordering and staging the equipment and within that 60 (days), Track Group will need thirty (30) utilizing our employees to completely transition the entire Marion County caseload.

Lastly, Track Group would ask for a minimum 2 year agreement with three 1 year renewals for a potential of a 5 year contract, as long as are equipment and services are living up to the standards of Marion County Community Corrections. If you have any questions, feel free to reach out to me and I look forward to talking to you soon.

Sincerely

Derek Cassell
President

22 N. Delaware Street
Indianapolis, IN 46204

317-638-3711
trackgrp.com