**Reed, Laurel**

| | |
|---|---|
| **From:** | Keen, Julie |
| **Sent:** | Monday, June 19, 2017 11:11 AM |
| **To:** | Reed, Laurel |
| **Subject:** | FW: TrackGroup Contract |

FYI

**From:** Keen, Julie
**Sent:** Monday, April 25, 2016 2:29 PM
**To:** Snyder, Cindy L <Cindy.Snyder@indy.gov>
**Subject:** FW: TrackGroup Contract

FYI

**From:** Condon, David
**Sent:** Monday, April 25, 2016 2:08 PM
**To:** Deiter, John <John.Deiter@indy.gov>
**Cc:** Keen, Julie <Julie.Keen@Indy.Gov>; Reed, Laurel <Laurel.Reed@indy.gov>; Gray, Jennifer <Jennifer.Gray@indy.gov>; Haney, Dalton <Dalton.Haney@indy.gov>
**Subject:** RE: TrackGroup Contract

You too sir!

David R. Condon, CPPB
Administrator
City of Indianapolis, Purchasing Division
200 E. Washington Street, Suite 1522
Indianapolis, IN 46202
Phone: (317) 327-4892
Fax: (317) 327-4493
Email: david.condon@indy.gov



This information and any attachments in this electronic message may contain CONFIDENTIAL and legally protected information under applicable law, and is intended only for the use of the individual or entity named above. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; you are hereby notified that any dissemination, copy or disclosure of this communication is prohibited. If you have received this communication in error, please immediately purge it without making any copy or distribution.

**From:** Deiter, John
**Sent:** Monday, April 25, 2016 2:03 PM
**To:** Condon, David

1


EXHIBIT
JJ

**Cc:** Keen, Julie; Reed, Laurel; Gray, Jennifer; Haney, Dalton
**Subject:** RE: TrackGroup Contract

Thank you, David.

Have a good day,

John

---

**From:** Condon, David
**Sent:** Monday, April 25, 2016 2:00 PM
**To:** Deiter, John
**Cc:** Keen, Julie
**Subject:** RE: TrackGroup Contract

John,

Per our phone conversation, I do agree that an eighteen month "pilot program" will benefit Marion County Community Corrections. The additional time will be necessary to accomplish a comprehensive Request for Proposal, and the eventual transition to a new contractor. Thank you for the clarification on this topic.

Best regards,

David R. Condon, CPPB
Administrator
City of Indianapolis, Purchasing Division
200 E. Washington Street, Suite 1522
Indianapolis, IN 46202
Phone: (317) 327-4892
Fax: (317) 327-4493
Email: david.condon@indy.gov



This information and any attachments in this electronic message may contain CONFIDENTIAL and legally protected information under applicable law, and is intended only for the use of the individual or entity named above. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; you are hereby notified that any dissemination, copy or disclosure of this communication is prohibited. If you have received this communication in error, please immediately purge it without making any copy or distribution.

---

**From:** Condon, David
**Sent:** Monday, April 25, 2016 12:54 PM
**To:** Keen, Julie
**Cc:** Deiter, John
**Subject:** RE: TrackGroup Contract

Good afternoon Julie,

During our previous phone conversation, we talked about a six month "pilot program" with TrackGroup to compensate for the loss of the current vendor, and to allow time for a new RFP process. I believe that the RFP was to go out sometime this summer, and be complete around the end of the year.

I understand MCCC's position, but would like to express my concern with establishing an eighteen month contract with TrackGroup.

By policy, Electronic Monitoring is a competeable service which requires some form of competition, or that an opportunity has be given to the vendor community. I worry that establishing a contract for that length of time, without any competition, would be perceived as an exception to policy and that this factor would later be exploited by other vendors during the RFP process. For this reason, I typically recommend a "pilot program" be no longer than one year. My logic behind this recommendation is that a RFP of this complexity will more than likely take about a year to complete, and having the old contract end, and a new one begin around the same time can make for a smooth transition. This also lets us avoid using the "termination for convenience" clause of the contract.

Please feel free to give me a call and we can discuss further.

