5. The encumbered purchase order will be forwarded to the vendor.

6. The Purchasing Division will retain documentation pertaining to each special procurement purchase as it is subject to annual audit by the state board of accounts.

**Section 8.04    EMERGENCY PROCUREMENTS**

This procedure is for the emergency purchase of goods only; see Section 5.02 for public works construction emergencies.

An emergency procurement may be conducted when there exists, under emergency conditions, a threat to the public health, welfare, or safety. (IC 5-22-10-4)

Poor planning, overlooked requirements, inaccurate usage history and inadequate forecasting, may result in emergency situations; however, such circumstances do not qualify for emergency procurements under IC 5-22-10-4. This procurement method is not intended to serve as a "**crutch**" for poor management. Emergency procurements are purchases for an immediate situation, **NOT FOR STOCKING**. The emergency purchasing method is not intended for circumstances which could have been prevented by better management or planning.

When it becomes necessary to procure goods and/or services in an immediate manner, the following procedures are to be followed: (Note: If an agency finds it difficult to follow this procedure, they should notify the Purchasing Division to seek alternatives.)

Emergency procurements occur:

1. When there exists, under emergency conditions, a threat to public health, welfare, or safety; or

2. When the procurement of the required goods and/or services under another procurement method would seriously impair the functioning of the agency.

When an emergency situation is identified and meets either of these criteria, the originating Agency shall:

1. Obtain two quotes that may be taken over the telephone and documented in the comments screen of a special requisition header screen in PeopleSoft. Upon evaluating the responses, the lowest responsive and responsible vendor shall be selected.

2. Prepare a full justification of the emergency situation, which must be documented by the Agency Director in a memorandum to the Purchasing Administrator. The justification shall outline the following:

    a. Date of request.
    b. Agency requesting the approval.
    c. Fully describe the situation.
    d. Show how the situation justifies an emergency purchase(s) under the defined guidelines identified as IC 5-22-10-4 or IC 5-22-10-9 on the Special Procurement form.
    e. If the emergency situation does not enable the requesting agency to obtain additional quotes, the location must provide justification for why



Rev. 10.13.17

3. Fully prepare a Special Procurement form. All appropriate areas must be completed (i.e. recommended vendor, etc.). Identify the situation that best describes the circumstances and place a checkmark beside the emergency situation that applies.

4. Attach as an approval request packet:

    a. Special Procurement form;
    b. Full justification of the emergency situation as outlined above; and
    c. Copy of quotes obtained.

5. Prior to receiving the appropriate approvals, the requesting agency must fully process a Special Request Requisition in PeopleSoft.

6. Submit package to the Purchasing Administrator for approval. Upon receipt of approval, the Purchasing Buyer will process a purchase order and dispatch it to the vendor.

If an emergency exists after regular business hours or on a weekend, contact the Purchasing Division the next business day for PO assignments. If an after-hour emergency involves expenditure in excess of $50,000 or a public works construction project in excess of $50,000, contact the Purchasing Administrator directly for approval.

Rev. 10.13.17