# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

In re Application of Eli Sabag for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding

Case Number: _____

## AFFIDAVIT OF ELI SABAG

I, Eli Sabag hereby state, declare and affirm:

1. I am of the age and capacity required to testify.

2. I am a citizen of the country of Israel.

3. The contents of this Affidavit are based upon my personal knowledge.

4. I am the former owner of an Israeli company, GPS Global Tracking and Surveillance System Ltd. ("GPS Global").

5. In March 2014, I sold all of my shares in GPS Global to a Utah-based, publicly traded company called SecureAlert, Inc. (now known as Track Group, Inc. or "Track Group").

6. The main terms of the sale of my shares in GPS Global were primarily negotiated by Mr. Lars Windhorst ("Mr. Windhorst"), whom I understand owed approximately 45.2% of the shares of Track Group at the time of the negotiations and my later sale of GPS Global.

7. I would not have sold my shares in GPS Global to Track Group except for the fact that Mr. Windhorst offered me the "Loan Agreement" and the "Put Option Agreement" that is referenced (and defined) in my application for discovery pursuant to 28 U.S.C. § 1782" (the "Application").

8. Based on the facts that I have presented in my Application, I intend to file criminal complaints against Mr. Windhorst in the United Kingdom. The specific government agencies to



which I intend to direct my criminal complaints (and the facts which support my complaints) are described in my Application.

9. I have been advised by my U.K. legal counsel that the British government agencies that will receive my criminal complaints will want to receive as many facts as I can provide to allow them to pursue their investigations. Although I believe that the facts in my Application provide compelling evidence regarding Mr. Windhorst's criminal guilt with respect to his dealings with me, I understand that my Application will allow me to obtain important additional evidence that may not be easily available to the British government agencies that will receive my complaints.

I AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING FACTS AND REPRESENTATIONS ARE TRUE AND ACCURATE AND BASED UPON MY PERSONAL KNOWLEDGE.

Date: 12-23-19

Eli Sabag

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Sworn to and subscribed before me this 24th day of December, 2017, by Eli Sabag.

(NOTARY SEAL)

_____
(Signature of Notary Public-State of Florida)



LIAT LEVY
MY COMMISSION EXPIRES
JUNE 1, 2021
#GG 069074
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

2