# Companies House

Companies House does not verify the accuracy of the information filed
(http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

# Lars WINDHORST

## Filter appointments

☐ Current appointments

Apply filter

## Total number of appointments 2

Date of birth
November 1976

### LWO LIMITED (09767851)

Company status **Active**

Correspondence address **Tennor, 6th Floor,, 23 Savile Row, London, England, W1S 2ET**

Role Active **Director**

Appointed on **8 September 2015**

Nationality **German**

Country of residence **Monaco**

Occupation **Company Director**

### SEQUA PETROLEUM NV (FC031530)

Company status **Active**

Correspondence address **Paul Hastings Llp, 23 Savile Row, London, United Kingdom, W1S 2ET**

Role Active **Director**

Appointed on **25 October 2013**

Nationality **German**

Country of residence **United Kingdom**

Occupation **None**

Tell us what you think of this service(link opens a new window) (https://www.research.net/r/S78XJMV) Is there anything wrong with this page? (link opens a new window) (https://beta.companieshouse.gov.uk/help/feedback?sourceurl=https://beta.companieshouse.gov.uk/officers/zRCepCHNXWrzM2DFdMGmBb5VbKk/appointments)


EXHIBIT NN