# Exhibit 2

# CAPRIOLAW

Courtney Caprio, Esq.
Phone: 786 - 353 - 5760
Email: courtney@capriolawgroup.com

February 3, 2020

**Via UPS (Tracking #1Z0426W8D392398649)**
Mr. Lars Windhorst
Chairman of the Advisory Board
Tennor Holdings BV
World Trade Center
Schiphol Boulevard 127, G4.02
1118 BG Schiphol, The Netherlands
+31 20 201 4904

      Re:    **Application of Eli Sabag for an Order Pursuant to**
              **28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings**

Dear Mr. Windhorst:

      We are sending you this notice to supplement the notice that we are providing to you in the United Kingdom in accordance with Article 10(a) of the Hague Convention on Service of Process. The Netherlands also subscribes to Article 10(a) of the Hague Convention on Service of Process, and you have listed yourself on your own website as the ultimate beneficial owner and Chairman of the Advisory Board of Tennor Holdings BV.

      We have attached a judicial order from the District Court of the Southern District Court of Indiana granting Mr. Eli Sabag the right to conduct discovery with respect to employees of Marion County and Marion County Community Corrections ("MCCC"). We have also attached copies of the specific discovery requests that we are serving on MCCC and Marion County:

      (a)    Deposition of John Deiter (MCCC)
      (b)    Deposition of David Condon (Marion County)
      (c)    Document Requests from MCCC

      In light of the fact that we consider you to be a party in this matter, we are required under Rules 4(f) and 45(a)(4) of the Federal Rules of Civil Procedure to provide you with "notice" of our intent to commence such discovery.

      Please feel free to reach out of us if you have any questions regarding this notice.

                                                                     Very truly yours,

                                                                       Courtney Caprio

cc:    Offer Korin, Esq. Katz, Korin & Cunningham

# CAPRIOLAW

Courtney Caprio, Esq.
Phone: 786 - 353 - 5760
Email: courtney@capriolawgroup.com

February 3, 2020

**Via UPS (Tracking #1Z0426W8D396455258)**

Mr. Lars Windhorst
Tennor
6th Floor
23 Savile Row
London, England W1S 2ET
+44 (0) 20 7647 9876

      Re:    **Application of Eli Sabag for an Order Pursuant to
28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings**

Dear Mr. Windhorst:

      We are serving you with this notice in accordance with Rule 10(a) of the Hague Convention on Service of Process at the address that you provided to the U.K Companies House (a U.K. governmental body) as your legal address for official correspondence.

      We have attached a judicial order from the District Court of the Southern District Court of Indiana granting Mr. Eli Sabag the right to conduct discovery with respect to employees of Marion County and Marion County Community Corrections ("MCCC"). We have also attached copies of the specific discovery requests that we are serving on MCCC and Marion County.

      (a)    Deposition of John Deiter (MCCC)
      (b)    Deposition of David Condon (Marion County)
      (c)    Document Requests from MCCC

      In light of the fact that we consider you to be a party in this matter, we are required under Rules 4(f) and 45(a)(4) of the Federal Rules of Civil Procedure to provide you with "notice" of our intent to commence such discovery.

      Please feel free to reach out of us if you have any questions regarding this notice.

Very truly yours,

Courtney Caprio

cc: Offer Korin, Katz, Korin & Cunningham

CAPRIO LAW, P.A.

Courthouse Center, 40 NW Third St., Suite 200 Miami, FL 33128      www.capriolawgroup.com