# Exhibit 3

Richard L. Winston
WINSTON LEGAL GROUP LLC
━━●•O•●━━

1395 Brickell Avenue, Suite 800
Miami, FL 33131
TEL: (305) 668-5395
richard@winstonpa.com

June 19, 2017

**Via UPS Overnight (1Z0426W80190718153)**
**and Electronic Mail**

Jennifer Gray
Chief Deputy Director of Programs
Marion County Community Corrections
140 East Washington Street
Indianapolis, IN 46204
Jennifer.Gray@indy.gov
(317) 327-1111

Dear Ms. Gray:

      Under the Indiana Access to Public Records Act § 5-14-3-1 et seq. (the "Act"), we are requesting an opportunity to obtain copies of or inspect public records that relate to:

> **The agreement dated May 5, 2016, and any subsequent amendments or extensions, between Marion County Community Corrections ("MCCC") and Track Group Inc. (hereinafter referred to as the "Agreement") under which Track Group Inc. agreed to provide electronic monitoring services and/or tracking units to MCCC.**

In particular, we are requesting a copy of or inspection of:

(1) **The Agreement**
(2) **The original request for proposal ("RFP") or equivalent request from MCCC that gave rise to the submission from Track Group that led to the Agreement.**
(3) **The submission by Track Group in response to the RFP that later gave rise to the Agreement.**
(4) **Any documents, recordings, emails, or other MCCC records that represent the negotiations between MCCC and Track Group that led to the Agreement.**
(5) **Any documents, recordings, emails, or other MCCC records that mention or refer to the negotiation or approval of the Agreement with Track Group.**

      The requested information is in the public interest, and the information is not being sought for commercial purposes.

   The Indiana Access to Public Records Act requires a response time within seven business days. We assume that MCCC's internal access to the items requested in #1-3 (above) should be easier than its internal access to the items requested in #4-5. If copies of or access to all of the records that we are requesting will take longer than seven days, please provide copies of or access to the specific documents that may be provided within seven days, as well as information about when we might expect copies or the ability to inspect the remaining documents.

   The records may be sent by email in electronic form (e.g., pdf) to save in copying costs and the waste of paper.

   We are also willing to pay for any copying costs and/or mailing costs incurred by MCCC (through an advance payment). Please consult with us in advance to coordinate such payment.

   If you deny any part of this request, please cite to each statutory provision of the Act for each request that justifies your refusal, as well as the specific name and title of the individual rendering the denial decision. You should feel free to call me at the phone number listed above if you have any questions regarding this request.

   We thank you in advance for your attention to this matter.

            Very truly yours,

            Richard L. Winston

Cc: Julie Keen, CFO (Julie.keen@indy.gov)

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.
   Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| DOWNSTAIRS | THE UPS STORE | THE UPS STORE |
| 5885 PONCE DE LEON BLVD | 1172 S DIXIE HWY | 6619 S DIXIE HWY |
| CORAL GABLES ,FL 33146 | CORAL GABLES ,FL 33146 | SOUTH MIAMI ,FL 33143 |

**FOLD HERE**

