UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: )
The Application of: )
) Case No.: 1:19-mc-00084-JPH-TAB
ELI SABAG, for an Order Pursuant to )
28 U.S.C. § 1782 to Conduct Discovery )
for Use in Foreign Proceedings. )

### AFFIDAVIT OF ELI SABAG

I, Eli Sabag hereby state, declare and affirm:

1. I am of the age and capacity required to testify.

2. I am a citizen of the country of Israel.

3. The contents of this Affidavit are based upon my personal knowledge.

4. Since October 2021, my British and American lawyers have been communicating on my behalf with the U.K. Serious Fraud Office ("SFO") regarding the actions of Lars Windhorst, as alleged in my Section 1782 Application. I understand that SFO is responsible for addressing issues of fraud, bribery, and corruption in the United Kingdom. I would have participated more directly in the communications with SFO to date but for certain limitations in my comprehension of the English language.

5. I understand that the communications with SFO have continued into the present period.

6. I still reasonably contemplate filing criminal charges against Lars Windhorst with various U.K. criminal agencies, and I reserve the option, as described by my British lawyer in my Section 1782 Application, to unilaterally initiate a private criminal prosecution whereby the British law would allow me to effectively step into the shoes of a U.K. criminal agency to assert criminal charges (e.g., fraud) against Lars Windhorst in a judicial forum.



7. I also confirm that the ICDR Arbitration has been adjudicated following a settlement agreement that Lars Windhorst signed and Track Group Inc. published (in substantial form) in an SEC 8-K filing. Track Group agreed to pay me $1.6 million, and Windhorst and Sapinda Asia Limited ("Sapinda Asia") agreed to pay me $2.8 million. Track Group later made its full settlement payment, but Windhorst/Sapinda Asia breached the settlement agreement by failing to make their promised payment. I later negotiated an amended settlement agreement with Windhorst/Sapinda Asia under which I would receive an additional $50,000 in exchange for providing Windhorst/Sapinda Asia with additional time to pay the full settlement amount. Notwithstanding this amendment, Windhorst/Sapinda Asia would once again fail to make their promised settlement payment. The ICDR arbitrator then declared Windhorst/Sapinda Asia in breach of the settlement agreement, and the arbitrator granted me a final award against Lars Windhorst and Sapinda Asia (as joint and severally liable parties) in the amount of $2.85 million (plus various costs and interest).

8. I seek to depose Lars Windhorst to gather evidence to present to U.K. criminal agencies, including SFO, for the purpose of assisting those agencies to investigate and determine whether they should bring criminal charges against Lars Windhorst in the United Kingdom.

9. As I stated above, I also reserve the right to use the evidence gathered from Lars Windhorst to initiate a private criminal prosecution in the appropriate judicial forum in the United Kingdom.

I AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING FACTS AND REPRESENTATIONS ARE TRUE AND ACCURATE AND BASED UPON MY PERSONAL KNOWLEDGE.

Date: 9/10/22

Eli Sabag

2