UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| The Application of: | ) |
| | ) Case No.: 1:19-mc-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to | ) |
| 28 U.S.C. § 1782 to Conduct Discovery | ) |
| for Use in Foreign Proceedings. | ) |

**ORDER GRANTING SUPPLEMENTARY REQUEST FOR DISCOVERY
IN ACCORDANCE WITH 28 U.S.C. § 1782**

After review and consideration of Applicant Eli Sabag's ("Mr. Sabag" or "Applicant") Supplemental Request for Discovery in Accordance with 28 U.S.C. § 1782 ("Supplemental Request") seeking leave to obtain the deposition of Lars Windhorst for use in a foreign proceeding and the proposed notice of deposition and corresponding subpoena attached thereto as Exhibit A, the Court, having fully considered the papers on file, and good cause appearing, hereby GRANTS Mr. Sabag's Supplemental Request.

It is hereby ORDERED that the Applicant is granted leave to issue a subpoena to Lars Windhorst – in substantially the same form as Exhibit A to the Supplemental Request – to require him to sit for a videotaped deposition at Stoll Keenon Ogden, PLLC, 334 North Senate Avenue, Indianapolis, Indiana 46204, or at any other location mutually agreeable to the Applicant and Windhorst.

IT IS SO ORDERED.

Date: _____          _____
                                                                Judge, Southern District of Indiana


Distribution:  All ECF Counsel of Record