UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br><br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to<br>28 U.S.C. § 1782 to Conduct Discovery for<br>Use in Foreign Proceedings. | Case No. 1:19-mc-00084-JPH-TAB |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

This matter comes before the Court on the Motion to Withdraw Appearances filed by Andrew W. Hull. The Court, having reviewed the motion and being duly advised, hereby GRANTS the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the appearances of Andrew W. Hull and Evan D. Carr on behalf of Intervenor, Lars Windhorst, are hereby withdrawn.

Date: 10/26/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.