**Smith, Brooke**

| | |
|---|---|
| **From:** | Offer Korin |
| **Sent:** | Thursday, December 29, 2022 10:50 AM |
| **To:** | lars.windhorst@tennor.com |
| **Cc:** | peter.calamari@tennor.com; Courtney Caprio; Brooke Smith |
| **Subject:** | In Re: The Application of Eli Sabag, Cause Number 1:19-mc-00084-JPH-TAB Notice of Deposition and Subpoena |
| **Attachments:** | Sabag(Windhorst) - Service Packet.pdf; 105 - SABAG - Order on Suppl Discovery - Depo of Windhorst w-in 45 Days - 12-15-22.pdf |

Mr. Windhorst:

As you are aware, the Court recently granted Mr. Sabag's request to take your deposition at a mutually acceptable time within 45 days, in Indianapolis, Indiana.  I have attached a courtesy copy of the Order for your convenience.  Additionally, please find the corresponding notice of deposition and subpoena for the details of that deposition to be held on January 27, 2023, in Indianapolis attached.  The Court has already reviewed the format of these documents (which were both pre-submitted to the Court in advance of its Order).  If you are not available on January 27, 2023, please propose a different agreeable date for your deposition to occur on or before January 29, 2023.  If you are represented by counsel in this matter, please forward this correspondence to that individual.  Otherwise, if you have any questions or concerns, please do not hesitate to reach out to my office.

Thanks,
Offer Korin



**Offer Korin**
*Member*

Offer.Korin@skofirm.com
Main:   317.464.1100

The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

**Louisville | Lexington | Indianapolis | Evansville | Frankfort |** www.skofirm.com

*Katz Korin Cunningham, PC has combined with Stoll Keenon Ogden PLLC and will also be known as SKO.*



*Confidentiality Notice:* This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message. Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or governed by other applicable taxing authorities, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this e-mail or attachments to anyone else. Thank you.


EXHIBIT B