## Smith, Brooke

| | |
|---|---|
| **From:** | Offer Korin |
| **Sent:** | Friday, January 13, 2023 3:17 PM |
| **To:** | lars.windhorst@tennor.com |
| **Cc:** | peter.calamari@tennor.com; Courtney Caprio; Brooke Smith |
| **Subject:** | In Re: The Application of Eli Sabag, Cause Number 1:19-mc-00084-JPH-TAB |

Mr. Windhorst:

As you are aware, on December 29, 2022, my office served you and Mr. Calamari with Mr. Sabag's Notice of Video Deposition and subpoena, for your deposition in Indianapolis, Indiana. Service of those documents was made via UPS, with courtesy copies sent via email. Per UPS's tracking services, Mr. Calamari received the physical copy of the notice and subpoena on January 3, 2023 (marked by UPS as received by "Lars"), and you received a copy on January 4, 2023

In the correspondence that I sent to you and Mr. Calamari on December 29, 2022, I asked you to contact me directly if you are not available on January 27, 2023. Judge Baker's Order says, "The deposition shall occur at a mutually acceptable time within 45 days, in Indiana." We understand that you will need to travel a long distance for this deposition, and we presume that Judge Baker ordered our joint cooperation in setting a time to ensure a smooth process. At this time, I have not received any communication from you related to your deposition.

We ask that you send us an email to either confirm the scheduled deposition date or suggest an alternative date that falls within Judge Baker's 45-day window. You are also free to call me directly at (317) 615-4223.

If you are represented by counsel in this matter, please forward this correspondence to that
individual. Otherwise, if you have any questions or concerns, please do not hesitate to reach out to my office.

Thank you,

Offer Korin



**Offer Korin**
*Member*

Offer.Korin@skofirm.com
Main:   317.464.1100

The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

**Louisville | Lexington | Indianapolis | Evansville | Frankfort |** www.skofirm.com

*Katz Korin Cunningham, PC has combined with Stoll Keenon Ogden PLLC and will also be known as SKO.*





*__Confidentiality Notice:__ This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message. Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or governed by other applicable taxing authorities, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

**If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this e-mail or attachments to anyone else. Thank you.**