## Smith, Brooke

| | |
|---|---|
| **From:** | Offer Korin |
| **Sent:** | Tuesday, January 17, 2023 4:05 PM |
| **To:** | lars.windhorst@tennor.com |
| **Cc:** | peter.calamari@tennor.com; Courtney Caprio; Brooke Smith |
| **Subject:** | In Re: The Application of Eli Sabag, Cause Number 1:19-mc-00084-JPH-TAB |

Mr. Windhorst,

We still have not heard back from you regarding our multiple requests to set your deposition for January 27, 2023 in our offices.

We reiterate that Judge Baker has ordered our mutual cooperation to set the deposition date such that the deposition takes place within 45 days of his December 12, 2022 order.

With less than two weeks remaining in Judge Baker's 45-day window, we are making one last attempt to seek your cooperation before we will be required to bring your lack of cooperation to Judge Baker's attention.

If you are represented by counsel in this matter, please forward this correspondence to that individual for response.

Thank you,
Offer Korin



**Offer Korin**
*Member*

Offer.Korin@skofirm.com
Main:   317.464.1100

The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

**Louisville | Lexington | Indianapolis | Evansville | Frankfort |** www.skofirm.com

*Katz Korin Cunningham, PC has combined with Stoll Keenon Ogden PLLC and will also be known as SKO.*



**Confidentiality Notice:** *This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message. Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or governed by other applicable taxing authorities, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

**If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this e-mail or attachments to anyone else. Thank you.**

1

