# In the Matter Of:

*THE APPLICATION OF ELI SABAG*

___

**Lars Windhorst - Certificate of Nonappearance**

*January 27, 2023*

___





```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
 2                     INDIANAPOLIS DIVISION

 3

 4   In Re:                            )
     The Application of:               )
 5                                     ) CASE NO.
                                       ) 1:19-mc-00084-JPH-TAB
 6   ELI SABAG, for an Order           )
     Pursuant to 28 U.S.C. § 1782      )
 7   to Conduct Discovery for Use      )
     in Foreign Proceedings.           )
 8

 9

10        CERTIFICATE OF NOTARY AS TO FAILURE OF

11
                      DEPONENT LARS WINDHORST
12

13                  TO APPEAR FOR DEPOSITION

14                         NOTICED FOR

15                       JANUARY 27, 2023

16                              AT

17                       SKO INDIANAPOLIS

18                    334 North Senate Avenue

19                    Indianapolis, IN  46204

20

21

22

23

24            STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
25                       (800)869-0873
```

```
 1                    APPEARANCES

 2   FOR THE MOVANT:

 3        Offer Korin, Esq.
          Brooke Smith, Esq.
 4        SKO INDIANAPOLIS
          334 North Senate Avenue
 5        Indianapolis, IN  46204
          offer.korin@skofirm.com
 6        brooke.smith@skofirm.com

 7
     ALSO PRESENT: Brian Taylor, videographer
 8
```

1    MR. KORIN:  This is Offer Korin of Stoll
2  Keenon Ogden, together with my co-counsel, Brooke
3  Smith.  We are here for the deposition of Mr. Lars
4  Windhorst.
5    We were granted the right to take
6  Mr. Windhorst's deposition pursuant to Docket
7  Entry 105.  As laid out in Docket 106 filing,
8  Mr. Sabag noticed the video deposition of Lars
9  Windhorst for today, January 27, 2023, beginning at
10 9:00 a.m. at our offices located at 334 North
11 Senate Avenue, Indianapolis, Indiana, 46204.  We
12 were all here at 9:00 -- the court reporter, the
13 videographer, Ms. Smith, and myself -- and it is
14 now 9:46, and Mr. Windhorst has not appeared for
15 his deposition.  Therefore, we believe he has no
16 intention of showing up as set forth in Docket
17 Entry 106; we notified the Court of our efforts to
18 communicate with Mr. Windhorst, including emails,
19 all responded with silence.  And no one on behalf
20 of Mr. Windhorst has reached out to our office
21 regarding today's deposition.
22   I offer Exhibit 1, which was the packet that
23 was served on Mr. Lars Windhorst, as well as Peter
24 Calamari of Tennor Holding B.V., via UPS Worldwide
25 Express, as well as by email, the cover sheet, the

```
 1   notice of deposition signed by my co-counsel,
 2   Courtney Caprio, as well as the subpoena to testify
 3   today, and so I offer Exhibit 1.
 4        And with that, we'll close the deposition that
 5   has not occurred, and we will, of course, be
 6   seeking sanctions, enforcement of the notice, and
 7   all other relief from the Court once we get this
 8   transcript back.  Thank you.
 9          (The proceedings concluded at 9:47 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT
2  COURT, SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS,
3  DIVISION:
4
5         The undersigned Notary Public reports and
6     shows to the Court:
7
8         1. That she is an officer employed by Movant,
9     Eli Sabag, to report the examination of the
10    witness, LARS WINDHORST, at the offices of Stoll
11    Keenon Ogden, PLLC, 334 N. Senate Avenue,
12    Indianapolis, at 9:00 a.m., on January 27, 2023.
13        2. That pursuant to notice, Offer Korin, Esq.
14    and Brooke Smith, Esq. appeared at said time and
15    place as counsel for the Movant, Eli Sabag.
16        3. That the above-named witness, LARS
17    WINDHORST, made no appearance at said time and
18    place, nor did any counsel representing him.
19        4. That the aforesaid counsel for the Movant,
20    Eli Sabag, remained at the above-named office until
21    9:47 a.m., on said date, at which time counsel for
22    Movant, Eli Sabag, requested the undersigned
23    Notary.
24
25

```
 1        WHEREFORE, the undersigned reports said facts
 2     to this Court for such action as the Court may deem
 3     proper.
 4
 5
 6                              [Signature: Elizabeth T. Lindner]
 7                              Elizabeth T. Lindner
                                NOTARY PUBLIC SEAL
                                STATE OF INDIANA
                                Commission No. NP0673781
 8                              My Commission Expires Nov. 11, 2023
 9
10     County of Marion
11     My commission expires:
12     November 11, 2023
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Exhibits**

