**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | ) |
| The Application of: | ) |
| | ) Case No.: 1:19-mc-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to | ) |
| 28 U.S.C. § 1782 to Conduct Discovery | ) |
| for Use in Foreign Proceedings. | ) |

**ORDER TO SHOW CAUSE ON LARS**
**WINDHORST'S CONTEMPT OF DOCKET ENTRY 105**

The Court, having reviewed Applicant Eli Sabag's Motion for Order to Show Cause on Civil Contempt for Lars Windhorst's Failure to Comply with Doc. 105, and being duly advised, hereby **ORDERS** this matter set for an in-person Hearing to Show Cause, where Lars Windhorst shall appear and show cause as to why he should not be held in contempt for violating this Court's Order in Doc. 105, issued on December 15, 2022, by and through failing to cooperate in scheduling his deposition and through failing to appear at the subpoenaed deposition. The Order to Show Cause hearing shall be set as follows: _____

_____ Windhorst shall personally attend that hearing.  Sabag may appear by counsel.  Windhorst is advised that the Court may establish sanctions for contempt, including incarceration.

SO ORDERED.

Dated: _____    _____
                                                                                    Judge, United States District Court for
                                                                                    The Southern District of Indiana

Distribution:  to all parties of record via CM/ECF