UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| APPLICATION OF ELI SABAG, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | ) ) ) ) ) ) | No. 1:19-mc-00084-JPH-TAB |

**ORDER TO SHOW CAUSE
WHY SANCTIONS ARE NOT APPROPRIATE**

The Court, having reviewed Applicant Eli Sabag's motion for an order to show cause why sanctions are not appropriate for Lars Windhorst's failure to comply with Filing No. 105, and being duly advised, hereby grants the motion. [Filing No. 107]. This matter is set for an in-person hearing to show cause, where Lars Windhorst shall appear and show cause as to why sanctions are not appropriate for violating this court's order in Filing No. 105, issued on December 15, 2022, by and through failing to cooperate in scheduling his deposition and through failing to appear at the subpoenaed deposition. Windhorst is advised that the Court may establish sanctions under Fed. R. Civ. P. 37(b)(2)(A).

Accordingly, **this matter is set for an Order to Show Cause hearing at 10:00 a.m. on Tuesday, April 11, 2023**, room #234, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. Windhorst shall personally attend that hearing. Sabag may appear by counsel. **All persons entering the United States Courthouse must have photo identification and shall ensure they arrive sufficiently in advance of the hearing to account for security screening measures.**

Date: 3/1/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

LARS WINDHORST
Tennor Holding B.V.
6th Floor, 23 Savile Row
London, England W1S2ET