UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| The Application of: ) | |
| ) | Case No. 1:19-mc-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to ) | |
| 28 U.S.C. § 1782 to Conduct Discovery ) | |
| For Use in Foreign Proceedings. ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Lars Windhorst.

Dated: March 8, 2023.

Respectfully submitted,

*/s/ Ann O'Connor McCready*
Ann O'Connor McCready, Atty. No. 32836-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
P: (317) 713-3500
F: (317) 713-3699
E: amccready@taftlaw.com

*Attorney for Lars Windhorst*

**CERTIFICATE OF SERVICE**

I certify that on March 8, 2023, I filed the foregoing document using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Ann O'Connor McCready*