# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Ann O'Connor McCready of the law firm Taft Stettinius & Hollister LLP, seeking an Order granting Lucas V.M. Bento of QUINN EMANUEL URQUHART & SULLIVAN, LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Lars Windhorst in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

> Lucas V.M. Bento (New York Bar No. 4907986)
> lucasbento@quinnemanuel.com
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 51 Madison Ave. 22d Floor
> New York, NY 10010
> Telephone: (212) 849-7000
> Fax: (212) 849-7100

Dated: _____

_____
Judge, United States District Court
Southern District of Indiana

SO ORDERED.

Distribution: to all parties of record via CM/ECF