## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

### [PROPOSED] ORDER

The Court, having reviewed Lars Windhorst's ("Windhorst") Motion to Vacate under Fed. R. Civ. P. 55 and 60(b), and Alternatively Fed. R. Civ. P. 72(a) Objection to, the Court's Order on Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782 and for Leave to File an Opposition to Applicant Eli Sabag's Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782, and alternative Motion to Stay Pending the Parties' ICDR Arbitration (the "Motion"), and being duly advised, hereby **ORDERS** as follows:

1. Windhorst's Motion is **GRANTED**;

2. Windhorst's Objection is **SUSTAINED**;

3. The Court's December 15, 2022 Order (Doc. 105) is **VACATED**;

4. The above-captioned proceeding is **STAYED** pending resolution of the ICDR Arbitration;

5. The Court's March 1, 2023 Order (Doc. 108) is **VACATED**; and

6. Applicant's Motion to Show Cause on Civil Contempt for Lars Windhorst's Failure to Comply with Doc. 105 is **DENIED AS MOOT**.

SO ORDERED.

Dated: _____         _____

                                                      Judge, United States District Court for The Southern District of Indiana

Distribution: to all parties of record via CM/ECF