UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

### DECLARATION OF GAVIN S. FRISCH

I, Gavin S. Frisch, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am an attorney duly admitted to practice in Massachusetts. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Lars Windhorst ("Mr. Windhorst") in this matter.

2. I submit this declaration in support of Mr. Windhorst's Motion to Vacate Under Fed. R. Civ. P. 55 and 60(b), and Alternatively Rule 72(a) Objection to, the Court's Order on Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782 (Doc. 105) and for leave to file an opposition to Applicant Eli Sabag's Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782, and, in the Alternative, Motion to Stay Pending Resolution of the Parties' Arbitration (the "Motion to Vacate the Deposition Order"). I also submit this declaration in support of Mr. Windhorst's Motion to Vacate or Modify Under Fed. R. Civ. P. 60(b) the Court's Order to Show Cause Why Sanctions Are Not Appropriate (Doc. 108), and, in the Alternative, Motion to Stay Pending Adjudication of Mr. Windhorst's Motion to Vacate Under

1

Fed. R. Civ. P. 55 and 60(b), and alternative Rule 72(a) Objection to, the Court's Order on Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782 (Doc. 105) and/or Pending Resolution of the Parties' Arbitration (the "Motion to Vacate the OSC"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in Motion to Vacate the Deposition Order, Motion to Vacate the OSC, and accompanying memorandum of law.

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of Mr. Windhorst's Proposed Opposition to Applicant Eli Sabag's Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782.

4. Attached as **Exhibit 2** to this Declaration is a true and correct copy of the Declaration of Julianne Hughes Jennett in Support of Mr. Windhorst's Proposed Opposition to Applicant Eli Sabag's Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 9, 2023.

Apex, North Carolina

Gavin S. Frisch