## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re:
The Application of:

ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings.

Case No.: 1:19-mc-00084-JPH-TAB

### [PROPOSED] ORDER

The Court, having reviewed Lars Windhorst's ("Mr. Windhorst") Motion to Vacate or Modify under Fed. R. Civ. P. 60(b) the Court's Order to Show Cause Why Sanctions Are Not Appropriate (Doc. 108), and Alternative Motion to Stay the Court's Order to Show Cause Why Sanctions Are Not Appropriate Pending Resolution of Mr. Windhorst's Motion to Vacate under Fed. R. Civ. P. 55 and 60(b), and Alternatively Rule 72(a) Objection to, the Court's Order on Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782 (Doc. 105) and/or Pending Resolution of the Parties' ICDR Arbitration (the "Motion"), and being duly advised, hereby **ORDERS** as follows:

1. Windhorst's Motion is **GRANTED**;

2. The Court's March 1, 2023 Order (Doc. 108) is **VACATED**;

3. The above-captioned proceeding is **STAYED** pending resolution of Mr. Windhorst's Motion to Vacate under Fed. R. Civ. P. 55 and 60(b), and Alternatively Rule 72(a) Objection to, the Court's Order on Supplementary Request for Discovery in Accordance with 28 U.S.C. § 1782 (Doc. 105) and the ICDR Arbitration;

4. Applicant's Motion to Show Cause on Civil Contempt for Lars Windhorst's Failure to Comply with Doc. 105 is **DENIED AS MOOT**.

SO ORDERED.

Dated: _____

_____
Judge, United States District Court for The
Southern District of Indiana

Distribution: to all parties of record via CM/ECF