# EXHIBIT 2

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, June 28, 2022 1:25 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Cc:** Michael.Wukmer@icemiller.com
**Subject:** Re: I am told we will have the payment by the end of the week. My apologies for the delay which was caused by circumstances beyond my control.

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

That is the plan

On Jun 28, 2022, at 1:09 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Thanks Peter.  To be clear, payment in our account?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, June 28, 2022 1:03 PM
**To:** Michael.Wukmer@icemiller.com; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** I am told we will have the payment by the end of the week. My apologies for the delay which was caused by circumstances beyond my control.

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-06-28 18:02:43 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates,

events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-06-28 18:25:08 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.