# EXHIBIT 3

## AMENDMENT TO
## CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Amendment to the Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement") is entered into by and among Eli Sabag ("Sabag") on the one hand and Sapinda Asia Limited (Sapinda), and Lars Windhorst (with Sapinda, jointly, "Windhorst") on the other. By its signature hereto, Track Group, Inc. consents to the provisions of this Amendment.

### 1. PURPOSE OF AGREEMENT

By this Amendment, the parties agree to extend the time by which Windhorst shall be permitted to pay his share of the settlement amount under the Settlement Agreement.

### 2. PAYMENT OBLIGATION MODIFICATION

The time for Windhorst to make payment of his share of the settlement as set forth in Section 4(b) of the Settlement Agreement shall be extended until August 1, 2022. The amount of Windhorst's payment as set forth in Exhibit A to the Settlement Agreement shall be increased from $2,800,000 to $2,850,000. Time is of the essence for this payment.

### 3. RESERVATION OF RIGHTS

Sabag reserves all rights and remedies available to him in the event the required payment is not made by the extended due date including, but not limited to, the right to seek interest on the amount owed, reasonable attorneys' fees, and the right to seek an immediate summary international arbitration award fully enforceable pursuant to the Inter-American and New York Conventions. Windhorst shall not contest whether the payment called for by the Settlement Agreement is due and owing. Windhorst reserves the right to contest the reasonableness of any attorneys' fees or interest sought.

### 4. CONSISTENCY

Except as specifically set forth above, all terms and conditions of the Settlement Agreement remain in full force and effect, and this Amendment is intended solely to provide Windhorst additional time in which to pay Sabag.

[SIGNATURE PAGE FOLLOWS]

Dated: _____     Track Group, Inc.

By:_____
Printed:_____
Its:_____


Dated: 11.7.2022           Lars Windhorst

By: /s/ _____
Printed: Lars Windhorst


Dated: 11.7.2022           Sapinda Asia Limited

By: /s/ _____
Printed: Lars Windhorst
Its:_____


Dated: _____     Eli Sabag
By: ELiS
Printed: _____

2

Dated: __7/11/2022_____

Track Group, Inc.

By:_____[Derek Cassell signature]_____
Printed:____Derek Cassell_____
Its:_____CEO_____

Dated: _____

Lars Windhorst

By:_____
Printed:_____

Dated: _____

Sapinda Asia Limited

By:_____
Printed:_____
Its:_____

Dated: _____

Eli Sabag
By:_____
Printed:_____ _____

2