# EXHIBIT 4

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Sent:** Tuesday, July 26, 2022 8:56 AM
**To:** Peter Calamari <Peter.Calamari@tennor.com>
**Subject:** RE: Proposed Joint Motion to Dismiss Track Group

Peter- Just checking in per Eli to make sure payment is on its way.  thanks.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, July 12, 2022 4:49 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: Proposed Joint Motion to Dismiss Track Group

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

You and me both

On Jul 12, 2022, at 9:44 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Do what you can to get us paid before 8/1.  I don't want a fire drill. Thanks.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Monday, July 11, 2022 4:13 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Cc:** Michael.Wukmer@icemiller.com; Jackson, Martin B. <mjackson@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>
**Subject:** Re: Proposed Joint Motion to Dismiss Track Group

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

Summary Award should be followed by " for the amount owed " - otherwise OK

On Jul 11, 2022, at 9:02 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

How about this (without para 5)

Dear Mr. Casey,

Please see the attached (1) Joint Motion, and (2) Order to Dismiss Track Group, Inc. With Prejudice.

Additionally, Mr. Sabag and Mr. Windhorst/Sapinda (collectively, Windhorst) have reached an agreement for a thirty-day extension of the time for payment of Windhorst's share of the settlement funds. In the event Mr. Windhorst's required payment is not made by the extended due date, Mr. Sabag and Windhorst have agreed, inter alia, that Mr. Sabag can seek an immediate summary award with Windhorst reserving the right to contest reasonable attorneys' fees and interest.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Monday, July 11, 2022 3:03 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Cc:** Michael.Wukmer@icemiller.com; Jackson, Martin B. <mjackson@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>
**Subject:** RE: Proposed Joint Motion to Dismiss Track Group

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

That is a lot better but the agreement provides for other things. This is not a complete summary of it. It should be handled separately

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Sent:** 11 July 2022 19:58
**To:** Peter Calamari <Peter.Calamari@tennor.com>
**Cc:** Michael.Wukmer@icemiller.com; Jackson, Martin B. <mjackson@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>
**Subject:** RE: Proposed Joint Motion to Dismiss Track Group

How just taking out the sentence that is there and replacing with mine?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Monday, July 11, 2022 2:56 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Cc:** Michael.Wukmer@icemiller.com; Jackson, Martin B. <mjackson@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>
**Subject:** Re: Proposed Joint Motion to Dismiss Track Group

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

We can cover the update in a letter. Can give the arbitrator the amendment for all I care but paragraph 5 is not something I can agree to

> On Jul 11, 2022, at 7:53 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:
>
> I actually added to paragraph 5.  If we file this Peter we need to update the arbitrator on what is happening with the arbitration.  See my redline.  In fairness to him he needs to know he can free up  his schedule for one thing.
>
> **From:** Peter Calamari <Peter.Calamari@tennor.com>
> **Sent:** Monday, July 11, 2022 2:50 PM
> **To:** Michael.Wukmer@icemiller.com
> **Cc:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>; Jackson, Martin B. <mjackson@sidley.com>
> **Subject:** Re: Proposed Joint Motion to Dismiss Track Group
>
> EXTERNAL E-MAIL - From Peter.Calamari@tennor.com
>
> Please delete paragraph 5 - it is unnecessary

3

On Jul 11, 2022, at 7:21 PM, Michael.Wukmer@icemiller.com wrote:

Ed and Peter:

Attached is there proposed Motion to Dismiss Track Group for your review. Note I set up the motion for Sidley to sign as counsel of record for Windhorst. Thank you for your prompt review.

Mike

**Michael Wukmer**
Partner
Michael.Wukmer@icemiller.com
**p** 317-236-2439 **f** 317-592-4799
**c** 317-809-3738

Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

To learn more about the firm and its services, visit us at **icemiller.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY NOTICE: This E-mail and any attachments

are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
****************************************************
****************************************************
*********************************************

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-07-11 19:50:04 is confi be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you a **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as a future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, pos transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to recei can request removal by clicking here.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-07-11 19:55:56 is confidential an be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the conte this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indicati future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or se security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news,

events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive update can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-07-11 20:02:50 is confidential an be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the conte this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indicati future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or se security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive update can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-07-11 21:13:21 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-07-12 21:48:32 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive updates, you can request removal by clicking [here](#).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2023-03-07 16:44:06 is confidential and may be legally privileged. It is intended solely for use by **lucasbento@quinnemanuel.com** and others authorised to receive it. If you are not **lucasbento@quinnemanuel.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive updates, you can request removal by clicking [here](#).