# EXHIBIT 8

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, August 9, 2022 1:23 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: He tells me it's going to the US account.

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I supposedly Will have a confirm today into reed smith account

On Aug 9, 2022, at 1:17 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Any news?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, August 9, 2022 9:38 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: He tells me it's going to the US account.

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I am following up

On Aug 9, 2022, at 9:19 AM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Peter- we have no money in our account this am and the client has asked. update?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Monday, August 8, 2022 7:00 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: He tells me it's going to the US account.

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I was told the bank instructions were out but I still don't have a confirm

On Aug 8, 2022, at 6:59 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Any more news

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Monday, August 8, 2022 11:15 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** He tells me it's going to the US account.

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I have asked for confirm. Will let you know if I get it

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-08 16:14:31 is confi... be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you a... **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of... this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may b... privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject... delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources ... reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as a...

future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, pos transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of c events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to recei can request removal by clicking [here](#).

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-09 00:00:20 is confidential an be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the conte this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indicati future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or se security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive update can request removal by clicking [here](#).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-09 14:37:43 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any

3

security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](here) . If you prefer not to receive updates, you can request removal by clicking [here](here).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-09 18:23:04 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](here) . If you prefer not to receive updates, you can request removal by clicking [here](here).