# EXHIBIT 9

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Wednesday, August 10, 2022 12:08 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

There really is nothing I can do directly with the bank. I do not intend to oppose your motion and have not asked for more time. the bank said it would take a few days but they have no contact or relationship directly with me

On Aug 10, 2022, at 12:03 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

I'm just getting a lot of angst from Eli, any reason you cannot confirm given you are copied on the email?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Wednesday, August 10, 2022 12:01 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

No

On Aug 10, 2022, at 12:00 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Are you in touch with the bank directly?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Wednesday, August 10, 2022 9:35 AM

**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I have not yet received

> On Aug 10, 2022, at 9:22 AM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:
>
> ### Can you provide confirmation wire was sent
>
> **From:** Peter Calamari <Peter.Calamari@tennor.com>
> **Sent:** Tuesday, August 9, 2022 3:34 PM
> **To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
> **Subject:** Re: payment
>
> EXTERNAL E-MAIL - From Peter.Calamari@tennor.com
>
> I will keep you posted
>
>> On Aug 9, 2022, at 3:32 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:
>>
>> ### I figure it wont go out until tomorrow am
>>
>> **From:** Peter Calamari <Peter.Calamari@tennor.com>
>> **Sent:** Tuesday, August 9, 2022 3:31 PM
>> **To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
>> **Subject:** Re: payment
>>
>> EXTERNAL E-MAIL - From Peter.Calamari@tennor.com
>>
>> I will of course but for now we are still in limbo

2

On Aug 9, 2022, at 2:25 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

If the bank confirms the wire was sent pass along. Thanks.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, August 9, 2022 2:10 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Fwd: payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

Begin forwarded message:

> **From:** Schiefer Paul <Paul.Schiefer@eurambank.com>
> **Date:** August 9, 2022 at 1:42:58 PM EDT
> **To:** Lars Windhorst <Lars.Windhorst@tenn

3

or.com>
**Cc:** Peter Calamari <Peter.Calamari@tennor.com>
**Subject: payment**

Dear Mr. Windhorst, dear Lars

Thank you for the order;
The payment is approved and has been instructed by our Backoffice.
Please note that USD payments will be processed through our correspondence and my need some days until arrival;

Have a nice evening

Best

Paul

Best regards

Paul Schiefer
Head of Private Banking / Leiter Private Banking

- - - - - - - - - - - - - - - -
EURAM BANK AG
Palais Schottenring
Schottenring 18
A-1010 Vienna
Austria
- - - - - - - - - - - - - - - -
Tel: +43-(0)1- 512 38 80 680

Mobil: +43 – 664 – 851 3610
eMail: paul.schiefer@eurambank.com

4

web:
www.eurambank.com
-------------------------------
-------------------------------
-----------------------

(1) This message is confidential. It may also be legally privileged. It is intended solely for the stated addressee(s) and access to it by anyone else is unauthorised. If you have received this message in error, you must not disclose, copy, circulate or in any other way use or rely on the information contained in this message. Such unauthorised use may be unlawful. If you have received this message in error, please contact our office immediately on (+43)(1) 512 388 0 and delete it and all copies from your system. Please be aware that messages sent by e-mail can be altered or manipulated. Conventional e-mails are not protected against access by third parties and thus confidentiality cannot be guaranteed. If you choose e-mail to transmit any sensitive data it is strongly recommended to

select an encrypted form.
(2) European American Investment Bank AG (Euram Bank AG) is registered in Austria under the company register number FN 286544p and regulated by the Austrian Financial Market Authority (FMA).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-0
be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised t
**emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking a
this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is con
privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medi
delivery and unauthorised alteration. The information contained herein or attached hereto has been obta
reliable but we do not represent that it is accurate or complete. Any reference to past performance shou
future performance. The information contained herein or attached hereto is not to be construed as an of
security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may h
transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial service

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to kee
events and business opportunities in accordance with our privacy policy which you can view here . If you
can request removal by clicking here.

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-09 20:31:2
be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive
**emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in re
this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential
privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may b

6

delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be future performance. The information contained herein or attached hereto is not to be construed as an offer or soli security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an int transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any j

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you info events and business opportunities in accordance with our privacy policy which you can view here . If you prefer no can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-09 20:33:34 is confi be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you a **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, po transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to recei can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-10 14:34:49 is confidential an be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the conte this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indicati future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or se security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive update can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-10 17:01:05 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally

privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive updates, you can request removal by clicking [here](#).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-10 17:08:05 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive updates, you can request removal by clicking [here](#).