# EXHIBIT 11

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION
CASE NO. 012000036931

ELI SABAG

Claimant

v.

TRACK GROUP, INC., SAPINDA ASIA LIMITED,
and LARS WINDHORST

Respondents

AWARD
August 17, 2022

### I. Background

1. By email dated May 27, 2022, I was advised by counsel for the parties that this matter had settled and it was expected to be finalized in the coming weeks.
2. By email dated June 20, 2022, I was advised that a settlement agreement had been documented and the parties were in the process of performing its terms (the "Settlement Agreement").
3. By email dated July 12, 2022, I was provided with a consent motion by all of the parties to dismiss this case with regard to the Respondent Track Group Inc. ("Track"). This resulted in my Partial Final Award dated July 13, 2022. The matter remains open and active as it pertains to the remaining respondents.
4. Claimant ("Sabag") now brings an application for an Award with respect to those remaining Respondents, Sapinda Asia Limited ("Sapinda") and Lars Windhorst ("Windhorst"), for failing to comply with the terms of the Settlement Agreement.
5. In support of his application, Claimant has filed the Settlement Agreement, signed by Sapinda and Windhorst, and dated June 8, 2022. The Settlement Agreement provides, inter alia:
    a. The Agreement is to be construed and interpreted under New York law.[1]
    b. Any issue or dispute relating to the creation, execution, interpretation, performance, or breach of this Agreement is to be submitted for resolution within this arbitration[2]

---

[1] ¶ 13.
[2] Ibid.

  c. Sapinda and Windhorst are to pay Sabag $2,800,000.[3]

  d. Payment to be made within 14 days of the Effective Date of the Settlement Agreement, namely June 24, 2022 and was to be deposited into the trust account of counsel for the Claimant.[4]

6. When Sapinda and Windhorst failed to make their payment as required by June 24, 2022, the parties entered into an amending agreement (the "Amendment") requiring payment by Sapinda and Windhorst of $2,850,000 by August 1, 2022.

7. On August 2, 2022, the settlement funds not having been received, this application was brought, seeking to enforce the Settlement Agreement, as amended.

8. By email dated August 10, 2022, counsel for Sapinda and Windhorst advised that "Sapinda and Mr. Windhorst intend to pay the settlement amount owed to Claimant Eli Sabag as soon as possible and we understand that payment of the settlement amount is being arranged."

9. By email dated August 11, 2022, counsel for Claimant confirmed the firm had not received the settlement funds.

10. On August 15, 2022 I advised the parties that having received no indication of payment I would grant Claimant's application with a reasoned award to follow. This is that Award.

## II. Analysis

11. Settlement agreements are "construed according to general principles of contract law." *United States v. Prevezon Holdings, Ltd.*, 289 F. Supp. 3d 446, 450 (S.D.N.Y. 2018).

12. While the initial Settlement Agreement did not have a "time is of the essence" clause, the Amendment, extending the time for payment until August 1, 2022 did.[5]

13. Although it would appear payment had been approved by EURAM Bank AG[6] August 9, 2022, as of today's date, the settlement funds remain outstanding.

14. In the circumstances, and given that the parties agreed to a "time of the essence" clause, Sapinda and Windhorst are in breach of the Settlement Agreement, as amended.

## III. Disposition

15. For the reasons stated above, I find, declare, and Award:

  a. Sapinda Asia Limited and Lars Windhorst are in breach of the Settlement Agreement, signed by them June 8, 2022 as amended July 11, 2022, as of August 2, 2022;

---

[3] Exhibit A to the Settlement Agreement.
[4] Settlement Agreement, Section 4.
[5] Amendment Section 2.
[6] Claimant document C-264.

    b. Sapinda Asia Limited and Lars Windhorst are liable to and shall pay Claimant Eli Sabag as damages the sum of USD 2,850,000.00 effective August 2, 2022;

    c. Any issue respecting interest, fees and costs arising out of this Award are reserved for future determination.

    d. As directed in my email of August 15, 2022, Claimant is to make its submissions respecting interest, fees and costs, with supporting evidence, by August 26. Respondents Sapinda and Windhorst will have until September 9 to respond.

16. For the purposes of Article I of the New York Convention of 1958, on the Recognition and Enforcement of Foreign Arbitral Awards, and the Inter-American Convention on International Commercial Arbitration of January 30, 1975, this Award is made at New York, New York, United States of America.

Dated August 17, 2022.

_____

J. Brian Casey