# EXHIBIT 12

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

CASE NO. 012000036931

ELI SABAG

Claimant

v.

TRACK GROUP, INC., SAPINDA ASIA LIMITED,

and LARS WINDHORST

Respondents

FINAL AWARD

**I. Background**

1. This follows and should be read in conjunction with my Award issued August 17, 2022 (the "Settlement Enforcement Award"), which is incorporated herein by reference.

2. The Settlement Enforcement Award provided that any issue respecting interest, fees, and costs were reserved for future determination.

3. The Claimant and Respondents Windhorst and Sapinda subsequently filed submissions with respect to these issues.

**II. Analysis**

4. As set out in my e-mail of September 15 2022, although Claimant claimed his costs of the arbitration from its inception, based on my interpretation of the Settlement Agreement entered into by all of the parties, no costs are to be awarded to any party up to and including the issuance of the Partial Final Award of July 13, 2022 implementing the Settlement Agreement with respect to the Respondent Track (the "Partial Settlement Award").

5. Claimant is entitled to his costs of having to bring the enforcement proceedings against the Respondents Windhorst and Sapinda that resulted in the Settlement Enforcement Award, which I calculate from Aug 15 2022.

6. As to the costs of the additional submissions made respecting interest and costs, as Claimant was not successful in his application for full costs of the arbitration, success is divided, and each party is to absorb their own attorneys' costs.

7. At my request, counsel for the parties confirmed and agreed on the quantum for fees and costs of bringing the enforcement application, up to August 15 2022. That figure has been agreed as of September 26, 2022 as follows: attorney's fees: $13,422.90, costs: $320.04 for a total fees and costs of $13,742.94.[1]

---

[1] Email from C. Cárdenas, September 26, 2022.

8. The ICDR is presently holding deposits from all three parties. In accordance with the Settlement Agreement, all three parties equally share in the arbitrator's costs incurred up to July 12, 2022, the date of the Partial Settlement Award, which amounts to $4,762.50.

9. Claimant is entitled to have the arbitrator's fees for the Settlement Enforcement Award amounting to $4,000.00 paid solely out of the deposit otherwise refundable to the Respondents Windhorst and Sapinda, and therefore no deposits from any other parties will be used to pay such amount.

10. The rest of the compensation and expenses of the arbitrator totaling $49,417.50 and the administrative fees and expenses of the International Centre for Dispute Resolution (ICDR) totaling $36,575.00 shall be borne as incurred, as per the parties' Settlement Agreement.

11. The claim for interest implicates the substantive law agreed by the parties. Here that is New York Law. New York's rate of interest is 9% for both pre and post award interest.[2]

### III. Disposition

12. For the reasons stated above, I find, declare and Award:

    a. Sapinda Asia Limited and Lars Windhorst shall pay to Eli Sabag the sum of USD 13,742.94 for attorney fees and costs, which became due and payable as of September 26, 2022.

    b. The Arbitrator's fees amounting to USD 4,000.00 shall be paid out of the deposit provided to the ICDR by Sapinda Asia Limited and Lars Windhorst.

    c. Interest on the amount of USD 2,850,000.00 awarded in the Settlement Enforcement Award shall run at 9% from August 2, 2022 until paid.

    d. Interest on the sum USD 13,742.94 for attorney fees and costs shall run from September 26, 2022 at 9% until paid.

    e. Any and all other claims and counterclaims arising out of this arbitration are dismissed.

For the purposes of Article I of the New York Convention of 1958, on the Recognition and Enforcement of Foreign Arbitral Awards, and the Inter-American Convention on International Commercial Arbitration of January 30, 1975, this Award is made at New York, New York, United States of America.

Dated November 7, 2022.

_____
J. Brian Casey

---

[2] N.Y. C.P.L.R. § 5004.