# EXHIBIT 13

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Sent:** Wednesday, September 7, 2022 10:06 AM
**To:** Peter Calamari <Peter.Calamari@tennor.com>
**Subject:** RE: payment REED SMITH

Fair enough.  Can you see from the banker whether money has been sent with a written confirmation?  This is the second time he says it has been sent and then there is no deposit.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, September 6, 2022 8:28 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: payment REED SMITH

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

So far I have heard nothing

On Sep 6, 2022, at 6:07 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Peter- Just so you know, I have not received a wire. If you have any information it was sent, please pass along.  Thanks.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Sunday, September 4, 2022 11:35 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: payment REED SMITH

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

1

I hope so too

On Sep 4, 2022, at 11:08 AM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Peter- Hope you are enjoying the holiday.  I received the below unsolicited email this morning.  I'm passing along since you were not copied.  I do hope the money comes through at this point.

**From:** Schiefer Paul <Paul.Schiefer@eurambank.com>
**Sent:** Sunday, September 4, 2022 6:42 AM
**To:** Lars Windhorst <Lars.Windhorst@tennor.com>; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** payment REED SMITH

EXTERNAL E-MAIL - From Paul.Schiefer@eurambank.com

Dear Mr. Windhorst, dear Lars,

Thank you for your order;
The payment has been approved as well as instructed by our backoffice.
Please note that USD payments will be processed through our correspondence banks and need some days until arrival.
As Monday is US Bank holiday we can provide a wire tacking number earliest Tuesday. Nevertheless value should be Tuesday.

Have a nice weekend.

Best

Paul

Best regards


Paul Schiefer
Head of Private Banking / Leiter Private Banking


- - - - - - - - - - - - - - - -
EURAM BANK AG

Palais Schottenring
Schottenring 18
A-1010 Vienna
Austria
- - - - - - - - - - - - - - - -
Tel: +43-(0)1- 512 38 80 680
Fax: +43-(0)1- 512 38 80 888

Mobil: +43 – 664 – 851 3610
eMail: paul.schiefer@eurambank.com
web: www.eurambank.com
--------------------------------------------------------------------------------

(1) This message is confidential. It may also be legally privileged. It is intended solely for the stated addressee(s) and access to it by anyone else is unauthorised. If you have received this message in error, you must not disclose, copy, circulate or in any other way use or rely on the information contained in this message. Such unauthorised use may be unlawful. If you have received this message in error, please contact our office immediately on (+43)(1) 512 388 0 and delete it and all copies from your system. Please be aware that messages sent by e-mail can be altered or manipulated. Conventional e-mails are not protected against access by third parties and thus confidentiality cannot be guaranteed. If you choose e-mail to transmit any sensitive data it is strongly recommended to select an encrypted form.
(2) European American Investment Bank AG (Euram Bank AG) is registered in Austria under the company register number FN 286544p and regulated by the Austrian Financial Market Authority (FMA).

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-09-04 16:35:15 is confidential and may

be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-09-07 01:28:27 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2023-03-07 16:46:14 is confidential and may be legally privileged. It is intended solely for use by **lucasbento@quinnemanuel.com** and others authorised to receive it. If you are not **lucasbento@quinnemanuel.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.