# EXHIBIT 14

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Sent:** Wednesday, November 23, 2022 10:06 AM
**To:** Peter Calamari <Peter.Calamari@tennor.com>
**Cc:** Cárdenas, M. Cristina <ccardenas@reedsmith.com>
**Subject:** FW: BVI Liquidation--Sabag

Peter—

Apologize for breaking into the holiday but we wanted to make sure you were aware of recent events.  Mr. Sabag's BVI legal counsel has asked us to forward the following attached newspaper publication notices to your attention in your capacity as counsel for Sapinda Asia Limited and Lars Windhorst.  As you can see, a court date has been scheduled for December 5, 2022 to initiate liquidation proceedings against Sapinda Asia Limited, with members of Ernst & Young to be appointed as joint liquidators.  These notices are being sent to you as a courtesy, given that we have been informed by BVI counsel that Sapinda Asia Limited already has been served with the liquidation application at its registered office in the BVI.

We would be fine with passing along any information or you can reach out to BVI counsel directly.


**Edward (Ed) Mullins**
Board Certified International Litigation and Arbitration
*Pronouns: He/Him/His*

786.747.0203

EMullins@reedsmith.com

**Reed**Smith LLP
200 South Biscayne Blvd.
Suite 2600
Southeast Financial Center

1

Miami, FL, 33131
**Telephone**: +1 786 747 0200
Facsimile: +1 786 747 0299

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2023-03-07 16:46:30 is confidential and may be legally privileged. It is intended solely for use by **lucasbento@quinnemanuel.com** and others authorised to receive it. If you are not **lucasbento@quinnemanuel.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.