# EXHIBIT 16

# EURAM BANK
CREATIVE FINANCIAL SOLUTIONS

Herrn
Lars Windhorst
Post wird abgeholt

| | |
|---|---|
| **Kunde** | Lars Windhorst |
| **Kundennummer** | 330004 |
| **Kontonummer** | 3300040001 EUR |
| **Kontobezeichnung** | Kontokorrent-Konto |
| **IBAN** | AT351934003300040001 |
| **SWIFT/BIC** | EUAAATWW |

## Zahlungsverkehr Belastungsanzeige

Wien, am 08.02.2023

Gemäß Ihrem Auftrag haben wir folgende Belastung ausgeführt:

Referenz          Z23022116
Valuta            09.02.2023
Buchungsdatum     08.02.2023
Konto             AT351934003300040001

Begünstigter                                          Überweisung    USD    3.100.000,00
CONYERS DILL AND PEARMAN
COMM.HOUSE,WICKHAMS CAY 1,POB3140
VG1110, ROAD TOWN, TORTOLA, BVI

Kontonummer 215-950-263

Bank des Begünstigten
FIRSTCARIBBEAN INTERNATIONAL BANK

Zahlungsgrund:
CASE 012000036931 ELI SABAG V LARS
WINDHORST

Interner Verwendungszweck:
SPESENFREI FUER DEN BEGUENSTIGTEN

Im Falle von Unstimmigkeiten ersuchen wir Sie um sofortige Nachricht. Diese Bestätigung wird nicht unterschrieben.

**European American Investment Bank AG**

Palais Schottenring      Phone: +43 1 512 38 80 0
Schottenring 18          Fax: +43 1 512 38 80 888
1010 Vienna              office@eurambank.com
Austria                  SWIFT/BIC: EUAAATWW