# EXHIBIT A

| | |
|---|---|
| **Offer Korin**<br>*Member* | Direct:   317.615.4223<br>Mobile: 317.590.3946 |

**From:** Lucas Bento <lucasbento@quinnemanuel.com>
**Sent:** Thursday, February 23, 2023 7:50 AM
**To:** Offer Korin <Offer.Korin@skofirm.com>
**Subject:** Re: Mr. Sabag's 1782 Application

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Offer, before we make our filings I think it's important we meet & confer one more time over the phone.  Please let me know your availability for a call today.
Thank you,
Lucas

Lucas Bento FCIArb FRSA
Of Counsel | Head of Section 1782 Practice
Quinn Emanuel Urquhart & Sullivan LLP

> On Feb 22, 2023, at 16:59, Lucas Bento <lucasbento@quinnemanuel.com> wrote:
>
> Offer,
> Please let me know when is a good time to discuss today or tomorrow.
> Thanks,
> Lucas
>
> **From:** Offer Korin <Offer.Korin@skofirm.com>
> **Sent:** Wednesday, February 22, 2023 4:57 PM
> **To:** Lucas Bento <lucasbento@quinnemanuel.com>
> **Subject:** RE: Mr. Sabag's 1782 Application
>
> **[EXTERNAL EMAIL from offer.korin@skofirm.com]**
>
> Lucas,
>
> It is Mr. Sabag's intent to conduct the deposition of Mr. Windhorst for use solely with the U.K. criminal authorities.
>
> Regards,
> Offer

<image001.png>   **Offer Korin**
*Member*

Offer.Korin@skofirm.com
Direct:   317.615.4223
Mobile:  317.590.3946
Main:    317.464.1100

Stoll Keenon Ogden PLLC
334 N Senate Ave
Indianapolis, IN  46204

**Louisville | Lexington | Indianapolis | Evansville | Frankfort |** www.skofirm.com
*Stoll Keenon Ogden PLLC is Mansfield Certified.*

**Confidentiality Notice:** *This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.*

*If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this e-mail or attachments to anyone else. Thank you.*

**From:** Lucas Bento <lucasbento@quinnemanuel.com>
**Sent:** Wednesday, February 22, 2023 12:05 PM
**To:** Offer Korin <Offer.Korin@skofirm.com>
**Subject:** Re: Mr. Sabag's 1782 Application

Offer, bumping this up. Is there an update you can share?
Thanks

> On Feb 21, 2023, at 08:56, Lucas Bento <lucasbento@quinnemanuel.com> wrote:
>
> Dear Offer,
>
> Is there an update you can share?
>
> Thanks,
>
> Lucas
>
> Lucas Bento FCIArb FRSA
> Of Counsel | Head of Section 1782 Practice
> Quinn Emanuel Urquhart & Sullivan LLP
>
> > On Feb 14, 2023, at 11:26, Offer Korin <Offer.Korin@skofirm.com> wrote:
> >
> > ==[EXTERNAL EMAIL from offer.korin@skofirm.com]==
> >
> > Lucas,

Please call my direct line 317-615-4223.
Thanks,
Offer

**Offer Korin**
*Member*

Offer.Korin@skofirm.com
Main:   317.464.1100

The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

**Louisville | Lexington | Indianapolis | Evansville | Frankfort |** www.skofirm.com

*Katz Korin Cunningham, PC has combined with Stoll Keenon Ogden PLLC and will also be known a*

*Confidentiality Notice: This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message. Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or governed by other applicable taxing authorities, or (2) promoting, marketing or recommending to another party any transaction or matter addressed her*

**If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward show this e-mail or attachments to anyone else. Thank you.**

**From:** Lucas Bento <lucasbento@quinnemanuel.com>
**Sent:** Tuesday, February 14, 2023 11:24 AM
**To:** Offer Korin <Offer.Korin@skofirm.com>
**Subject:** Re: Mr. Sabag's 1782 Application

Thanks, Offer.  Let's do 2pm ET tomorrow.  Should I reach you on 317 464 1100?

Lucas Bento
Of Counsel | Head of Section 1782 Practice
Quinn Emanuel Urquhart & Sullivan LLP

> On Feb 14, 2023, at 15:40, Offer Korin <Offer.Korin@skofirm.com> wrote:
>
> **[EXTERNAL EMAIL from offer.korin@skofirm.com]**

Lucas,

Good morning. I am available today at 2:00 pm and tomorrow between 9:30 and 3:00.

Please let me know what works best for you.

Regards,

Offer

**Offer Korin**
*Member*

Offer.Korin@skofirm.com
Main:   317.464.1100

The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204

**Louisville | Lexington | Indianapolis | Evansville | Frankfort |** www.skofirm.com

*Katz Korin Cunningham, PC has combined with Stoll Keenon Ogden PLLC and will also be k*

**Confidentiality Notice:** This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged inform Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the ser reply e-mail and destroy all copies of the original message. Any tax advice contained in this communication (including any attachm not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code by other applicable taxing authorities, or (2) promoting, marketing or recommending to another party any transaction or matter a

If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not s show this e-mail or attachments to anyone else. Thank you.

-----Original Message-----
From: Lucas Bento <lucasbento@quinnemanuel.com>
Sent: Tuesday, February 14, 2023 6:13 AM
To: Offer Korin <Offer.Korin@skofirm.com>
Subject: Mr. Sabag's 1782 Application

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Offer,

We represent Lars Windhorst. I tried your direct dial yesterday but missed you. Is there a time today/tomorrow we can discuss your client's action?

Thank you,

Lucas Bento
Of Counsel | Head of Section 1782
Practice Quinn Emanuel Urquhart &
Sullivan LLP