# EXHIBIT B

| | |
|---|---|
| **From:** | Offer Korin <Offer.Korin@skofirm.com> |
| **Sent:** | Monday, February 27, 2023 5:26 PM |
| **To:** | Lucas Bento |
| **Subject:** | RE: Mr. Sabag's 1782 Application |

**[EXTERNAL EMAIL from offer.korin@skofirm.com]**

Lucas,

At this time, Mr. Sabag remains committed to deposing Mr. Windhorst.

Regards,
Offer

**Offer Korin**
*Member*

Direct:  317.615.4223
Mobile: 317.590.3946

**From:** Lucas Bento <lucasbento@quinnemanuel.com>
**Sent:** Monday, February 27, 2023 9:08 AM
**To:** Offer Korin <Offer.Korin@skofirm.com>
**Subject:** Re: Mr. Sabag's 1782 Application

Offer, is there an update you can share? Happy to jump on a call.
Thanks,
Lucas

Lucas Bento FCIArb FRSA
Of Counsel | Head of Section 1782 Practice
Quinn Emanuel Urquhart & Sullivan LLP

> On Feb 23, 2023, at 08:44, Offer Korin <Offer.Korin@skofirm.com> wrote:
>
> **[EXTERNAL EMAIL from offer.korin@skofirm.com]**
>
> Lucas,
> I am available this afternoon from 3:00 on.
> Thanks,
> Offer