# EXHIBIT C

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 949-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7552**

WRITER'S EMAIL ADDRESS
**lucasbento@quinnemanuel.com**

March 2, 2023

Mr. Offer Korin
Stoll Keenon Ogden PLLC
334 N Senate Ave
Indianapolis, IN 46204
Offer.Korin@skofirm.com

**VIA EMAIL**

Re:     Compliance with the Confidential Settlement Agreement and Mutual Release

Dear Mr. Korin:

        We represent Mr. Lars Windhorst.  We write to demand that your client, Mr. Eli Sabag, dismiss with prejudice his action in the United States District Court of the Southern District of Indiana under case number 1:19-mc-00084-JPH-TAB, for an Order Pursuant to 28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings ("1782 Action"), including the initial application and supplemental request filed on December 31, 2019[1] and October 11, 2022[2] respectively, to comply with the Confidential Settlement Agreement and Mutual Release entered into by and among Mr. Sabag, Track Group, Inc., Sapinda Asia Limited and Mr. Windhorst ("Settlement Agreement").[3]

        The Settlement Agreement "is intended to settle and resolve permanently and forever any and all claims" that were asserted by Mr. Sabag against Mr. Windhorst in the 1782 Action.[4]

---

[1]  Dkt. No. 1.

[2]  Dkt. No. 98.  Our client reserves all rights as to the propriety and basis of the 1782 Action, including the "application and supplemental request" filed in that Action and any orders arising therefrom.

[3]  Mr. Sabag signed the Settlement Agreement on June 6, 2022.  Mr. Windhorst and Sapinda Asia Limited signed the Settlement Agreement on June 8, 2022.  Track Group, Inc. signed the Settlement Agreement on June 10, 2022.

[4]  Settlement Agreement, paragraph 3.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Paragraph 5 of the Settlement Agreement requires Mr. Sabag's counsel "**within five (5) business days [of receiving the settlement payment]" to "file a Joint Stipulation of Dismissal of the 1782 Action**."[5]  Under Paragraph 6.a of the Settlement Agreement, Mr. Sabag is also obligated to "RELEASE AND FOREVER DISCHARGE[]" Mr. Windhorst "from any and all past, present or future claims … of any nature whatsoever, whether or not now known, suspected, or claimed, that exist in whole or in part as of the Effective Date of this Agreement," immediately upon the disbursement of the settlement payment.

Paragraph 8.d of the Settlement Agreement further sets forth that:

The Parties shall not initiate, prosecute, participate in, or enforce any legal or equitable action that is contrary to the terms and conditions or intent of this Agreement or otherwise required by law. The Parties acknowledge that the claims being released include all existing claims up to the Effective Date of this Agreement and they have voluntarily given up the right to pursue those claims in any forum or proceeding. The Parties expressly WAIVE any right to assert in the future any claims of any kind or nature whatsoever that may have existed up to and including the Effective Date of this Agreement, even it if they are not now known and regardless of the amount or extent of any damages.

As you're aware, Mr. Windhorst has satisfied his obligation to make the settlement payment under Paragraph 4 of the Settlement Agreement, and Mr. Sabag has received the settlement payment (including interest) on February 10, 2023, triggering Mr. Sabag's obligation to release and discharge Mr. Windhorst from any claims in relation to the 1782 Action and to dismiss the 1782 Action.

Please respond with a draft Joint Stipulation of Dismissal of the 1782 Action ("Joint Stipulation") for us to review by **Friday, March 3, 2023**.  We expect the Joint Stipulation to be filed by **Monday, March 6, 2023**.

All of our rights are reserved, including our rights to enforce the Settlement Agreement.

Very truly yours,

/s/ Lucas Bento


Lucas Bento FCIArb FRSA

---

[5]  The Settlement Agreement defines the "1782 Action" as the "action [filed by Mr. Sabag] in the United States District Court of the Southern District of Indiana under case number 1:19-mc-00084-JPH-TAB, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings."  *See* Settlement Agreement, paragraph 3.

Cc:

Ann O'Connor McCready (AMcCready@taftlaw.com)

Brooke Smith (brooke.smith@skofirm.com)

Courtney Caprio (courtney@axslawgroup.com)