UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:                                      )
The Application of:                          )
                                            ) Case No.: 1:19-mc-00084-JPH-TAB
ELI SABAG, for an Order Pursuant to          )
28 U.S.C. § 1782 to Conduct Discovery        )
for Use in Foreign Proceedings.              )

## ORDER GRANTING EMERGENCY MOTION TO ORDER LARS WINDHORST TO STAY NEW ARBITRATION AND EMERGENCY RELIEF THEREIN

The Court, having reviewed Applicant Eli Sabag's Emergency Motion to Order Lars Windhorst to Stay New Arbitration and Emergency Relief Therein, and, being duly advised, hereby **GRANTS** said Emergency Motion.  This Court hereby **ORDERS** Intervenor Lars Windhorst to take all reasonable action necessary to stay the matter currently pending before the ICDR under case number 01-23-0001-0936 and then take no further action in that matter until further order from this Court.

IT IS SO ORDERED.

Dated: _____        _____
                                   Judge, United States District Court
                                   Southern District of Indiana

Distribution:

All counsel of record, by operation of the Court's ECF system