# EXHIBIT F



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

November 7, 2022

**Via Email Only**

Courtney Caprio, Esq.
Caprio Law Group
40 NW 3rd Street
Suite 200
Miami, FL 33128
Via Email to: courtney@capriolawgroup.com

M. Cristina Cardenas, Esq.
Reed Smith, LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Via Email to: ccardenas@reedsmith.com

Edward M. Mullins, Esq.
Reed Smith, LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Via Email to: emullins@reedsmith.com

Simon Navarro
Sidley Austin, LLP
787 7th Avenue
New York, NY 10019
Via Email to: snavarro@sidley.com

Dr. Tai-Heng Cheng, Esq.
Sidley Austin
787 7th Avenue
24th Floor
New York, NY 10019
Via Email to: TCHENG@SIDLEY.COM

Gaëlle E. Tribié
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Via Email to: gtribie@sidley.com

Case Number: 01-20-0003-6931

Eli Sabag
-vs-
Sapinda Asia Limited; Lars Windhorst

Dear Party Representatives,

By direction of the Tribunal we herewith transmit to you the duly executed Final Award in the above matter. Please do not submit any further communication directly to the Tribunal. All communication shall be directed to the ICDR only copying the other parties.

At this time, we have verified with the Tribunal that it has submitted all requests for compensation and expenses in this matter. Accordingly, we have conducted a final reconciliation of the finances and will provide each party with a Final Statement under separate cover shortly. If a party has any unused compensation deposits, we will issue a refund check to the billing representative named in the Final Statement. If a party has an outstanding balance, that party will continue to receive cyclical invoices until the balance is paid. Any outstanding balances are due immediately.

Note that the financial reconciliation reflects costs as they were incurred during the course of the proceeding. Any apportionment of these costs by the Tribunal are addressed in the Final Award and will be stated as one party's obligation to reimburse the other party for costs incurred. Any outstanding balances the parties may have with the ICDR for the costs incurred during the arbitration proceedings remain due and payable to the ICDR even after the Final Award is issued, and regardless of the Tribunal's apportionment of these costs between the parties in the Final Award.

Pursuant to the AAA/ICDR's current policy, the ICDR's electronic case file will be destroyed 18 months after the date of this letter, with the exception of certain types of documents the ICDR will maintain indefinitely.

The ICDR may publish selected awards, orders, decisions, and rulings that have been edited to conceal the names of the parties and other identifying details unless a party has objected in writing to publication within 6 months from the date of this letter.

Thank you for having used the services of the ICDR, a worldwide leader in dispute resolution.

Sincerely,

/s/

Rafael Carlos del Rosal Carmona, LL.M.
Director
Direct Dial: (212)484-4180
Email: RafaelCarmona@adr.org
Fax: (212)246-7274

Encl.:  Final Award

Cc:   (via email)
The Arbtrator