# EXHIBIT G

3/16/23, 12:52 PM
SimpleFile

Welcome to File Online

# FILE ONLINE



Home

# THANK YOU!

YOUR AAA CASE NUMBER : 01-23-0001-0936

Thank you for choosing American Arbitration Association.
Please print a copy of this page for your record.

Print

Basic Filing Information:

Lucas Bento
2128497000
lucasbento@quinnemanuel.com
Arbitration

On behalf of Mr. Lars Windhorst please find attached, (1) a Notice of Arbitration and Statement of Claim, (2) an Application for Emergency Relief, (3) select exhibits including the arbitration agreement. The remaining exhibits will be sent via email

| Filing Fee Charged | $8625.00 | Documents received on 2023-03-16 12:52:06.0 Eastern Time |

## What's Next
_____

• This acknowledges receipt of your documentation on 2023-03-16 12:52:06.0 Eastern Time. This notice does not constitute the AAA's initiation of the case or satisfaction of all AAA administrative filing requirements. An email copy of this receipt will be sent to lucasbento@quinnemanuel.com shortly.

• <u>DON'T FORGET</u> to send a copy of the completed form and any attachments to all parties and retain a copy of the form for your record.

• Your documentation will be reviewed and, if all filing requirements are met, assigned to a case manager who will be in contact with all parties. Should additional information or clarification be required you will be contacted by our case filing department.

• Once a case manager has been assigned, you will have access to the case at WebFile. If you do not see your case at that time, please contact customerservice@adr.org

- If you need assistance with your case before being contacted by your case manager, please contact our Case Filing Office at [casefiling@adr.org](mailto:casefiling@adr.org)

- Please be sure to reference your AAA case Number, as provided above.

- For additional information, please see the     [applicable rules](#)

