# EXHIBIT H

# Gavin Frisch

| | |
|---|---|
| **From:** | Gavin Frisch |
| **Sent:** | Thursday, March 16, 2023 3:35 PM |
| **To:** | Case Filing; ICDR Rafael Carlos del Rosal Carmona, LL.M. |
| **Cc:** | EMullins@reedsmith.com; Lucas Bento; Fei Lu; courtney@axslawgroup.com; ccardenas@reedsmith.com; mmckinnon@reedsmith.com; eli@elisabag.net |
| **Subject:** | RE: Notice of Arbitration and Statement of Claim & Application for Emergency Relief |

Hello Case Filing,

I just spoke with someone in your case filing group over the phone to ask about the best way to send you the exhibits given that there are too many of them to attach to a single email.  I was instructed that the preferred method for sending exhibits is to mail them to AAA's Voorhees, New Jersey address so AAA can scan and upload the exhibits to the case.  Accordingly, we will print and mail copies of all of the exhibits included in the link to AAA.

Thank you for your consideration,
Gavin

**Gavin Frisch**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7124 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
gavinfrisch@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Case Filing <CaseFiling@adr.org>
**Sent:** Thursday, March 16, 2023 3:06 PM
**To:** Gavin Frisch <gavinfrisch@quinnemanuel.com>; Case Filing <CaseFiling@adr.org>; ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>
**Cc:** EMullins@reedsmith.com; Lucas Bento <lucasbento@quinnemanuel.com>; Fei Lu <jingfeilu@quinnemanuel.com>; courtney@axslawgroup.com; ccardenas@reedsmith.com; mmckinnon@reedsmith.com; eli@elisabag.net
**Subject:** RE: Notice of Arbitration and Statement of Claim & Application for Emergency Relief

**[EXTERNAL EMAIL from casefiling@adr.org]**

Good Afternoon,

Thank you for your email. We have forwarded your attachments to the assigned case manager.  Notification to all named parties and representatives will be sent with further information and instructions upon review of the case manager.

1

Due to our company's strict policy, we are not allowed to open any outside links.  If the link does not contain the same documents attached to your email, you may resend your information as a PDF document.  Please be sure to include your assigned AAA case number. Thank you.

Sincerely,
Case Filing



**Case Filing**

American Arbitration Association

T: 877-495-4185
F: 877-304-8457
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Gavin Frisch <gavinfrisch@quinnemanuel.com>
**Sent:** Thursday, March 16, 2023 1:05 PM
**To:** Case Filing <CaseFiling@adr.org>; ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>
**Cc:** EMullins@reedsmith.com; Lucas Bento <lucasbento@quinnemanuel.com>; Fei Lu <jingfeilu@quinnemanuel.com>; courtney@axslawgroup.com; ccardenas@reedsmith.com; mmckinnon@reedsmith.com; eli@elisabag.net
**Subject:** Notice of Arbitration and Statement of Claim & Application for Emergency Relief

**\*\*\* External E-Mail – Use Caution \*\*\***


Dear Case filing and Mr. Carmona,

Quinn Emanuel Urquhart & Sullivan LLP represents Mr. Lars Windhorst.  On behalf of Mr. Windhorst and pursuant to Mr. Carmona's direction in his email dated March 10, 2023, we just filed via the ICDR-AAA's online filing system a **Notice of Arbitration and Statement of Claim** and an **Application for Emergency Relief** pursuant to ICDR Article 7.  I have attached the online filing receipt, which shows a new case number 01-23-0001-0936. The filing fee has also been paid.

We're attaching copies of the Notice of Arbitration and Application for Emergency Relief to this email and a link to all of the exhibits in support of our filings.  As the online system won't allow us to file more than 10 attachments, please kindly confirm receipt of Claimant's exhibits:

https://sendfile.quinnemanuel.com/pkg?token=c9dc58e0-c2a6-4522-b90e-f1cb035d0492
[Please note this link will expire on **March 22, 2023 at 5:18 PM ET**]

The Respondent, Mr. Eli Sabag, and his attorneys, are also copied on this email.

Thank you for your attention in this matter.

Respectfully submitted,

**Gavin Frisch**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

111 Huntington Ave Suite 520
Boston, MA 02199
617-712-7124 Direct
617.712.7100 Main Office Number
617.712.7200 FAX
gavinfrisch@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.