# EXHIBIT K



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

March 17, 2023

**Via Email Only**

Lucas V. M. Bento, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
Floor 22
New York, NY 10010
Via Email to: lucasbento@quinnemanuel.com

Edward M. Mullins, Esq.
Reed Smith, LLP
200 South Biscayne Boulevard
Floor 26
Miami, FL 33131
Via Email to: emullins@reedsmith.com

Case Number: 01-23-0001-0936

Lars Windhorst
-vs-
Eli Sabag

Dear Party Representatives,

The International Centre for Dispute Resolution (ICDR), a division of the American Arbitration Association (AAA), acknowledges receipt of a Notice of Arbitration dated March 16, 2023, for a dispute arising out of a contract between the above-captioned parties. A copy should have been sent to Respondents. We have received the Notice of Arbitration on March 16, 2023, which will mark the date of commencement. We noted that the Notice of Arbitration includes an application for the appointment of an Emergency Arbitrator under Article 7 of the ICDR's International Arbitration Rules. We will address this issue in a separate letter.

Please be advised that the above-captioned parties are receiving this communication in accordance with the representative information provided to us by Claimants. If you are receiving this communication and do not represent any of the parties in this matter, please contact the ICDR immediately.

I will be your primary contact at the ICDR and can be reached by phone at (212) 484-4180, fax at 212-246-7274, or e-mail at RafaelCarmona@adr.org. Please direct all future communications to my attention with a copy to the other parties.

An Administrative Conference call will be conducted to discuss communications, mediation, tribunal appointment, place of arbitration, and other administrative topics designed to promote process efficiencies.

This conference call is scheduled for **March 24, 2023** beginning at **02:00 PM Eastern Time**. The parties are requested to connect to this call as indicated below:

| | |
|---|---|
| Type: | Administrative Conference |
| Method: | Conference Call |
| Date: | March 24, 2023 |
| Time: | 02:00 PM Eastern Time |
| Comments: | First, click: https://meet.loopup.com/5bg94Wm |

    Know who's on and who's speaking
    LoopUp calls your phone – no need to dial in
    And view when the leader shares their screen

Or, if you are offline, dial in:
(by joining, you agree to the privacy policy at loopup.com)
Guest Dial-in Code: 2151672#
    USA: +1 (855) 633-2040
    USA (Toll): +1 (312) 212-3078

Should you have to connect by phone from a country that is not listed above, please immediately contact the ICDR. If the parties are unable to participate on the scheduled date of the call, we kindly request that the parties mutually agree on an alternate date and advise the ICDR so that the call may be rescheduled accordingly.

This matter is presently being administered under the current International Dispute Resolution Procedures, in effect March 1, 2021, and in accordance with the criteria set forth in the Introduction. Please find a copy of the Procedures on our website at www.icdr.org. Pursuant to Articles 2(2) and 3(1), Respondents shall file a written Answer to the Notice of Arbitration with Claimants and the ICDR within thirty (30) days from the date of this letter. If Respondents wish to file a Counterclaim, please file a copy, along with the supporting documents and the appropriate filing fee, with the ICDR. Please also send a copy directly to Claimants.

We have enclosed a Checklist for Conflicts form. Please list all the witnesses you expect to present, as well as any persons or entities with an interest in these proceedings. This checklist will assist the tribunal in completing a conflicts check. The checklist is confidential and should only be sent to the ICDR. The checklist is due within fourteen (14) days from the date of this letter.

As part of our administrative service, we invite you to learn more about how to manage your case online and register with AAA WebFile at https://www.adr.org/aaa/faces/register. This secure case management platform allows parties to perform a variety of case related activities.

You should also review the *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy* and *AAA-ICDR Cybersecurity Checklist* that are attached to this correspondence. In accordance with Article 22(3), this topic will be discussed at the Procedural Hearing.

Finally, we have enclosed our guide to Understanding the ICDR Process that will serve to provide you with some basic information about the ICDR's arbitration process. Please also take note of our Streamlined Three-Arbitrator Panel Option for Large Complex Cases. The ICDR will continue to provide you with information regarding the various stages of the process as the case proceeds. We also encourage you to contact the ICDR at any time for further procedural information or to discuss how we can best serve your needs in resolving your dispute.

Please note that this matter will be conducted in accordance with the [AAA/ICDR Standards of Conduct for Parties and Representatives](), which are available on our website at [www.icdr.org]().

We look forward to working with you and to provide you with assistance during the arbitral process.

Sincerely,

/s/

Rafael Carlos del Rosal Carmona, LL.M.
Director
Direct Dial: (212)484-4180
Email: RafaelCarmona@adr.org
Fax: (212)246-7274


Encl.