# EXHIBIT L



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

March 17, 2023

**Via Email Only**

Lucas V. M. Bento, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
Floor 22
New York, NY 10010
Via Email to: lucasbento@quinnemanuel.com

Edward M. Mullins, Esq.
Reed Smith, LLP
200 South Biscayne Boulevard
Floor 26
Miami, FL 33131
Via Email to: emullins@reedsmith.com

Case Number: 01-23-0001-0936

Lars Windhorst
-vs-
Eli Sabag

Dear Party Representatives,

Pursuant to Article 7, the ICDR has appointed Paul Klaas (the "Emergency Arbitrator"), to rule on Claimant's application for emergency relief. Please find enclosed the Emergency Arbitrator's Notice of Appointment, Oath and the Notice of Compensation Arrangements, as well as a supplemental disclosure.

It is our understanding that the Emergency Arbitrator is not aware of any conflicts with any of the parties or their representatives with respect to this matter. Should any circumstance exist that is likely to give rise to justifiable doubts to the Emergency Arbitrator's impartiality or independence, please advise the ICDR no later than **March 20, 2023, at 5:00 PM Eastern time**.

Pursuant to Article 7(3) "[t]*he emergency arbitrator shall as soon as possible, and in any event within two business days of appointment, establish a schedule for consideration of the application for emergency relief. Such schedule shall provide a reasonable opportunity to all parties to be heard and may provide for proceedings by telephone, video, written submissions, or other suitable means, as alternatives to an in-person hearing.*" The Emergency Arbitrator will provide you with additional instructions shortly.

If you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

/s/

Rafael Carlos del Rosal Carmona, LL.M.
Director
Direct Dial: (212)484-4180
Email: RafaelCarmona@adr.org
Fax: (212)246-7274


Encl.


Cc:   The Emergency Arbitrator (via email)