# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

## NOTICE OF RE-FILED REDACTED EXHIBITS

Lars Windhorst previously filed several exhibits to his declaration (Doc. 118)—namely exhibit 1 (Doc. 118-1), exhibit 7 (Doc. 118-7), exhibit 10 (Doc. 118-10), exhibit 15 (Doc. 118-15), and exhibit 16 (Doc. 118-16) (collectively, "the Exhibits")—which contain full financial account numbers. The Court has already ordered that the Exhibits be sealed. Doc. 121. Mr. Windhorst is contemporaneously filing a motion to maintain the Exhibits under seal.

Mr. Windhorst, pursuant to S.D. Ind. L.R. 5-11(c)(1), hereby provides notice of refiling the Exhibits—attached hereto—with the proper redactions. Pursuant to S.D. Ind. L.R. 5-11(c)(2), Mr. Windhorst will serve unredacted copies on opposing counsel.

DATED:  March 20, 2023        /s/ Ann O'Connor McCready
　　　　　　　　　　　　　　　Ann O'Connor McCready, Atty. No. 32836-53
　　　　　　　　　　　　　　　Taft Stettinius & Hollister LLP
　　　　　　　　　　　　　　　One Indiana Square, Ste. 3500
　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　(317) 713-3500
　　　　　　　　　　　　　　　ammcready@taftlaw.com

/s/ *Lucas Bento*
Lucas V.M. Bento (New York Bar No. 4907986)
lucasbento@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave. 22d Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100


Gavin S. Frisch (Mass. Bar No. 704216)
gavinfrsich@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Ste. 520
Boston, MA 02199
Telephone: (617) 712-7100
Fax: (617) 712-7200

*Attorneys for Lars Windhorst*