# EXHIBIT 7

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Friday, August 5, 2022 9:56 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: Payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I don't know - I am trying to get a confirm

On Aug 5, 2022, at 9:42 AM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Which account

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Date:** Friday, Aug 05, 2022, 8:29 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: Payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I was told the payment was initiated this morning- I am trying to get a confirmation

On Aug 5, 2022, at 9:13 AM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Any status?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Thursday, August 4, 2022 4:46 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Cc:** Humphries, Kathleen O. <KHumphries@ReedSmith.com>; Tyree, Megan A. <MTyree@reedsmith.com>; Cárdenas, M. Cristina <ccardenas@reedsmith.com>
**Subject:** Re: Payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

I have no heard anything

On Aug 4, 2022, at 4:44 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Peter any update?

Sent with BlackBerry Work (www.blackberry.com)

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Date:** Thursday, Aug 04, 2022, 10:37 AM
**To:** Peter Calamari <Peter.Calamari@tennor.com>
**Cc:** Humphries, Kathleen O. <KHumphries@ReedSmith.com>, Tyree, Megan A. <MTyree@reedsmith.com>, Cárdenas, M. Cristina <ccardenas@reedsmith.com>, Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** RE: Payment

Peter-
As alternative, although we would prefer payment to Reed Smith per the settlement, below is Eli's personal account in Israel. Please advise which account is used for payment and confirm payment is made. thanks.

Bank account information
BANK HAPOALIM ISRAEL
IBAN : ███████████████████2-198
SWIFT : POALILIT
Name on the account : ELI SABAG

**From:** Mullins, Edward M. (MIA)
**Sent:** Thursday, August 4, 2022 8:01 AM
**To:** 'Peter Calamari' <Peter.Calamari@tennor.com>
**Cc:** Humphries, Kathleen O. <KHumphries@ReedSmith.com>; Tyree, Megan A. <MTyree@reedsmith.com>; Cárdenas, M. Cristina <ccardenas@reedsmith.com>; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** RE: Payment

Peter
As we discussed, we only can accept per bank regulations the settlement monies into our US based trust account because the legal work was based here.  Below is our account information, the name, account number and SWIFT should be sufficient.  As you note, Track Group was able to pay and we receive foreign wires into this account.  I have copied Kathleen and Megan who deal with our accounts especially our trust so you have their contact information if your client's bank has issues or questions.  We look forward to confirmation of the wire.  Thanks

Miami Trust
  Account name: Reed Smith LLP
  Banks Name: Citibank, N.A.
  City/State: Miami, FL
  Account Number: ████8763
  ABA Number: ████6554
  Swift code: CITIUS33

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Thursday, August 4, 2022 7:06 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: Payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

Sure - ████ 8448

> On Aug 4, 2022, at 6:58 AM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:
>
> Is there a number I can call you?
>
> Sent with BlackBerry Work (www.blackberry.com)

3

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Date:** Thursday, Aug 04, 2022, 6:23 AM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Cc:** Cárdenas, M. Cristina <ccardenas@reedsmith.com>
**Subject:** Re: Payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

Ed - I haven't received anything yet. Keep me posted if I missed an email

> On Aug 3, 2022, at 5:23 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:
>
> Peter thanks. Please keep Cristina copied as Im travelling tomorrow. Thanks.
>
> **From:** Peter Calamari <Peter.Calamari@tennor.com>
> **Sent:** Wednesday, August 3, 2022 5:14 PM
> **To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
> **Subject:** Re: Payment
>
> EXTERNAL E-MAIL - From Peter.Calamari@tennor.com
>
> Ok - sooner the better- never know with Lars
>
>> On Aug 3, 2022, at 4:42 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

4

Peter- thanks. I have asked for that information from accounting, but we are getting from London. I should have it first thing in am and will forward when I do. I suspect your client would have wired tomorrow anyway since it is late there. Thanks.

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Wednesday, August 3, 2022 3:52 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

Ed - lars is trying to make the payment - can you provide bank details for a direct payment. Preferably this would be an Iban/Euro account.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2... be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others aut **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution o this information is strictly prohibited and may be unlawful. The information contained in this E- privileged. If you are not the intended recipient please delete in its entirety. Messages sent via delivery and unauthorised alteration. The information contained herein or attached hereto has reliable but we do not represent that it is accurate or complete. Any reference to past performa future performance. The information contained herein or attached hereto is not to be construed security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated compar

transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financ

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our databa events and business opportunities in accordance with our privacy policy which you can view he can request removal by clicking here.

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-0 be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised t **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking a this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is co privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medi delivery and unauthorised alteration. The information contained herein or attached hereto has been obta reliable but we do not represent that it is accurate or complete. Any reference to past performance shoul future performance. The information contained herein or attached hereto is not to be construed as an of security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may h transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial service

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to kee events and business opportunities in accordance with our privacy policy which you can view here . If you can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-04 11:23:1 be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in re this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential

6

privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may b
delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from
reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be t
future performance. The information contained herein or attached hereto is not to be construed as an offer or solic
security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an int
transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any j

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you info
events and business opportunities in accordance with our privacy policy which you can view here . If you prefer no
can request removal by clicking here.

---

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-04 12:06:13 is confi
be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you a
**emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of
this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may
privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject
delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources
reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as a
future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to
security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, pos
transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of
events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to recei
can request removal by clicking here.

---

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-04 21:46:19 is confidential an
be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not
**emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the conte
this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally
privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays
delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe
reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indicati
future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or se
security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or
transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news,
events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive update
can request removal by clicking here.

---

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-05 14:28:57 is confidential and may
be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not
**emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of

this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive updates, you can request removal by clicking [here](#).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-05 14:56:28 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view [here](#) . If you prefer not to receive updates, you can request removal by clicking [here](#).