# EXHIBIT 15

*****This email has originated from outside your organisation*****

Dear Stuart,

Many thanks.

We confirm receipt of USD 3,099,985 received from Mr Windhorst personally in satisfaction of a debt owed to our client, for which Mr Windhorst is jointly and severally liable.

Please see our revised calculations below in respect of the total sums now owing. These are based on the calculations in your attached excel document, as well as additional interest accruing from 20 January to 8 February 2023.

We have also included the total costs set out in our cost schedule dated 13 January 2023, given that the offer of USD 38,000 was conditional upon payment being made by 27 January 2023. Our client has also had to incur additional costs associated with protracted correspondence on payment and unrelated US proceedings, which have in turn driven up costs. These additional costs incurred after 13 January are not included below (in the interest of resolving this matter as soon as possible). However, in all of the circumstances, we renew our claim to the entire amount set out in our cost schedule dated 13 January 2023.

|  | Amount (USD) |
|---|---|
| August Award | 2,850,000.00 |
| Enforcement Costs pursuant to November Award | 13,742.94 |
| Interest on Enforcement Costs at 9% per annum from 26 Sept 2022 to 20 Jan 2023 *(daily rate of USD 3.38)* | 393.09 |
| Interest on Enforcement Costs at 9% per annum from 20 Jan to 8 Feb | 64.22 |
| Interest on 2,850,000 at 9% per annum from 2 August 2022 to 20 Jan 2023 *(daily rate of USD 702.73)* | 120,168.49 |
| Interest on 2,850,000 at 9% per annum from 20 Jan to 8 Feb | 13,351.87 |
| Full cost claim as set out in cost schedule dated 13 January 2023 | 46,912.00 |
|  |  |
| **Total** | **3,044,632.00** |

The above total leaves a surplus of **USD 55,353**.

Provided that the above calculation is agreed, please send us wire transfer details for the remittance of **USD 55,353** to Maples (for onward transmission to Mr Windhorst personally).

Kind regards,

Alecia

**Dr Alecia Johns, D Phil (Oxon)**  Counsel
D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com

**C O N Y E R S   D I L L   &   P E A R M A N   L L P**

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

**conyers.com**

LinkedIn | Twitter

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

**From:** Stuart Rau <Stuart.Rau@maples.com>
**Sent:** Thursday, February 9, 2023 5:41 PM
**To:** Alecia Johns <Alecia.Johns@conyers.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

**[External email]**

Hi Alecia

I am pleased to hear it and look forward to receiving your calculations.

Once your client's debt is satisfied, he no longer has an interest in the liquidation and we will take the process forward with the liquidators and the remaining stakeholders.

Kind regards
Stuart

**Stuart Rau**
Of Counsel

**MAPLES** GROUP
**Direct** +1 284 852 3018 | **Mobile** +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

**maples.com**

**From:** Alecia Johns <Alecia.Johns@conyers.com>
**Sent:** 09 February 2023 6:33 PM
**To:** Stuart Rau <Stuart.Rau@maples.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

Dear Stuart,

Thank you for the below.

Our accounts team has confirmed receipt today of USD 3,099,985 ($15 was deducted by our bank in fees).

We will revert tomorrow in respect of our revised calculations (bearing in mind additional interest accruing from 20 January 2023 and our total cost claim as set out in our cost schedule).

The surplus will of course be remitted to Maples once the revised total is agreed.

In respect of EY's fees, we are assuming that this will be dealt with separately between your client and EY.

Kind regards,

Alecia


**Dr Alecia Johns, D Phil (Oxon)**  Counsel
D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com

**C O N Y E R S   D I L L   &   P E A R M A N   L L P**

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

**conyers.com**

LinkedIn | Twitter

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

**From:** Stuart Rau <Stuart.Rau@maples.com>
**Sent:** Thursday, February 9, 2023 10:16 AM
**To:** Alecia Johns <Alecia.Johns@conyers.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

**[External email]**

Dear Alecia

Following my email below I have been informed that the full amount has been sent in USD and should clear imminently.  The SWIFT details are as follows:

20█████2116
:23B:CRED
:32A:████████0000,
:33B:USD3100000,
:50F:██████████0001
1/LARS WINDHORST
2/█████████
3/████ZUG CH
:56A:█████NNYC
:57A:█████GXXX
:59F:█████0-263
1/CONYERS DILL AND PEARMAN
2/COMM.HOUSE,WICKHAMS CAY 1,POB3140
3/VG/VG1110, ROAD TOWN, TORTOLA, BV
:70:CASE 012000036931 ELI SABAG V LARS
WINDHORST
:71A:OUR
-}

Please let me know when the funds arrive.

