# EXHIBIT 16

# EURAM BANK
CREATIVE FINANCIAL SOLUTIONS

Herrn
Lars Windhorst
Post wird abgeholt

| | |
|---|---|
| Kunde | Lars Windhorst |
| Kundennummer | 0004 |
| Kontonummer | 0001 EUR |
| Kontobezeichnung | Kontokorrent-Konto |
| IBAN | 0001 |
| SWIFT/BIC | EUAAATWW |

## Zahlungsverkehr Belastungsanzeige

Wien, am 08.02.2023

Gemäß Ihrem Auftrag haben wir folgende Belastung ausgeführt:

Referenz         Z23022116
Valuta           09.02.2023
Buchungsdatum    08.02.2023
Konto            0001

Begünstigter
CONYERS DILL AND PEARMAN
COMM.HOUSE,WICKHAMS CAY 1,POB3140
VG1110, ROAD TOWN, TORTOLA, BVI

Überweisung     USD     3.100.000,00

Kontonummer     0-263

Bank des Begünstigten
FIRSTCARIBBEAN INTERNATIONAL BANK

Zahlungsgrund:
CASE 012000036931 ELI SABAG V LARS WINDHORST

Interner Verwendungszweck:
SPESENFREI FUER DEN BEGUENSTIGTEN

Im Falle von Unstimmigkeiten ersuchen wir Sie um sofortige Nachricht. Diese Bestätigung wird nicht unterschrieben.

**European American Investment Bank AG**

Palais Schottenring        Phone: +43 1 512 38 80 0
Schottenring 18            Fax: +43 1 512 38 80 888
1010 Vienna                office@eurambank.com
Austria                    SWIFT/BIC: EUAAATWW