UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| The Application of: | ) |
| | ) Case No.: 1:19-mc-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to | ) |
| 28 U.S.C. § 1782 to Conduct Discovery | ) |
| for Use in Foreign Proceedings. | ) |

**APPENDIX OF EXHIBITS FOR APPLICANT
ELI SABAG'S COMBINED RESPONSE IN OPPOSITION TO
LARS WINDHORST'S MOTIONS UNDER DOCKET ENTRIES 115, 116, AND 117**

Eli Sabag ("Mr. Sabag"), the Section 1782 Applicant, through counsel, hereby files his Appendix of Exhibits for his Combined Response in Opposition to Lars Windhorst's Motions Under Doc. 115, Doc. 116, and Doc. 117.

| Exhibit | Description |
|---|---|
| A. | March 10, 2023 correspondence from ICDR informing Mr. Windhorst that his Motion to Enforce would <u>not</u> be accepted. |
| B. | Mr. Windhorst's Emergency Filings with ICDR (March 16, 2023) |
| C. | Procedural Order No. 1 |
| D. | Shiefer e-mail dated August 9, 2022 to Windhorst confirming payment approval |
| E. | Sabag's Originating Application of the BVI litigation (July 10, 2022) |
| F. | Arbitrator's August 15, 2022 e-mail confirming jurisdiction under the Settlement Agreement |
| G. | June 12, 2022 BVI Court Order approving the involuntary liquidation |
| H. | EY Parthenon February 1, 2023 e-mail regarding delays despite flexibility, and denying further extensions |
| I. | BVI e-mails regarding status of application |

1

Dated:  March 23, 2023

Respectfully submitted,

*Offer Korin*
Offer Korin, No.: 14014-49
Brooke Smith, No. 32427-03
STOLL KEENON OGDEN PLLC
334 N. Senate Avenue
Indianapolis, IN  46204
Office:  317-464-1100; Fax:  317-464-1111
offer.korin@skofirm.com
brooke.smith@skofirm.com

Courtney Caprio [Admitted *pro hac vice*]
AXS LAW GROUP, PLLC
2121 NW Second Avenue, Suite 201
Miami, FL  33127
Office:  305-297-1873; Fax:  305-397-2336
courtney@axslawgroup.com

*Counsel for Movant Eli Sabag*

### CERTIFICATE OF SERVICE

I hereby certify that on **March 23, 2023**, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's ECF.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Sean Tyler Dewey<br>Michael A. Wukmer<br>Meredith Wood<br>ICE MILLER LLP<br>*Counsel for Track Group* | sean.dewey@icemiller.com<br>michael.wukmer@icemiller.com<br>meredith.wood@icemiller.com |
| Ann O'Connor McCready<br>TAFT STETTINIUS & HOLLISTER LLP<br>*Counsel for Lars Windhorst* | amccready@taftlaw.com |
| Gavin S. Frisch [PHV]<br>Lucas V.M. Bento [PHV]<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>*Counsel for Lars Windhorst* | gavinfrsich@quinnemanuel.com<br>lucasbento@quinnemanuel.com |

*Offer Korin*
Offer Korin