**REDACTED**

---

**From:** ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>
**Date:** Friday, Mar 10, 2023 at 3:24 PM
**To:** Lucas Bento <lucasbento@quinnemanuel.com>
**Cc:** Gavin Frisch <gavinfrisch@quinnemanuel.com>, Fei Lu <jingfeilu@quinnemanuel.com>, Cheng, Tai-Heng <tcheng@sidley.com>, GTRIBIE@SIDLEY.COM <GTRIBIE@SIDLEY.COM>, MJACKSON@SIDLEY.COM <MJACKSON@SIDLEY.COM>, ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>, courtney@axslawgroup.com <courtney@axslawgroup.com>, Cárdenas, M. Cristina <ccardenas@reedsmith.com>, Mullins, Edward M. (MIA) <EMullins@reedsmith.com>, McKinnon, Matthew J. <MMcKinnon@reedsmith.com>
**Subject:** RE: Notice of Appearance in Case No. 01-20-0003-6931 & Respondent's Lars Windhorst Motion To Enforce Settlement Agreement

EXTERNAL E-MAIL - From RafaelCarmona@adr.org

Dear Counsel,


We acknowledge receipt of the communication below. We have reviewed our records and note that this case was closed as per our closing letter of November 7, 2023. Therefore, at this time any new claim under the settlement agreement will require the filing of a new case which will need to comply with the corresponding filing requirements, including

1



payment of the corresponding initial filing fee and the existence of arbitration agreement under which the claims are made.

Best regards,

Rafael



**ICDR Rafael Carlos del Rosal Carmona, LL.M.
Director**

American Arbitration Association

T: +1 212 484 4180  E: RafaelCarmona@adr.org
120 Broadway, 21st Floor, New York, NY 10271
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Lucas Bento <lucasbento@quinnemanuel.com>
**Sent:** Monday, March 6, 2023 10:37 AM
**To:** Case Filing <CaseFiling@adr.org>
**Cc:** Gavin Frisch <gavinfrisch@quinnemanuel.com>; Fei Lu <jingfeilu@quinnemanuel.com>; Cheng, Tai-Heng <tcheng@sidley.com>; GTRIBIE@SIDLEY.COM; MJACKSON@SIDLEY.COM; ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>; courtney@axslawgroup.com; ccardenas@reedsmith.com; EMullins@reedsmith.com; mmckinnon@reedsmith.com
**Subject:** Notice of Appearance in Case No. 01-20-0003-6931 & Respondent's Lars Windhorst Motion To Enforce Settlement Agreement

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Case Filing Manager,

1. **Notices of Appearance**

We represent Respondent Lars Windhorst in the above-captioned arbitration.  We respectfully request that the Tribunal and Case Manager be informed that the following attorneys hereby enter their appearance as counsel on behalf of Mr. Lars Windhorst:

- Lucas Bento

  Quinn Emanuel Urquhart & Sullivan LLP

  51 Madison Avenue, Floor 22,

  New York, NY 10010

  Email: lucasbento@quinnemanuel.com

  Tel: +1 212-849-7552

- Gavin Frisch

Quinn Emanuel Urquhart & Sullivan LLP

111 Huntington Ave, Suite 520
Boston, MA 02199

Email: gavinfrisch@quinnemanuel.com

Tel: +1 617-712-7124

- Jingfei (Fei) Lu

Quinn Emanuel Urquhart & Sullivan LLP

51 Madison Avenue, Floor 22,

New York, NY 10010

Email: jingfeilu@quinnemanuel.com

Tel: +1 212-849-7109

We understand that Sidley Austin LLP (copied hereto) no longer represents Mr. Windhorst in this arbitration.

2. **Motion to Enforce Settlement Agreement**

We respectfully submit Mr. Windhorst's Motion to Enforce the Settlement Agreement for the Tribunal's consideration.  The motion is attached to this email and the exhibits can be downloaded using the link below.  We would be grateful if you could direct this motion and exhibits to the Case Manager.

- Exhibits to Respondents' Motion to Enforce:
    - https://sendfile.quinnemanuel.com/pkg?token=b196d163-efe9-4dad-b9c0-c39cf3954295
    - Please note that this link expires on March 10, 2023.

Please do not hesitate to contact me if you have any questions or any issues accessing these documents.

We are grateful for your consideration and attention in this matter.

Respectfully submitted,

**Lucas Bento FCIArb FRSA**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7552 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
lucasbento@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01