# REDACTED

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, August 9, 2022 2:10 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Fwd: payment

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

Begin forwarded message:

> **From:** Schiefer Paul <Paul.Schiefer@eurambank.com>
> **Date:** August 9, 2022 at 1:42:58 PM EDT
> **To:** Lars Windhorst <Lars.Windhorst@tennor.com>
> **Cc:** Peter Calamari <Peter.Calamari@tennor.com>
> **Subject: payment**
>
> Dear Mr. Windhorst, dear Lars
>
> Thank you for the order;
> The payment is approved and has been instructed by our Backoffice.
> Please note that USD payments will be processed through our correspondence and my need some days until arrival;
>
> Have a nice evening
>
> Best
>
> Paul
>
> Best regards



Paul Schiefer
Head of Private Banking / Leiter Private Banking

- - - - - - - - - - - - - - - -
EURAM BANK AG
Palais Schottenring
Schottenring 18
A-1010 Vienna
Austria
- - - - - - - - - - - - - - - -
Tel: +43-(0)1- 512 38 80 680

Mobil: +43 – 664 – 851 3610
eMail: paul.schiefer@eurambank.com
web: www.eurambank.com
------------------------------------------------------------------------------------------

(1) This message is confidential. It may also be legally privileged. It is intended solely for the stated addressee(s) and access to it by anyone else is unauthorised. If you have received this message in error, you must not disclose, copy, circulate or in any other way use or rely on the information contained in this message. Such unauthorised use may be unlawful. If you have received this message in error, please contact our office immediately on (+43)(1) 512 388 0 and delete it and all copies from your system. Please be aware that messages sent by e-mail can be altered or manipulated. Conventional e-mails are not protected against access by third parties and thus confidentiality cannot be guaranteed. If you choose e-mail to transmit any sensitive data it is strongly recommended to select an encrypted form.
(2) European American Investment Bank AG (Euram Bank AG) is registered in Austria under the company register number FN 286544p and regulated by the Austrian Financial Market Authority (FMA).

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-09 19:10:07 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# EURAM BANK
CREATIVE FINANCIAL SOLUTIONS

**CLIENT - TRANSFER REQUEST FORM**

PLEASE FILL IN THE FORM IN BLOCKLETTERS

**Client:** Lars Windhorst  Client No REDACTED

**CCY/Amount:** USD REDACTED

**Amount in Words:** REDACTED Only

**IBAN-Account Number:** REDACTED

**Intermediary Bank (Correspondent Bank of Beneficiary Bank) - if applicable:**

**SWIFT/BIC Code:**

**IBAN-Account Number of Beneficiary Bank with Intermediary Bank - if applicable:**

**Beneficiary Bank (full name & address):** Citibank N.A., Miami FL

**SWIFT/BIC Code:** REDACTED

**IBAN-Account Number with Beneficiary Bank:**
Account Number REDACTED   ABA Number REDACTED

**Beneficiary of payment (full name & address):** Reed Smith LLP

**Details of payment / Reference:** Sabag Settlement as Per agreement dated 08 June 2022

**Fee Method:**
☒ all charges for account holder (OUR)
☐ all charges for beneficiary (BEN)*
☐ payer and payee bear their own charges (SHA)    (*) Payment can only be initiated in case of out-of-scope transactions!

**Payment Confirmation:**
☒ YES    to Fax No / email: eoin.speight@lw-office.com; lars.windhorst@tennor.com; laura.heise@lw-office.com
☐ NO

**Date:** 08.08.2022

**Signature Client:** [signature]

---

**for Account Officer only**

EUR-Account: ____    CCY-Account: ____

additional information for Back Office
☐ Codeword confirmed
☐ Covered
☐ Waiver Agreement
☐ Signature Check

==> Time/Extension: ____

Document Check Fee =>   ☐ YES   ☐ NO

**Signature Account Officer:** ____

**for Back Office only**

Value Dat ____    Referenc ____

Date of Receipt (Back Office) ____

Transfer request form_V01/19

**From:** Schiefer Paul <Paul.Schiefer@eurambank.com>
**Date:** Sunday, Sep 04, 2022, 6:42 AM
**To:** Lars Windhorst <Lars.Windhorst@tennor.com>, Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** payment REED SMITH

EXTERNAL E-MAIL - From Paul.Schiefer@eurambank.com

Dear Mr. Windhorst, dear Lars,

Thank you for your order;
The payment has been approved as well as instructed by our backoffice.
Please note that USD payments will be processed through our correspondence banks and need some days until arrival.
As Monday is US Bank holiday we can provide a wire tacking number earliest Tuesday.
Nevertheless value should be Tuesday.

Have a nice weekend.

Best

Paul

Best regards


Paul Schiefer
Head of Private Banking / Leiter Private Banking


- - - - - - - - - - - - - - - -
EURAM BANK AG
Palais Schottenring
Schottenring 18
A-1010 Vienna
Austria
- - - - - - - - - - - - - - - -
Tel: +43-(0)1- 512 38 80 680
Fax: +43-(0)1- 512 38 80 888

Mobil: +43 – 664 – 851 3610
eMail: paul.schiefer@eurambank.com
web: www.eurambank.com
--------------------------------------------------------------------------------

(1) This message is confidential. It may also be legally privileged. It is intended solely for the stated addressee(s) and access to it by anyone else is unauthorised. If you have received this message in error, you must not disclose, copy, circulate or in any other way use or rely on the information contained in this message. Such unauthorised use may be unlawful. If you have received this message in error, please contact our office immediately on (+43)(1) 512 388 0 and delete it and all copies from your system. Please be aware that messages sent by e-mail can be altered or manipulated. Conventional e-mails are not protected against access by third parties and thus confidentiality cannot be guaranteed. If you choose e-mail to transmit any sensitive data it is strongly recommended to select an encrypted form.
(2) European American Investment Bank AG (Euram Bank AG) is registered in Austria under the company register number FN 286544p and regulated by the Austrian Financial Market Authority (FMA).