**REDACTED**

**From:** J. Brian Casey <jbcasey@Baystreetchambers.com>
**Sent:** Monday, August 15, 2022 6:01 PM
**To:** Jackson, Martin B. <mjackson@sidley.com>; Cárdenas, M. Cristina <ccardenas@reedsmith.com>; Elizabeth.Rudolph@icemiller.com; Avila, Daniel <DAvila@reedsmith.com>; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>; Courtney Caprio <courtney@axslawgroup.com>; Michael.Wukmer@icemiller.com; Meredith.Wood@icemiller.com; Tribié, Gaëlle <gtribie@sidley.com>; Cheng, Tai-Heng <tcheng@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>; Sean.Dewey@icemiller.com
**Cc:** ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>
**Subject:** Re: Eli Sabag v. Track Group Inc. - Case 01-20-0003-6931- Motion to Enforce Settlement Agreement

EXTERNAL E-MAIL - From jbcasey@Baystreetchambers.com

Dear Counsel,
Based on the material I have received, I hereby grant Claimant's motion to issue an Award incorporating the terms of the settlement between Claimant and the Respondents Sapinda Asia Limited ("Sapinda") and Lars Windhorst that had previously been agreed, but not completed.
It is clear from paragraph 13 of the Settlement Agreement [Exhibit A] that I have jurisdiction in this arbitration to make such an Award if there is a breach of the Settlement Agreement.
I have been tied up on another matter, but I will draft an Award and, once vetted by the ICDR, it will be released by them. It will be a partial final award, leaving fees, costs and interest to be dealt with separately. In that regard, I would ask Claimant to make its submissions, with supporting evidence by August 26. Respondents Sapinda and Windhorst will have until September 9 to respond.

Best regards,

J. Brian Casey

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

EXHIBIT G