| | |
|---|---|
| **From:** | Robert Forster <Robert.Forster2@parthenon.ey.com> |
| **Sent:** | Wednesday, February 1, 2023 8:49 AM |
| **To:** | Stuart Rau; Schiefer Paul; Shaun Walshaw; Roy Bailey; Joel Edwards |
| **Cc:** | Adrian Francis; Lars Windhorst; Eoin Speight (Private Office); Peter Calamari; #lars windhorst [815129.000001] |
| **Subject:** | RE: Sapinda Asia Limited |

Dear Stuart

**Sapinda Asia Limited (in Liquidation) ("the Company")**

Thank you for your emails.

The Joint Liquidators will await confirmation from Mr Sabag and or his advisors that the two tranches of funds purportedly paid have in fact been safely received by him (which as of this morning have not been received) and that consequently, Mr Sabag no longer has any claim in the liquidation of the Company. Until then, your comments, as well as those of Mr Schiefer immediately following thereafter, are noted.

If the funds are safely received by Mr Sabag and he confirms that he withdraws his claim and consequently has no further claim in the liquidation, the Joint Liquidators would need to additionally be satisfied that the liability owed by the Company has been discharged and not, for example, assigned to another party (i.e. Mr Windhorst as the payor), and such that they (he) would simply stand in the shoes of Mr Sabag with regards to the liability.

You have suggested that as a result of a third party settling the Company's known liabilities outside of the liquidation proceedings, it therefore follows that there should be no need for the Joint Liquidators to obtain the statement of affairs today; however, we respectfully disagree. The completed statement of affairs, as well as the director's questionnaire, are both important documents with which to enable the Joint Liquidators to more fully understand the affairs of the Company, including in particular its full asset and liability position. Through our initial investigations and inquiries to date, the Joint Liquidators have already been notified of another creditor's claim and we are aware of at least one other potential creditor beyond that. These issues, together with the settlement of all prior ranking liquidation expenses, are relevant to the proposal to move forward in the future with the termination of the liquidation.

The Joint Liquidators, having been appointed for almost two months, have displayed a more than reasonable degree of flexibility in extending the initial 5 week deadline for compliance by an additional 18 days, but we must now request that the documents are submitted as a matter of urgency so that we can better understand the financial and legal affairs of the Company. Accordingly, the Joint Liquidators are unable to formally grant any further extension to the deadline to submit the completed statement of affairs and director's questionnaire.

Kind regards

Rob

For Roy Bailey
Joint Liquidator

The property, business and affairs of the Company are being managed by the Joint Liquidators, Roy Bailey & Joel Edwards, who act as agents of the Company only and without personal liability.





**Robert Forster** | Manager | Strategy and Transactions - Turnaround & Restructuring Strategy

Ernst & Young Ltd
4th Floor Ritter House, Road Town, Tortola, VG1110, British Virgin Islands
Office: +1 284 852 5450 | Direct: +1 284 852 5458
Robert.Forster2@parthenon.ey.com
Website: www.ey.com/vg/en/home

---

**From:** Stuart Rau <Stuart.Rau@maples.com>
**Sent:** Wednesday, February 1, 2023 9:40
**To:** Schiefer Paul <Paul.Schiefer@eurambank.com>; Shaun Walshaw <Shaun.Walshaw1@vg.ey.com>; Roy Bailey <Roy.Bailey@parthenon.ey.com>; Joel Edwards <Joel.Edwards@parthenon.ey.com>; Robert Forster <Robert.Forster2@parthenon.ey.com>
**Cc:** Adrian Francis <Adrian.Francis@maples.com>; Lars Windhorst <Lars.Windhorst@tennor.com>; Eoin Speight (Private Office) <Eoin.Speight@lw-office.com>; Peter Calamari <Peter.Calamari@tennor.com>; #lars windhorst [815129.000001] <815129.000001.dublin@ie.maples.com>
**Subject:** RE: Sapinda Asia Limited

Dear EY Team

As we did not receive a response to the email below, I have tried contacting you by phone this morning, but was unable to get through.

We would be grateful for a response at your earliest convenience.

Kind regards
Stuart


**Stuart Rau**
Of Counsel

**MAPLES** GROUP
**Direct** +1 284 852 3018  |  **Mobile** +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com

---

**From:** Schiefer Paul <Paul.Schiefer@eurambank.com>
**Sent:** 31 January 2023 1:20 PM
**To:** Stuart Rau <Stuart.Rau@maples.com>; Shaun Walshaw <Shaun.Walshaw1@vg.ey.com>; Roy Bailey <Roy.Bailey@parthenon.ey.com>; Joel Edwards <Joel.Edwards@parthenon.ey.com>; Robert Forster <Robert.Forster2@parthenon.ey.com>
**Cc:** Adrian Francis <Adrian.Francis@maples.com>; Lars Windhorst <Lars.Windhorst@tennor.com>; Eoin Speight (Private Office) <Eoin.Speight@lw-office.com>; Peter Calamari <Peter.Calamari@tennor.com>; #lars windhorst [815129.000001] <815129.000001.dublin@ie.maples.com>
**Subject:** AW: Sapinda Asia Limited

*****This email has originated from outside your organisation*****

Dear all,

Mr. Windhorst instructed the mentioned payment which will cover the 2,1 USD.
As soon as I get the written payment confirmation from my Backoffice I circulate it.
This will be tomorrow morning as cut off reached for today.

