# REDACTED

From: Stuart Rau
Sent: 24 January 2023 7:45 PM
To: 'Alecia Johns' <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited



Dear Alecia

My apologies – you are of course right that the application has already been granted. That was a factual oversight on my part.

We have not however represented to the liquidators that Sapinda is in a position to pay its outstanding debt. I believe you must be referring to an email dated 16 January in which I informed the liquidators that "Our client's representatives intend to contact Mr Sabag's US lawyers this week to propose a global resolution of all issues. They have not done so yet as they want to make sure they are in a position to satisfy the demands before making contact." This is not a representation that Sapinda (or Mr Windhorst who is also our client) is in a position to pay the debt. If you are referring to a different statement I would be grateful if you could let me know precisely what was said.

We also do not agree that it is inappropriate for our client to seek a "global" (or partly global) resolution; on the contrary it is commercially sensible. You say your firm is not involved and is not in a position to make any representations related to the proceedings in Indiana, but the question is directed at your client, who is in a position to answer. Please could you therefore confirm whether or not your client is willing to withdraw the Indiana proceedings so that the parties can avoid further satellite litigation?

As for your client's position in the termination application: if your client is paid as requested by 27 January then your client will have no further standing. If your client is not paid, clearly there will be no termination application.

Kind regards

Stuart

From: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Sent: 24 January 2023 5:07 PM
To: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

*****This email has originated from outside your organisation*****

_____

Dear Stuart,

Thank you for your email.

As you know, the November Award was issued after the filing of the Applicant's Originating Application on 7 October 2022 (the "Originating Application"). In any event, we do not agree that an amendment to the Originating Application would be necessary. That application has been granted by the Court and is no longer live.

It is of course fully open to our client to submit a claim in the liquidation for the additional sums owed pursuant to the November Award under section 209 of the Insolvency Act (i.e. USD 134,304.52 based on your own calculations (the "Additional Sum")). We note based on your email below that your client accepts liability in principle for the Additional Sum. The Additional Sum is therefore a due and undisputed debt which Sapinda and your client are jointly and severally liable to pay.

We remind you of your representation to Sapinda's liquidators that Sapinda is in a position to pay its outstanding debt owed to our client. If that is truly the case, please arrange for payment to be made forthwith. It is entirely improper to now condition that payment on the discontinuance of entirely separate proceedings in another jurisdiction (in respect of which our firm is not involved and is not in a position to make any representations related to such proceedings).

For the avoidance of doubt, our client confirms that if the payment of USD 3,022,304.52 is made to Conyers' client account by Friday 27 January 2023 at 4 p.m., our client will not oppose your client's intended application for the termination of Sapinda's liquidation (provided of course that your client or Sapinda also pays the liquidators' fees to date).

If payment is not made by that date, we reserve the right to oppose your client's intended termination application and to bring to the attention of the liquidators your client's attempt to make payment conditional on the dismissal of separate proceedings in another jurisdiction. This information will no doubt be relevant to the liquidators' assessment of the genuineness of your client's representation (made weeks ago) that Sapinda was in a position to pay its debt and intended to do so shortly.

Kind regards,

Alecia

Dr Alecia Johns, D Phil (Oxon) Counsel

D +1 345 814 7255 | M +1 345 936 7333 | alecia.johns@conyers.com<mailto:alecia.johns@conyers.com>

CONYERS DILL & PEARMAN LLP

SIX, 2nd Floor, Cricket Square, PO Box 2681, Grand Cayman KY1-1111, Cayman Islands | T +1 345 945 3901

conyers.com<https://www.conyers.com/?utm_source=email_signature&utm_medium=email>

LinkedIn<https://www.conyers.com/linkedin> | Twitter<https://www.conyers.com/twitter>

_____

Our professional services are provided on the basis of our current Standard Terms and Conditions of Engagement, which can be viewed at www.conyers.com/legal-notices/<https://www.conyers.com/legal-notices/?utm_source=email_signature&utm_medium=email>.

Confidentiality Notice: The information in this message (and any attachments) is private, privileged and confidential and is intended for the sole use of the recipient(s). If you are not the intended recipient, please notify the sender immediately by replying to the message and then delete the message from your computer.

Privacy Notice: Conyers is committed to your privacy. All personal data is processed in accordance with our Privacy Policy, which can be viewed at www.conyers.com/privacy-policy/<http://www.conyers.com/privacy-policy/>.

Conyers Dill & Pearman LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 June 2021 following the conversion of the Cayman Islands firm of Conyers Dill & Pearman to a limited liability partnership on that date.

From: Stuart Rau <Stuart.Rau@maples.com<mailto:Stuart.Rau@maples.com>>
Sent: Tuesday, January 24, 2023 9:36 AM
To: Alecia Johns <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>; Ben Mellett <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Cc: Mark Forte <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited

[External email]

Dear Alecia

Thank you for your email. You provide no explanation for the exclusion of these sums from the liquidation application. If this matter proceeds, the application will need to be amended, and our client will not bear the costs your client incurs in doing so. Our client does however accept liability in principle for these amounts, and will not require the liquidation application to be amended if your client agrees to dismiss the action in Indiana including the deposition scheduled for Mr Windhorst therein in return for payment.

Please let me know if your client agrees, and if so our client intends to effect the transfer of US$ 3,022,304.52 to Conyers' client account this week. (I believe this calculation differs from yours by a de minimis few dollars and attach an excel spreadsheet showing the calculation.)


Kind regards

Stuart




Stuart Rau
Of Counsel

MAPLES GROUP
Direct +1 284 852 3018 | Mobile +1 284 340 3018


Maples and Calder, Ritter House, PO Box 173, Road Town, Tortola, VG1110, British Virgin Islands


maples.com<http://www.maples.com>

From: Stuart Rau
Sent: 10 January 2023 11:36 AM
To: 'Alecia Johns' <Alecia.Johns@conyers.com<mailto:Alecia.Johns@conyers.com>>
Cc: 'Mark Forte' <Mark.Forte@conyers.com<mailto:Mark.Forte@conyers.com>>; 'Ben Mellett' <ben.mellett@conyers.com<mailto:ben.mellett@conyers.com>>
Subject: RE: BVIHC(COM) 0172/2022 - Re Sapinda Asia Limited



Dear Alicia


Thank you for your letter.


==On the question of active discussions, this was an error on our client's part for which we apologise. Our client's representatives intend to contact Mr Sabag's US lawyers this week to propose a global resolution of all issues. They have not done so yet as they want to make sure they are in a position to satisfy the demands before making contact.==


We will write to liquidators now informing them of the error and the update referred to above.

In the meantime, our client acknowledges that payment of the reasonable costs of the application will be made. Please let us know those costs as soon as you reasonably can so that our client can make the necessary preparations.

Kind regards

Stuart

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01