UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| The Application of: ) | |
| ) | Case No.: 1:19-MC-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to ) | |
| 28 U.S.C. § 1782 to Conduct Discovery ) | |
| for Use in Foreign Proceedings. ) | |

## MOTION TO WITHDRAW APPEARANCE

Intervenor Track Group ("Intervenor") hereby moves to withdraw the appearance of Meredith Wood, of the law firm Ice Miller LLP, on its behalf. Intervenor will continue to be represented in this action by attorneys Michael A. Wukmer and Sean T. Dewey of the law firm Ice Miller LLP

WHEREFORE, Intervenor, respectfully requests that the appearance of Meredith Wood be withdrawn on its behalf, her name removed from all case notifications, and for all other appropriate relief.

Respectfully submitted,

/s/ Meredith Wood
Michael A. Wukmer (#2223-49)
Sean T. Dewey (#33769-49)
Meredith Wood (#36098-49)

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
michael.wukmer@icemiller.com
sean.dewey@icemiller.com
meredith.wood@icemiller.com