UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| The Application of: ) | |
| ) | Case No.: 1:19-MC-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to ) | |
| 28 U.S.C. § 1782 to Conduct Discovery ) | |
| for Use in Foreign Proceedings. ) | |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

This matter comes before the Court on the Motion to Withdraw Appearance of Meredith Wood ("Motion"). Having reviewed the Motion, the Court, being duly advised, hereby **GRANTS** the Motion.

It is, THEREFORE, ORDERED, ADJUDGED, and DECREED that the appearance of Meredith Wood, of Ice Miller LLP, on behalf of Intervenor Track Group is hereby withdrawn and her name be removed from all case notifications. Intervenor will continue to be represented in this action by Michael A. Wukmer and Sean T. Dewey of Ice Miller LLP.

**IT IS SO ORDERED.**

Distribution to all counsel of record via ECF.