UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| The Application of: | ) |
| | ) Case 1:19-mc-00084-JPH-TAB |
| ELI SABAG, for an Order Pursuant to 28 | ) |
| U.S.C. § 1782 to Conduct Discovery for Use | ) |
| in Foreign Proceedings. | ) |

**SUPPLEMENT TO APPLICANT ELI SABAG'S EMERGENCY MOTION TO ORDER LARS WINDHORST TO STAY NEW ARBITRATION AND EMERGENCY RELIEF THEREIN**

Applicant Eli Sabag ("Mr. Sabag"), by counsel, hereby tenders the following supplemental information relevant to his Emergency Motion to Order Lars Windhorst to Stay New Arbitration and Emergency Relief Therein, dated March 23, 2023 ("Emergency Motion to Stay Arbitration"):

1. After Mr. Sabag filed his Emergency Motion to Stay Arbitration (Doc. 122), Mr. Windhorst filed a "Supplemental Declaration of Lucas Bento", which attached the filings from a new arbitration matter Mr. Windhorst filed before the International Centre for Dispute Resolution ("ICDR") under Case No. 01-23-0001-0936 in which requested emergency relief. (Doc. 123)

2. Since those filings, the newly appointed Emergency Arbitrator issued his Procedural Order No. 1. (Doc. 127-3).

3. In his Procedural Order No. 1, the Emergency Arbitrator states that:

> I have been advised by both Parties that an Order to Show Cause hearing is scheduled to be heard by the United States District Court of the Southern District of Indiana on April 11, 2023.
>
> I understand that Respondent's motion to stay this arbitration was filed with the Court on March 20, 2023, but, to the best of my knowledge, Respondent's motion has not been granted or denied by the Court.

> If Respondent's motion is granted, this arbitration will be stayed immediately, pending further order from the Court.

(Doc. 127-3, p.2).

4. The Emergency Arbitrator also states that:

> Unless and until this arbitration is stayed by order of the United States District Court for the Southern District of Indiana, the following schedule shall be followed:
>
> 1. By 5:00 p.m. ET on March 28, 2023, Respondent shall submit its Response to the Application.
>
> 2. By 5:00 p.m. ET on March 31, 2023, Claimant shall submit its Reply.
>
> 3. All Parties' submissions and any attachments thereto as well as any related correspondence from the Parties shall simultaneously be transmitted by email to the other side, me, and the ICDR.
>
> 4. I will hear oral argument of Counsel for the Parties by Zoom videoconference on April 4, 2023, starting at 9:00 a.m. ET. Each side may make a short opening statement and any supplemental points in support of their respective positions regarding the Application. I will circulate a Zoom invitation, and the ICDR and will circulate a Notice of Emergency Hearing in due course. Mr. Windhorst and Mr. Sabag may join and observe the videoconference, but I will hear only from their counsel.

(Doc. 127-3, p. 3).

WHEREFORE, Mr. Sabag supplements his Emergency Motion to Stay to update this Court on the Emergency Arbitrator's decision to defer to this Court's decision on whether to stay the newly filed arbitration.

Dated:  March 24, 2023

    Respectfully submitted,

*Offer Korin*
Offer Korin, No.: 14014-49
Brooke Smith, No. 32427-03
STOLL KEENON OGDEN PLLC
334 N. Senate Avenue
Indianapolis, IN  46204
Office:  317-464-1100; Fax:  317-464-1111
offer.korin@skofirm.com
brooke.smith@skofirm.com

Courtney Caprio [Admitted *pro hac vice*]
AXS LAW GROUP, PLLC
2121 NW Second Avenue, Suite 201

Miami, FL 33127
Office: 305-297-1873; Fax: 305-397-2336
courtney@axslawgroup.com

*Counsel for Applicant Eli Sabag*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2023**, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system.

| | |
|---|---|
| Sean Tyler Dewey<br>Michael A. Wukmer<br>Meredith Wood<br>ICE MILLER LLP<br>*Counsel for Track Group* | sean.dewey@icemiller.com<br>michael.wukmer@icemiller.com<br>meredith.wood@icemiller.com |
| Ann O'Connor McCready<br>TAFT STETTINIUS & HOLLISTER LLP<br>*Counsel for Lars Windhorst* | amccready@taftlaw.com |
| Gavin S. Frisch [PHV]<br>Lucas V.M. Bento [PHV]<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>*Counsel for Lars Windhorst* | gavinfrsich@quinnemanuel.com<br>lucasbento@quinnemanuel.com |

*Offer Korin*
Offer Korin

3