UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| APPLICATION OF ELI SABAG, FOR AN ) | No. 1:19-mc-00084-JPH-TAB |
| ORDER PURSUANT TO 28 U.S.C. § 1782 TO ) | |
| CONDUCT DISCOVERY FOR USE IN ) | |
| FOREIGN PROCEEDINGS ) | |
| ) | |

**ORDER REGARDING APRIL 11, 2023, HEARING**

This matter remains set for a Show Cause hearing at 10 a.m. Eastern Standard Time on Tuesday, April 11, 2023, in Courtroom #238, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim. A. Baker. The purpose of this hearing is for Intervenor Lars Windhorst to show cause why sanctions are not appropriate for violating this Court's order in Filing No. 105. The Court ordered Windhorst to personally attend this upcoming hearing because, at the time of the Court's earlier order [Filing No. 108], Windhorst was not represented by counsel. Since that time, Windhorst has secured counsel and updated the Court on his position through various filings. Accordingly, Windhorst may now appear by counsel at the April 11 hearing, if he so chooses.

Both Windhorst and Applicant Eli Sabag have filed motions to stay that pend before the Court. [Filing No. 117; Filing No. 122.] Windhorst seeks an administrative interim stay of the Court's order granting Sabag's supplemental request for discovery [Filing No. 105] and the Court's order to show cause [Filing No. 108] until the Court resolves his recently filed motions to vacate those orders. [Filing No. 117.] Sabag seeks an emergency order from this Court to stay the new emergency arbitration case that Windhorst initiated before the International Centre for

2

Dispute Resolution (ICDR). [Filing No. 122.] Both requests to stay are denied. The Court will proceed with the April 11 hearing as scheduled. The parties have sufficient time to finish briefing the remaining pending motions before the April 11 hearing. At that hearing, counsel should be prepared to address all pending motions, in addition to the order to show cause.

Date: 3/28/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email