UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

**MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF**

Lars Windhorst respectfully requests leave to file an oversized omnibus reply brief in support of several pending motions, and in support states as follows.

1. Mr. Windhorst has several motions pending before this Court: a Motion to Vacate Discovery (Doc. 115) and a Motion to Vacate a Show Cause Order (Doc. 116) (collectively, the Pending Motions).

2. Mr. Sabag has responded to the Pending Motions in a single response brief (Doc. 126).

3. The Local Rules contemplate Mr. Windhorst filing a reply. S.D. Ind. L.R. 7-1(c)(3)(B). The default page limit for reply briefs is 20 pages. *Id.* 7-1(e)(1). For Mr. Windhorst's two Pending Motions, that would be a total of 40 pages.

4. For the convenience of the Court, Mr. Windhorst believes it preferable to file a single omnibus reply brief addressing his two Pending Motions. The omnibus reply will be 40 pages.

1

5. Pursuant to Local Rule 7-1(e)(2), Mr. Windhorst contends that there are extraordinary and compelling reasons to permit an omnibus reply brief exceeding 20 pages because (i) filing a single reply will be more convenient for the Court and the parties, (ii) Mr. Windhorst could have filed two separate replies with a total of 40 pages, (iii) the Pending Motions involve complicated, cross-border discovery issues that should be addressed in depth for the Court's analysis, and (iv) new, material developments have arisen between the parties since the Pending Motions were initially filed. "Consolidation" of two separate reply briefs into a single omnibus brief "allows for consistency in decisionmaking; it allows … the reviewing court to see the big picture and not to be misled by fragmentation; and it saves resources for all concerned." *Cf. Beverly California Corp. v. N.L.R.B.*, 227 F.3d 817, 829 (7th Cir. 2000).

6. Mr. Windhorst is attaching his proposed oversized omnibus reply brief hereto as Exhibit A, and will transmit a proposed order along with this request.

WHEREFORE, Mr. Windhorst, pursuant to S.D. Ind. L.R. 7-1(e)(2), hereby seeks leave to file the attached exhibit A as an oversized omnibus reply brief.

DATED: March 30, 2023     */s/ Ann O'Connor McCready*
Ann O'Connor McCready, Atty. No. 32836-53
Taft Stettinius & Hollister LLP
One Indiana Square, Ste. 3500
Indianapolis, IN 46204
(317) 713-3500
amccready@taftlaw.com

/s/ Lucas Bento
Lucas V.M. Bento (New York Bar No. 4907986)
lucasbento@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave. 22d Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100


Gavin S. Frisch (Mass. Bar No. 704216)
gavinfrsich@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Ste. 520
Boston, MA 02199
Telephone: (617) 712-7100
Fax: (617) 712-7200

*Attorneys for Lars Windhorst*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, I filed the foregoing document using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ann O'Connor McCready*

76963117v1