# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

## ORDER ON MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF

Lars Windhorst has sought leave to file an oversized omnibus reply brief in support of several pending motions, namely, Doc. 115 and Doc. 116. Pursuant to Local Rule 7-1(e)(2), the Court finds extraordinary and compelling reasons to permit a single oversized reply brief, rather than two separate replies. Accordingly, Mr. Windhorst's Motion for Leave is granted.

SO ORDERED on _____

_____

Distribution: to all parties of record via CM/ECF