UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:<br>The Application of:<br><br>ELI SABAG, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No.: 1:19-mc-00084-JPH-TAB |

## DECLARATION OF ANN O'CONNOR MCCREADY

I, Ann O'Connor McCready, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am an attorney duly admitted to practice in Indiana. I am a Partner in the law firm of Taft Stettinius & Hollister LLP, counsel for Lars Windhorst ("Mr. Windhorst") in this matter.

2. I submit this declaration in support of Reply Memorandum of Law in Support of Mr. Windhorst's Motions to Vacate and/or Stay (Doc. 115 and Doc. 116). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in Mr. Windhorst's Motions to Vacate and/or Stay (Doc. 115 and Doc. 116) and accompanying memorandum of law.

3. On Friday, March 17, 2023, my co-counsel for Mr. Windhorst, Mr. Gavin Frisch of Quinn Emanuel Urquhart & Sullivan, LLP, informed me that they were ready to file the Supplemental Declaration of Lucas Bento (Doc. 123) to update this Court that Mr. Windhorst has filed in the American Arbitration Association ("AAA")'s International Centre for Dispute Resolution ("ICDR") on Mr. Windhorst's behalf a Notice of Arbitration and Statement of Claim

1

(Doc. 123-5) and an Application for Emergency Relief pursuant to Article 7 of the ICDR Rules (Doc. 123-6).

4. However, because the AAA had just appointed Mr. Paul Klaas as the emergency arbitrator to consider Mr. Windhorst's requests for emergency relief that same day, Mr. Frisch informed me that I should hold off filing Mr. Bento's Supplemental Declaration until the morning of Monday, March 20, 2023 in order to provide a fuller update to the Court.

5. Attached to this Declaration as **Exhibit 1** is a true and correct copy of an article from the Financial Times, dated November 8, 2022, titled "Lars Windhorst's bank reported to regulator by Hertha Berlin."

6. Attached to this Declaration as **Exhibit 2** is a true and correct copy of a letter from the ICDR case manager, Mr. Rafael Carlos del Rosal Carmona, to Mr. Lucas Bento and Mr. Edward Mullins, Mr. Sabag's counsel in the ICDR proceeding, dated March 27, 2023.

7. Attached to this Declaration as **Exhibit 3** is a true and correct copy of email from Mr. Lucas Bento to Mr. Rafael Carlos del Rosal Carmona, dated March 27, 2023.

8. Attached to this Declaration as **Exhibit 4** is a true and correct copy of Mr. Sabag's Petition for an Award of Fees, Costs, and Interests, filed on August 31, 2022 in ICDR under case number 01-20-0003-6931.

9. Attached to this Declaration as **Exhibit 5** is a true and correct copy of correspondence between Mr. Edward Mullins and Mr. Peter Calamari, dated August 2, 2022.

Executed on March 30, 2023.

Indianapolis, Indiana

*/s/ Ann O'Connor McCready*
Ann O'Connor McCready

76963118v1