# EXHIBIT 2



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

March 27, 2023

**Via Email Only**

Lucas V. M. Bento, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
Floor 22
New York, NY 10010
Via Email to: lucasbento@quinnemanuel.com

Edward M. Mullins, Esq.
Reed Smith, LLP
200 South Biscayne Boulevard
Floor 26
Miami, FL 33131
Via Email to: emullins@reedsmith.com

Case Number: 01-23-0001-0936

Lars Windhorst
-vs-
Eli Sabag

Dear Party Representatives,

An administrative conference call took place on March 27, 2023, at 2:00 p.m. Eastern time. Lucas V. M. Bento, Gavin Frisch and Jingfei Liu represented Claimant, and Edward Mullins and Matthew McKinnon represented Respondent on the call.

Respondent expressed its jurisdictional objection over this arbitration and that it was participating in the call with reservation of its rights about it.

The parties have agreed that any and all correspondence may be transmitted by electronic mail and shall constitute the preferred method of communication.

The parties have confirmed that the International Dispute Resolution Procedures as amended and in effect as of March 1, 2021 shall apply to this matter.

Although mediation was discussed, the parties felt that mediation was not an option at this time. Please contact the ICDR should the parties wish to attempt mediation at a later stage.

The parties have agreed that the arbitration will be heard by one arbitrator.

The parties have agreed to use the list-appointment method. In particular, each party to the dispute shall have 15 days from the transmittal date in which to strike names objected to, number the remaining names in order of preference, and return the list to the ICDR. Please note that if a party does not return the list within the time specified, all persons named therein shall be deemed acceptable. From among the persons who have been approved on both lists, and in accordance with the designated order of mutual preference, the ICDR will then invite the acceptance of an arbitrator or arbitrators to serve. If the parties fail to agree on any of the persons named, or if acceptable arbitrators are unable to act, or if for any other reason the appointment cannot be made from the submitted lists, the ICDR shall have the power to make the appointment from among other members of the ICDR/AAA roster without the submission of additional lists.

The parties have agreed for the arbitration to be held in New York, New York.

The ICDR has advised the parties that, absent any party agreement to the contrary, it will bill the parties for advancements of arbitrator's compensation and expenses in equal shares divided by representative.

We want to let the parties know that they are to discuss cybersecurity, privacy, and data protection during the first procedural hearing with the arbitral tribunal. Please be prepared to do by reviewing the *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy* and *AAA-ICDR Cybersecurity Checklist* that were provided in previous correspondence.

Please contact the undersigned should you have any questions.

Sincerely,

/s/

Rafael Carlos del Rosal Carmona, LL.M.
Director
Direct Dial: (212)484-4180
Email: RafaelCarmona@adr.org
Fax: (212)246-7274