# EXHIBIT 3

| | |
|---|---|
| **From:** | Lucas Bento |
| **Sent:** | Monday, March 27, 2023 10:12 PM |
| **To:** | RafaelCarmona@adr.org |
| **Cc:** | Fei Lu; EMullins@reedsmith.com; Gavin Frisch; mmckinnon@reedsmith.com |
| **Subject:** | Re: Lars Windhorst v. Eli Sabag - Case 01-23-0001-0936 |

Dear Mr. Carmona,

Thank you for your time today.  We have reviewed the letter and would like the record to reflect that, as discussed on the call, Claimant's position is for J. Brian Casey to be appointed as arbitrator in this case, but in the event that's not possible, for the list-appointment method referenced in your letter to control.

Kind regards,

Lucas

Lucas Bento FCIArb FRSA
Of Counsel | Head of Section 1782 Practice Quinn Emanuel Urquhart & Sullivan LLP

> On Mar 27, 2023, at 21:47, RafaelCarmona@adr.org wrote:
> [EXTERNAL EMAIL from rafaelcarmona@adr.org]
>
> Hello,
>
> Please review the attached correspondence regarding the above-referenced case.
>
> Feel free to contact me with any questions, comments or concerns you have related to this matter.
>
> Thank you.
>
>
>
> [Logo]
> ICDR Rafael Carlos del Rosal Carmona, LL.M.
> Director
> American Arbitration Association
>
> T: +1 212 484 4180  E:
> RafaelCarmona@adr.org<mailto:RafaelCarmona@adr.org>
> 120 Broadway, 21st Floor, New York, NY 10271
> adr.org<https://protect-us.mimecast.com/s/NcC9CrkYyLSyDX8Lh7dThY?domai
> n=adr.org>  |
> icdr.org<https://protect-us.mimecast.com/s/TGb9Cv2jKPfJyo7MHXtgxU?doma
> in=icdr.org>  |
> aaamediation.org<https://protect-us.mimecast.com/s/jQTbCwpkMQH5RXGYs9h
> 1rx?domain=aaamediation.org> [cid:imagec1c230.PNG@8891e394.43af733d]
>
>

> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>
> <INT040.pdf>