Best regards,

David R. Condon, CPPB
Administrator
City of Indianapolis, Purchasing Division
200 E. Washington Street, Suite 1522
Indianapolis, IN 46202
Phone: (317) 327-4892
Fax: (317) 327-4493
Email: david.condon@indy.gov



**INDIANAPOLIS**
MAYOR JOE HOGSETT
Est. 1847

This information and any attachments in this electronic message may contain CONFIDENTIAL and legally protected information under applicable law, and is intended only for the use of the individual or entity named above. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; you are hereby notified that any dissemination, copy or disclosure of this communication is prohibited. If you have received this communication in error, please immediately purge it without making any copy or distribution.

**From:** Keen, Julie
**Sent:** Monday, April 25, 2016 9:21 AM
**To:** Condon, David
**Cc:** Deiter, John
**Subject:** FW: TrackGroup Contract
**Importance:** High

David,

Please see John's email below. This is why I was trying to reach you on Friday.

Respectfully,

Julie

**From:** Deiter, John
**Sent:** Monday, April 25, 2016 9:17 AM
**To:** Crawford, Barbara <Barbara.Crawford@indy.gov>; Hill, Robert <Robert.Hill@indy.gov>; Dezelan, Louis <Louis.Dezelan@indy.gov>
**Cc:** Gray, Jennifer <Jennifer.Gray@indy.gov>; Deiter, John <John.Deiter@indy.gov>; Haney, Dalton <Dalton.Haney@indy.gov>; Keen, Julie <Julie.Keen@Indy.Gov>; Reed, Laurel <Laurel.Reed@indy.gov>; Pierce, Brent M. <Brent.Pierce@Indy.Gov>
**Subject:** FW: TrackGroup Contract

(re-sending with attorney Brent Pierce in 'cc')

**From:** Deiter, John
**Sent:** Monday, April 25, 2016 9:16 AM
**To:** 'Barbara.Crawford@indy.gov'; Bob hill C290098; 'Dezelan, Louis'
**Cc:** 'john.deiter@indy.gov'; Haney, Dalton; Gray, Jennifer; Keen, Julie; 'laurel.reed@indy.gov'
**Subject:** TrackGroup Contract

Good Morning,

I wanted to give you an update on where we are with the contract for TrackGroup, Inc.

Neither I nor staff caught the last paragraph on their proposal (see attached); it indicates that a **minimum of a 2 year** agreement is requested for the $3.15. On Friday, I spoke with the Vice President of TrackGroup, Derek Cassel, he indicated to manufacture the necessary equipment, it is going to be initially a huge cost but over the life of the contract, it would pay for itself.

Derek Cassel asked if the length of the contract could be 18 months. I reminded him that MCCC is going to do an RFP for Electronic Monitoring 'soon'. He said that he is aware. He further stated that he is aware that TrackGroup may not win the bid at the end of an RFP process. He said he just needs the initial length of contract to satisfy his CEO. He indicated that TrackGroup is eager and willing to take the risk.

If we enter into a 6 month contract, an 18 month contract or a 2 year contract, MCCC still has the **'termination for convenience'** clause available. So if a different vendor is selected after the RFP, we can prepare for a transition away from TrackGroup at the end of the contract. If TrackGroup is performing poorly, we can end the contract early.

Dalton brought to my attention that the Department of Correction has a contract with 3M where the cost is $3.00 for all services and that the County could 'piggyback' on the State's contract. If MCCC did decide to change direction, we would be back with: old equipment, a subcontractor doing installs/maintenance, and a subcontracted monitoring center. Not to mention 3M offered MCCC $6.00 for all services.

I respectfully suggest the length of the TrackGroup contract be 18 months; I appreciate that TrackGroup is willing to do so. This will get the ball rolling on the TrackGroup side and for the first time in 5 years, MCCC will have a vendor with NEW equipment, NO subcontractor for installations/maintenance, and NO subcontractor for a monitoring center. All the risk falls on TrackGroup to perform well. MCCC still has the **'termination for convenience'** clause available and can end it at any time.

One other thought, if the contract just goes until 12/31/16, that means MCCC would be transitioning clients during the holidays. It can be done, I just wanted to bring that to everyone's attention.

Please advise... thank you,

John