**Lars Windhorst Ex 01**  3:22 4:3

**1**

**1**  3:22 4:3 5:8
**105**  3:7
**106**  3:7,17
**11**  6:12
**1782**  1:6
**1:19-mc-00084-jph-tab**  1:5

**2**

**2**  5:13
**2023**  1:15 3:9 5:12 6:12
**27**  1:15 3:9 5:12
**28**  1:6

**3**

**3**  5:16
**334**  1:18 3:10 5:11

**4**

**4**  5:19
**46204**  1:19 2:5 3:11

**8**

**800 869-0873**  1:25

**9**

**9:00**  3:10,12 5:12
**9:46**  3:14
**9:47**  4:9 5:21

**A**

**a.m.**  3:10 4:9 5:12,21

**above-named**  5:16,20
**action**  6:2
**aforesaid**  5:19
**appearance**  5:17
**APPEARANCES**  2:1
**appeared**  3:14 5:14
**Application**  1:4
**ASSOCIATES**  1:24
**Avenue**  1:18 2:4 3:11 5:11

**B**

**B.V.**  3:24
**back**  4:8
**beginning**  3:9
**behalf**  3:19
**Brian**  2:7
**Brooke**  2:3 3:2 5:14
**brooke.smith@skofirm.com**  2:6

**C**

**Calamari**  3:24
**Caprio**  4:2
**CASE**  1:5
**CERTIFICATE**  1:10
**close**  4:4
**co-counsel**  3:2 4:1
**commission**  6:11
**communicate**  3:18
**concluded**  4:9
**Conduct**  1:7
**counsel**  5:15,18,19,21
**County**  6:10
**court**  1:1 3:12,17 4:7 5:2,6 6:2
**Courtney**  4:2
**cover**  3:25

**D**

**date**  5:21
**deem**  6:2
**DEPONENT**  1:11
**deposition**  1:13 3:3,6,8,15,21 4:1,4
**Discovery**  1:7
**DISTRICT**  1:1 5:1,2
**DIVISION**  1:2 5:3
**Docket**  3:6,7,16

**E**

**efforts**  3:17
**Eli**  1:6 5:9,15,20,22
**email**  3:25
**emails**  3:18
**employed**  5:8
**enforcement**  4:6
**Entry**  3:7,17
**Esq**  2:3 5:13,14
**examination**  5:9
**Exhibit**  3:22 4:3
**expires**  6:11
**Express**  3:25

**F**

**facts**  6:1
**FAILURE**  1:10
**filing**  3:7
**Foreign**  1:7

**G**

**granted**  3:5

**H**

**Holding**  3:24

**HONORABLE** 5:1

**I**

**including** 3:18
**Indiana** 1:1 3:11 5:2
**Indianapolis** 1:2,17,19 2:4,5 3:11 5:2,12
**intention** 3:16

**J**

**January** 1:15 3:9 5:12
**JUDGE** 5:1

**K**

**Keenon** 3:2 5:11
**Korin** 2:3 3:1 5:13

**L**

**laid** 3:7
**Lars** 1:11 3:3,8,23 5:10,16
**located** 3:10

**M**

**made** 5:17
**Marion** 6:10
**Movant** 2:2 5:8,15,19,22

**N**

**North** 1:18 2:4 3:10
**Notary** 1:10 5:5,23
**notice** 4:1,6 5:13
**noticed** 1:14 3:8
**notified** 3:17
**November** 6:12

**O**

**occurred** 4:5
**offer** 2:3 3:1,22 4:3 5:13
**offer.korin@skofirm.com** 2:5
**office** 3:20 5:20
**officer** 5:8
**offices** 3:10 5:10
**Ogden** 3:2 5:11
**Order** 1:6

**P**

**packet** 3:22
**Peter** 3:23
**place** 5:15,18
**PLLC** 5:11
**PRESENT** 2:7
**proceedings** 1:7 4:9
**Professional** 1:24
**proper** 6:3
**Public** 5:5
**pursuant** 1:6 3:6 5:13

**R**

**reached** 3:20
**Registered** 1:24
**relief** 4:7
**remained** 5:20
**report** 5:9
**reporter** 3:12
**Reporters** 1:24
**reports** 5:5 6:1
**representing** 5:18
**requested** 5:22
**responded** 3:19
**RICHARDSON** 1:24

**right** 3:5

**S**

**Sabag** 1:6 3:8 5:9,15,20,22
**sanctions** 4:6
**seeking** 4:6
**Senate** 1:18 2:4 3:11 5:11
**served** 3:23
**set** 3:16
**sheet** 3:25
**showing** 3:16
**shows** 5:6
**signed** 4:1
**silence** 3:19
**SKO** 1:17 2:4
**Smith** 2:3 3:3,13 5:14
**SOUTHERN** 1:1 5:2
**STATES** 1:1 5:1
**STEWART** 1:24
**Stoll** 3:1 5:10
**subpoena** 4:2

**T**

**Taylor** 2:7
**Tennor** 3:24
**testify** 4:2
**time** 5:14,17,21
**today** 3:9 4:3
**today's** 3:21
**transcript** 4:8

**U**

**U.S.C.** 1:6
**undersigned** 5:5,22 6:1
**UNITED** 1:1 5:1
**UPS** 3:24

**V**

**video**  3:8

**W**

**WHEREFORE**  6:1

**Windhorst**  1:11  3:4,9,14,18,20, 23  5:10,17

**Windhorst's**  3:6

**Worldwide**  3:24