Kind regards
Stuart

**Stuart Rau**
Of Counsel

**MAPLES** GROUP
**Direct** +1 284 852 3018 **|** **Mobile** +1 284 340 3018
Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

**maples.com**

---

**From:** Stuart Rau
**Sent:** 09 February 2023 11:11 AM
**To:** 'Alecia Johns' <Alecia.Johns@conyers.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Dear Alecia

I still have no instructions but will let you know when I do.

Kind regards
Stuart

---

**From:** Alecia Johns <Alecia.Johns@conyers.com>
**Sent:** 09 February 2023 11:10 AM
**To:** Stuart Rau <Stuart.Rau@maples.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>

**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited
**Importance:** High

*****This email has originated from outside your organisation*****

---

Hi Stuart,

May we have an update on this today please?

Kind regards,

Alecia

**Dr Alecia Johns, D Phil (Oxon)**  Counsel
D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com

**CONYERS DILL & PEARMAN LLP**

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

**conyers.com**

LinkedIn | Twitter

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

**From:** Stuart Rau <Stuart.Rau@maples.com>
**Sent:** Wednesday, February 8, 2023 7:08 AM
**To:** Alecia Johns <Alecia.Johns@conyers.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

**[External email]**

Hi Alecia

I confirm receipt and am seeking instructions.

Kind regards
Stuart

**Stuart Rau**
Of Counsel

**MAPLES** GROUP
**Direct** +1 284 852 3018 | **Mobile** +1 284 340 3018
Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

**maples.com**

**From:** Alecia Johns <Alecia.Johns@conyers.com>
**Sent:** 07 February 2023 5:17 PM
**To:** Stuart Rau <Stuart.Rau@maples.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited
**Importance:** High

*****This email has originated from outside your organisation*****

Stuart,

It is now close of business on Tuesday and we are still not in receipt of funds.

Please provide us with an update soonest.

It is increasingly difficult for our client to accept that any genuine attempts are being made to transfer the funds. Please let us know if there is any reason to believe otherwise at this stage.

Kind regards,

Alecia


**Dr Alecia Johns, D Phil (Oxon)**  Counsel
D +1 345 814 7255 |  M +1 345 936 7333 |  alecia.johns@conyers.com

**CONYERS DILL & PEARMAN LLP**

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

**conyers.com**

LinkedIn | Twitter

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

**From:** Stuart Rau <Stuart.Rau@maples.com>
**Sent:** Tuesday, February 7, 2023 7:53 AM
**To:** Alecia Johns <Alecia.Johns@conyers.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

**[External email]**

Hi Alecia

I will take instructions and get back to you.

Kind regards

Stuart

**Stuart Rau**
Of Counsel

**MAPLES** GROUP
**Direct** +1 284 852 3018  |  **Mobile** +1 284 340 3018
Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

**maples.com**

---

**From:** Alecia Johns <Alecia.Johns@conyers.com>
**Sent:** 07 February 2023 8:51 AM
**To:** Stuart Rau <Stuart.Rau@maples.com>
**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited
**Importance:** High

*****This email has originated from outside your organisation*****

Hi Stuart,

Based on your emails below, we have put our accounts team on notice that funds will be coming in today.

Can you please now provide the exact amount being transferred in USD and the wire confirmation details?

Kind regards,

Alecia

**Dr Alecia Johns, D Phil (Oxon)**  Counsel
D +1 345 814 7255  |  M +1 345 936 7333  |  alecia.johns@conyers.com

**CONYERS DILL & PEARMAN LLP**

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

**conyers.com**

LinkedIn | Twitter

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

**From:** Stuart Rau <Stuart.Rau@maples.com>
**Sent:** Friday, February 3, 2023 6:19 AM
**To:** Alecia Johns <Alecia.Johns@conyers.com>

**Cc:** Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
**Subject:** RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

**[External email]**

Hi Alecia

Thank you, I will send these once available.