Best regards

Paul Schiefer
Head of Private Banking / Leiter Private Banking


- - - - - - - - - - - - - - -
EURAM BANK AG
Palais Schottenring
Schottenring 18
A-1010 Vienna
Austria
- - - - - - - - - - - - - - -
Tel: +43-(0)1- 512 38 80 680
Fax: +43-(0)1- 512 38 80 888

Mobil: +43 – 664 – 851 3610
eMail: paul.schiefer@eurambank.com
web: www.eurambank.com
-------------------------------------------------------------------------------


**Von:** Stuart Rau <Stuart.Rau@maples.com>
**Gesendet:** Dienstag, 31. Jänner 2023 17:17
**An:** Shaun Walshaw <Shaun.Walshaw1@vg.ey.com>; Roy Bailey <Roy.Bailey@parthenon.ey.com>; Joel Edwards <Joel.Edwards@parthenon.ey.com>; Robert Forster <Robert.Forster2@parthenon.ey.com>
**Cc:** Adrian Francis <Adrian.Francis@maples.com>; Schiefer Paul <Paul.Schiefer@eurambank.com>; Lars Windhorst <Lars.Windhorst@tennor.com>; Eoin Speight (Private Office) <Eoin.Speight@lw-office.com>; Peter Calamari <Peter.Calamari@tennor.com>; #lars windhorst [815129.000001] <815129.000001.dublin@ie.maples.com>
**Betreff:** Sapinda Asia Limited


Dear All

I write in relation to the liquidation of Sapinda Asia Limited. As previously explained, Mr Windhorst does not dispute the sums due in the BVI and has been urgently taking steps to make payment.

Mr Windhorst has now made payment via two transfers to the account of Mr Sabag's lawyers in the BVI, Conyers, as follows:

1. A transfer of EUR 920,000 effected yesterday. I attach a transfer confirmation and set out the SWIFT details below:



3



```
LARS WINDHORST
REDACTED
REDACTED
CONYERS DILL AND PEARMAN
COMMERCE HOUSE, WICKHAMS CAY 1,
PO BOX 3140, ROAD TOWN, TORTOLA, BR
ITISH VIRGIN ISLANDS VG1110
:70:CASE 012000036931 ELI SABAG V LARS
WINDHORST PARTIAL PAYMENT
:71A:OUR
```

2. A transfer of the euro equivalent of US$ 2,100,000 instructed today.

As these transfers should satisfy the debt, we do not consider that Mr Sabag will have any further claim or interest in the liquidation, and as previously mentioned, in due course we intend to apply to terminate the liquidation (including by making payment of the liquidators' reasonable remuneration).

It follows that there should be no need for the liquidators to obtain the statement of affairs today. In order to allow a short period of time for the funds to clear, and for all parties including Mr Sabag to confirm the position, we would therefore be grateful for a further short extension of one week, to 7 February 2023 in relation to the statement of affairs.

While we believe the funds have not yet cleared, we hope the evidence above is sufficient to show that the transfers have been made. If you would like to take further steps to verify the transfers, we invite you to contact Mr Windhorst's bank directly using the following contact details:

**Stuart Rau**
Of Counsel

**MAPLES GROUP**
Direct +1 284 852 3018 | Mobile +1 284 340 3018

Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands

maples.com

Paul Schiefer
Head of Private Banking / Leiter Private Banking

- - - - - - - - - - - - - - - -
EURAM BANK AG
Palais Schottenring
Schottenring 18
A-1010 Vienna
Austria
- - - - - - - - - - - - - - - -
Tel: +43-(0)1- 512 38 80 680
Fax: +43-(0)1- 512 38 80 888

Mobil: +43 – 664 – 851 3610
eMail: paul.schiefer@eurambank.com

web: www.eurambank.com
_____
Mr Schiefer is also copied to this email.

We should be grateful if you would confirm today that the deadline for the statement of affairs is extended to 7 February 2023.

Kind regards
Stuart

---

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.

(1) This message is confidential. It may also be legally privileged. It is intended solely for the stated addressee(s) and access to it by anyone else is unauthorised. If you have received this message in error, you must not disclose, copy, circulate or in any other way use or rely on the information contained in this message. Such unauthorised use may be unlawful. If you have received this message in error, please contact our office immediately on (+43)(1) 512 388 0 and delete it and all copies from your system. Please be aware that messages sent by e-mail can be altered or manipulated. Conventional e-mails are not protected against access by third parties and thus confidentiality cannot be guaranteed. If you choose e-mail to transmit any sensitive data it is strongly recommended to select an encrypted form.
(2) European American Investment Bank AG (Euram Bank AG) is registered in Austria under the company register number FN 286544p and regulated by the Austrian Financial Market Authority (FMA).

---

This email has been sent by and on behalf of Maples and Calder, a partnership doing business in the British Virgin Islands ("the Firm") which is a separate and distinct business from other undertakings and entities called Maples and Calder operating outside of the British Virgin Islands. The principal place of business of the Firm is at Kingston Chambers, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands. The Firm holds a trade licence issued under the Business, Professions and Trade Licences Act, 1989 of the British Virgin Islands. A list of partners and associates of the Firm is available by clicking here. The title of "partner" is used to refer to a partner of the Firm or a consultant or employee with equivalent standing and qualifications.

The Firm provides legal services to its clients under its standard terms of engagement which are available by clicking here or from your usual contact at the Firm. Maples Corporate Services (BVI) Limited provides registered agent and registered office services to its clients under its standard terms and conditions which are available by clicking here or from your usual contact at the Firm. For further information about the Firm, please visit http://www.maples.com/Locations/Americas-and-Caribbean/British-Virgin-Islands/. For further information about the Maples Group, please visit www.maples.com.

This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed, relied upon or otherwise used by any other person. If you have received this email in error, please delete it from your system and notify the sender immediately. All communications sent by the Firm to its clients are subject to its standard terms of engagement and the Firm does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the client named in the applicable engagement letter with the Firm.