Kind regards
Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018
Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands
maples.com<http://www.maples.com>

On 2 February 2023 at 5:12:09 PM GMT-4, Alecia Johns <Alecia.Johns@conyers.com> wrote:
*****This email has originated from outside your organisation*****
_____

Hi Stuart,

Thanks for the update.

We will let our accounts team know. If you are able to provide the wire details that would be helpful as well.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com>
Sent: Thursday, February 2, 2023 3:02 PM
To: Alecia Johns <Alecia.Johns@conyers.com>
Cc: Mark Forte <Mark.Forte@conyers.com>; Ben Mellett <ben.mellett@conyers.com>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Hi Alecia

Apologies – the delay was with me. I understand the transfers were made in euro. Our client has therefore instructed a single payment in US dollars. He is informed this will take until Tuesday to go through.

Kind regards

Stuart




Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>




From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 02 February 2023 3:58 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Ben Mellett
<ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


*****This email has originated from outside your organisation*****
_____

Hi Stuart,


I'm following up on Ben's email below.


Can you please provide us with an update on the payments which your client purportedly made?


If these wires were initiated, it should not be difficult for your client to obtain an update from his bank as to whether

these were successfully transmitted or returned to sender.

We look forward to receiving an update today.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Sent: Wednesday, February 1, 2023 1:03 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


Dear Stuart


Further to our below exchange, we have still not received any funds. Our accounts team has noted, however, that to the extent the funds were indeed sent, any funds sent in EUR would be returned by the intermediary bank Wells Fargo because they are not in USD.


Could you please update us whether the funds have been returned to your client?


We would also be grateful if you could confirm whether the second tranche was paid in EUR? If that is the case, the same issue with Wells Fargo will be encountered. In any event, please do share the transfer confirmation and SWIFT details of the second tranche once it becomes available.


In light of the above, we look forward to receiving details of what steps your client intends to take to satisfy the undisputed debt in USD as soon as possible.


Best regards


Ben

Ben Mellett Associate

D +1 284 852 1123 | M +1 284 346 1123 | Ben.Mellett@conyers.com<mailto:Ben.Mellett@conyers.com>


CONYERS DILL & PEARMAN


Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

From: Ben Mellett
Sent: Tuesday, January 31, 2023 2:08 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Dear Stuart

Thank you for your email – we will tell our Accounts team to expect this payment as well. Please do share the transfer confirmation and SWIFT details once available.

Kind regards

Ben

Ben Mellett Associate

D +1 284 852 1123 | M +1 284 346 1123 | Ben.Mellett@conyers.com<mailto:Ben.Mellett@conyers.com>

CONYERS DILL & PEARMAN

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Tuesday, January 31, 2023 12:30 PM
To: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Hi Ben

By way of update, I understand Mr Windhorst has now given instructions for the transfer of the second tranche, totalling the euro equivalent of US$ 2,100,000. There may be an excess received over the sums due, in which case any such excess can be transferred to Maples' client account.

I will provide any further information e.g. transfer confirmation and SWIFT details as soon as I have it.

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Stuart Rau
Sent: 31 January 2023 10:46 AM
To: 'Ben Mellett' <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns
<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Thank you Ben.

Kind regards

Stuart

From: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Sent: 31 January 2023 10:37 AM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns
<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

_____

15

Dear Stuart

We have not received the funds. Our accounts team are on notice and we will confirm receipt if payment is received.

Kind regards

Ben

Ben Mellett Associate

D +1 284 852 1123 | M +1 284 346 1123 | Ben.Mellett@conyers.com<mailto:Ben.Mellett@conyers.com>

CONYERS DILL & PEARMAN

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at <https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Tuesday, January 31, 2023 9:45 AM
To: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns

<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Dear Ben

Could I check whether the funds have cleared?

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: 30 January 2023 1:03 PM
To: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns
<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Dear Ben

I understand the first tranche has now been paid. I attach a payment confirmation from Euram Bank and set out the SWIFT details below. As mentioned, our client's intention is to pay the remainder on Wednesday.

Grateful if you could let me know when the funds arrive, and based on the amount received, the dollar amount your client believes remains to be paid on Wednesday (grateful if you could include your calculations so that we can confirm the amount due).

SWIFT details:

:20:███████6716

:23B:CRED

:32A:230130EUR920000,

:33B:EUR920000,

:50K:████████████0001

LARS WINDHORST

██████████████

███ ZUG CH

:52A:████████WXXX

:56A:███████NNYC

:57A:██████GXXX

:59:/█████0-263

CONYERS DILL AND PEARMAN

COMMERCE HOUSE, WICKHAMS CAY 1,

PO BOX 3140, ROAD TOWN, TORTOLA, BR

ITISH VIRGIN ISLANDS VG1110

:70:CASE 012000036931 ELI SABAG V LARS

WINDHORST PARTIAL PAYMENT

:71A:OUR

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: 30 January 2023 12:31 PM
To: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns
<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Thank you Ben. I will inform the client. Due to time zone differences I believe the client was reaching the bank's cut-off time for a transfer today and therefore already effected the payment in USD, but will let you know once I have confirmation.

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Sent: 30 January 2023 12:27 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

_____

Dear Stuart

Further to our call this morning, please note that Conyers does not have an EUR account. Payment should therefore be made in USD – I re-attach the wire instructions for ease.

Best regards

Ben

Ben Mellett Associate

D +1 284 852 1123 | M +1 284 346 1123 | Ben.Mellett@conyers.com<mailto:Ben.Mellett@conyers.com>

CONYERS DILL & PEARMAN

Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Monday, January 30, 2023 9:23 AM
To: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Dear Alecia

Thank you, I will take instructions.

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 28 January 2023 4:55 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

_____

Dear Stuart,

We note that the deadline of 4 p.m. yesterday has passed without receipt of any payment whatsoever from your client.

We understand that your client reached out to Mr Sabag on Friday outlining a two-part payment plan over the next 7 days. We note further your representation below that Mr Windhorst intends to make a payment of EUR 1 million by Monday. As you will appreciate, our client has very little confidence that your client will fulfil his stated intention to pay (given his track record in this and other matters to date). Your client is at liberty to pay the outstanding debt as soon as possible and does not require our client's permission to do so. There is no need to contact Mr Sabag in advance of payment.

Further, given your client's history of providing wire transfer confirmations which have not materialized, we will not treat any amounts as paid until our accounts team confirms receipt at our end.

On the matter of costs, note that your offer of US$38,000 for costs of the application is no longer agreed (given that our acceptance was expressly conditional upon payment being made by 4 p.m. on Friday). Regrettably, your client's dilatory conduct (and his attempt to improperly complicate matters by introducing reference to foreign proceedings) has only served to further increase costs. We reiterate that if your client intends to raise matters pertaining to the Indiana Proceedings, he or his legal representatives may do so via Mr Sabag's Indiana counsel.

For the avoidance of doubt, Mr Sabag's rights are expressly reserved in respect of the additional interest accruing after 20 January 2023.

Lastly, as outlined in previous correspondence, we will be updating the liquidators on the parties' correspondence in respect of payment of the debt owed to Mr Sabag given that payment was not made by yesterday's deadline.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Friday, January 27, 2023 4:10 PM
To: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


[External email]

Dear Alecia


By way of update, I understand Mr Windhorst or his representatives intend to make a transfer of EUR 1 million today or Monday. I will provide a transfer confirmation as soon as I have it. Mr Windhorst then intends for the remaining amount to be paid Wednesday next week. Please let us know whether your client will seek payment of the additional interest accrued. We will also need to liaise about the exchange rate to calculate the amount remaining.


I remind you that there is no dispute between the parties as to the sums due in the BVI. In this context, it is not necessary or proportionate to litigate the contentious issues you raise. However, I do unfortunately need to clarify for the record:


(a) You are right that we have said, and it is still the case, that Mr Windhorst intends for the debt to be satisfied very shortly and that thereafter Sapinda will be able to continue as a going concern. The meaning of these words is simple and unambiguous. It is a representation as to an intention to pay in the near future. There is no representation as to the ability to pay in the present.


(b) Mr Windhorst denies that the US proceedings support a U.K. criminal investigation.


Wishing you a pleasant weekend.


Kind regards

Stuart




Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Stuart Rau
Sent: 25 January 2023 11:37 AM
To: 'Alecia Johns' <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Thank you Alecia. I will take instructions.

Kind regards

Stuart

From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 25 January 2023 11:35 AM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

_____

Dear Stuart,

In respect of the representation that Sapinda (or at the very least Mr Windhorst) is in a position to pay the outstanding debt, we are referring to your firm's representation to the liquidators on 5 January 2023 that your client intends for the debt "to be satisfied very shortly" and that thereafter Sapinda will be able to continue as a going concern.

In respect of the Indiana proceedings to which you refer, Mr. Sabag is represented by Indiana legal counsel whom your client is free to contact at any time. We understand that the Indiana proceedings were brought for the purpose of supporting a UK criminal investigation of Mr. Windhorst that now involves the Serious Fraud Office in the United Kingdom.

The suggestion that Sapinda may withhold its payment of an uncontested debt in the context of BVI liquidation proceedings if Mr. Sabag is unwilling to cease his participation in a US proceeding that supports a U.K. criminal investigation against Sapinda's director is, in our view, highly inappropriate. We reiterate that your client is free to discuss the Indiana proceedings with Indiana legal counsel.

Please let us know whether Sapinda intends to satisfy the debt by 27 January 2023.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Wednesday, January 25, 2023 8:52 AM
To: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Dear Alecia

Further to my email below, I understand the Indiana proceedings do not involve a claim for the payment of money against our client but only a deposition. As mentioned, our client asks whether your client is willing to withdraw the Indiana proceedings once the sums claimed in the BVI (as discussed below) have been paid. For the avoidance of doubt, our client is also prepared to satisfy your client's legal costs in the Indiana proceedings (even though he does not believe he has any legal obligation to do so).

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Stuart Rau
Sent: 24 January 2023 7:45 PM
To: 'Alecia Johns' <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett
<ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


Dear Alecia


My apologies – you are of course right that the application has already been granted. That was a factual oversight on my part.


We have not however represented to the liquidators that Sapinda is in a position to pay its outstanding debt. I believe you must be referring to an email dated 16 January in which I informed the liquidators that "Our client's representatives intend to contact Mr Sabag's US lawyers this week to propose a global resolution of all issues. They have not done so yet as they want to make sure they are in a position to satisfy the demands before making contact." This is not a representation that Sapinda (or Mr Windhorst who is also our client) is in a position to pay the debt. If you are referring to a different statement I would be grateful if you could let me know precisely what was said.


We also do not agree that it is inappropriate for our client to seek a "global" (or partly global) resolution; on the contrary it is commercially sensible. You say your firm is not involved and is not in a position to make any representations related to the proceedings in Indiana, but the question is directed at your client, who is in a position to answer. Please could you therefore confirm whether or not your client is willing to withdraw the Indiana proceedings so that the parties can avoid further satellite litigation?


As for your client's position in the termination application: if your client is paid as requested by 27 January then your client will have no further standing. If your client is not paid, clearly there will be no termination application.


Kind regards

Stuart


From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 24 January 2023 5:07 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>; Ben Mellett
<ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>

Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

_____

Dear Stuart,

Thank you for your email.

As you know, the November Award was issued after the filing of the Applicant's Originating Application on 7 October 2022 (the "Originating Application"). In any event, we do not agree that an amendment to the Originating Application would be necessary. That application has been granted by the Court and is no longer live.

It is of course fully open to our client to submit a claim in the liquidation for the additional sums owed pursuant to the November Award under section 209 of the Insolvency Act (i.e. USD 134,304.52 based on your own calculations (the "Additional Sum")). We note based on your email below that your client accepts liability in principle for the Additional Sum. The Additional Sum is therefore a due and undisputed debt which Sapinda and your client are jointly and severally liable to pay.

We remind you of your representation to Sapinda's liquidators that Sapinda is in a position to pay its outstanding debt owed to our client. If that is truly the case, please arrange for payment to be made forthwith. It is entirely improper to now condition that payment on the discontinuance of entirely separate proceedings in another jurisdiction (in respect of which our firm is not involved and is not in a position to make any representations related to such proceedings).

For the avoidance of doubt, our client confirms that if the payment of USD 3,022,304.52 is made to Conyers' client account by Friday 27 January 2023 at 4 p.m., our client will not oppose your client's intended application for the termination of Sapinda's liquidation (provided of course that your client or Sapinda also pays the liquidators' fees to date).

If payment is not made by that date, we reserve the right to oppose your client's intended termination application and to bring to the attention of the liquidators your client's attempt to make payment conditional on the dismissal of separate proceedings in another jurisdiction. This information will no doubt be relevant to the liquidators' assessment of the genuineness of your client's representation (made weeks ago) that Sapinda was in a position to pay its debt and intended to do so shortly.

Kind regards,

Alecia

29

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Tuesday, January 24, 2023 9:36 AM
To: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Dear Alecia


Thank you for your email. You provide no explanation for the exclusion of these sums from the liquidation application. If this matter proceeds, the application will need to be amended, and our client will not bear the costs your client incurs in doing so. Our client does however accept liability in principle for these amounts, and will not require the liquidation application to be amended if your client agrees to dismiss the action in Indiana including the deposition scheduled for Mr Windhorst therein in return for payment.


Please let me know if your client agrees, and if so our client intends to effect the transfer of US$ 3,022,304.52 to Conyers' client account this week. (I believe this calculation differs from yours by a de minimis few dollars and attach an excel spreadsheet showing the calculation.)


Kind regards

Stuart




Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands


maples.com<http://www.maples.com>




From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 20 January 2023 5:20 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited
Importance: High

*****This email has originated from outside your organisation*****

_____

Dear Stuart,

The Outstanding Debt

We are pleased to hear that your client is now in a position to settle the debt of US$ 2,850,000 as per the Arbitration Award dated 17 August 2022 (the "August Award").

However, for completeness, we consider that payment will also need to be made of the sums owing pursuant to the related Arbitration Award dated 7 November 2022 (the "November Award"), which is attached for ease. Pursuant to the November Award, Mr Sabag was awarded costs of the enforcement application in the sum of USD 13,742.94 (with interest at 9% per annum from 26 September 2022 until payment) and interest at 9% per annum on the sum of USD 2,850,000 from 2 August 2022 until payment.

We have set out these additional figures below, which Mr Sabag intends to claim in the liquidation if they are not also paid forthwith:

Amount (USD)

Enforcement Costs pursuant to November Award

13,742.94

Interest on Costs at 9% per annum from 26 Sept 2022 to payment (daily rate of USD 3.38 and calculated up to 20 Jan 2023 for present purposes)

395.46

Interest on 2,850,000 at 9% per annum from 2 August 2022 to payment (daily rate of USD 702.73 and calculated up to 20 Jan 2023 for present purposes)

120,166.83

Total

134,305.23

Based on the above, the total debt now owed to Mr Sabag pursuant to both the August Award and the November Award is USD 2,984,305.23. Please confirm your client's intention to pay this outstanding amount in the next five business days i.e. on or before Friday 27 January 2023.

For the avoidance of doubt, Mr Sabag intends to claim additional interest which will continue to accrue beyond today in the event that payment is not made by Friday 27 January 2023.

Costs of the application

We do not agree that our costs of the application are unreasonable. The hearing bundle in question spanned over 400 pages inclusive of over 350 pages of exhibits to Mr Sabag's affidavit, all of which were necessary to bring the Court up to speed on the history of this matter (including Sapinda's and your client's long history of making false promises of payment).

However, in the interest of arriving at agreement and avoiding the costs and time of a detailed assessment, Mr Sabag is willing to accept the offer of USD 38,000 provided that payment is made by Friday 27 January 2023. If payment is not made by this date, Mr Sabag reserves the right to pursue his cost claim in its entirety.

Wire Transfer Details

Please see the attached wire transfer details in the event that the above is now agreed.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Thursday, January 19, 2023 4:00 PM
To: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Dear Ben

We are pleased to confirm that our client is now in a position to settle the debt of US$ 2,850,000.

As for the costs of Conyers in the liquidation application, as mentioned previously, our client accepts liability in principle for Conyers' reasonable costs. However, the amount claimed of US$ 46,911.52 is unreasonable given that (a) it was a simple application based on a straightforward contractual debt and (b) the application was uncontested. Our client does not therefore believe that Conyers would recover this sum in full on assessment. Our client is accordingly willing to pay US$ 38,000. If this sum is not accepted, our client intends to pay the debt of US$ 2,850,000 to Mr Sabag, and to contest the quantum of costs as part of a subsequent termination application.

We should be grateful if you would confirm acceptance of these terms and provide account details for the transfers of funds.

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Stuart Rau
Sent: 13 January 2023 4:46 PM
To: 'Ben Mellett' <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Thank you Ben

From: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Sent: 13 January 2023 4:36 PM

To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns
<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


*****This email has originated from outside your organisation*****

_____

Dear Stuart


Please see the attached costs schedule.


Kind regards

Ben


Ben Mellett Associate

D +1 284 852 1123 | M +1 284 346 1123 | Ben.Mellett@conyers.com<mailto:Ben.Mellett@conyers.com>


CONYERS DILL & PEARMAN


Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000


conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>


LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>


_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.


From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Friday, January 13, 2023 10:11 AM
To: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


[External email]

Dear Alecia


Could I ask whether you have been able to prepare a schedule of the costs of the application?


Kind regards

Stuart




Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018


Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands


maples.com<http://www.maples.com>




From: Stuart Rau
Sent: 10 January 2023 11:36 AM
To: 'Alecia Johns' <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Cc: 'Mark Forte' <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; 'Ben Mellett'

<ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Dear Alicia

Thank you for your letter.

On the question of active discussions, this was an error on our client's part for which we apologise. Our client's representatives intend to contact Mr Sabag's US lawyers this week to propose a global resolution of all issues. They have not done so yet as they want to make sure they are in a position to satisfy the demands before making contact.

We will write to liquidators now informing them of the error and the update referred to above.

In the meantime, our client acknowledges that payment of the reasonable costs of the application will be made. Please let us know those costs as soon as you reasonably can so that our client can make the necessary preparations.

Kind regards

Stuart

From: Stuart Rau
Sent: 10 January 2023 10:45 AM
To: 'Alecia Johns' <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

Dear Alecia

I confirm receipt and will seek instructions.

Kind regards

Stuart

From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 10 January 2023 10:43 AM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>

Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited
Importance: High

*****This email has originated from outside your organisation*****

_____

Dear Stuart,

Please see the attached letter of today's date.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender

immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Wednesday, January 4, 2023 2:24 PM
To: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Thank you Ben.

Kind regards

Stuart

Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com<http://www.maples.com>

From: Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Sent: 03 January 2023 5:37 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; Alecia Johns
<Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Subject: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited


*****This email has originated from outside your organisation*****

_____

Dear Stuart


Thank you for your call earlier. I understand from our call that you are instructed by the Board of Directors of Sapinda Asia Limited.


I confirm that we do not intend to seal any documents on the E-Litigation Portal prior to your access to the matter.


Kind regards


Ben


Ben Mellett Associate

D +1 284 852 1123 | M +1 284 346 1123 | Ben.Mellett@conyers.com<mailto:Ben.Mellett@conyers.com>


CONYERS DILL & PEARMAN


Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands VG1110 | T +1 284 852 1000


conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>


LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>


_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/<http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/>. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com <http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com <http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to

refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

_____

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued

under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here<http://www.maples.com/people/>. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here<http://www.maples.com/terms_bvi/> or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here<http://maples.com/Terms-MCS-BVI/> or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com<http://www.maples.com/>.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

---------------------------------------------------------------------
This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

---

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

---

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or

assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

---

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.