# EXHIBIT 5

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Sent:** Tuesday, August 2, 2022 7:16 PM
**To:** Peter Calamari <Peter.Calamari@tennor.com>
**Subject:** RE: Eli Sabag v. Track Group Inc. - Case 01-20-0003-6931- Motion to Enforce Settlement Agreement

Is he still trying to make it?  What is the status?

**From:** Peter Calamari <Peter.Calamari@tennor.com>
**Sent:** Tuesday, August 2, 2022 7:14 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** Re: Eli Sabag v. Track Group Inc. - Case 01-20-0003-6931- Motion to Enforce Settlement Agreement

EXTERNAL E-MAIL - From Peter.Calamari@tennor.com

As far as I can tell - he did not make the payment. I personally apologize. I thought it would get done yesterday.

On Aug 2, 2022, at 6:58 PM, Mullins, Edward M. (MIA) <EMullins@reedsmith.com> wrote:

Peter- You never responded to my email from yesterday and I have no funds from your client.  If, in fact, your client paid we will withdraw this.  Thanks.

**From:** Cárdenas, M. Cristina <ccardenas@reedsmith.com>
**Sent:** Tuesday, August 2, 2022 6:32 PM
**To:** J. Brian Casey <jbcasey@Baystreetchambers.com>; Elizabeth.Rudolph@icemiller.com; Jackson, Martin B. <mjackson@sidley.com>; Avila, Daniel <DAvila@reedsmith.com>; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>; Courtney Caprio <courtney@axslawgroup.com>; Michael.Wukmer@icemiller.com; Meredith.Wood@icemiller.com; Tribié, Gaëlle <gtribie@sidley.com>; Cheng, Tai-Heng <tcheng@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>;

1

Sean.Dewey@icemiller.com
**Cc:** ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>
**Subject:** RE: Eli Sabag v. Track Group Inc. - Case 01-20-0003-6931- Motion to Enforce Settlement Agreement

Dear Mr. Casey:

Attached please find the Claimant's Motion to Enforce Settlement Agreement as Amended Against Respondents Sapinda Asia Ltd and Lars Windhorst and for Immediate Entry of Summary Award, along with its corresponding Exhibits ("A" – "E").

We thank you for your consideration.

Respectfully submitted,

Cristina Cárdenas
Counsel for Claimant, Mr. Eli Sabag

---

**From:** J. Brian Casey <jbcasey@Baystreetchambers.com>
**Sent:** Wednesday, July 13, 2022 11:10 AM
**To:** Elizabeth.Rudolph@icemiller.com; Cárdenas, M. Cristina <ccardenas@reedsmith.com>; Jackson, Martin B. <mjackson@sidley.com>; Avila, Daniel <DAvila@reedsmith.com>; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>; Courtney Caprio <courtney@axslawgroup.com>; Michael.Wukmer@icemiller.com; Meredith.Wood@icemiller.com; Tribié, Gaëlle <gtribie@sidley.com>; Cheng, Tai-Heng <tcheng@sidley.com>; McKinnon, Matthew J. <MMcKinnon@reedsmith.com>; Sean.Dewey@icemiller.com
**Cc:** ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>
**Subject:** Re: Eli Sabag v. Track Group Inc. - Case 01-20-0003-6931- Joint Motion to Dismiss Track Group, Inc. with Prejudice

EXTERNAL E-MAIL - From jbcasey@Baystreetchambers.com

Dear all,
Attached is my Partial Final Award reflecting the consent Motion.

Best regards,

J. Brian Casey

Bay Street Chambers
333 Bay Street, Suite 900
Toronto, Canada M5H 2R2
Phone: +1 416 861 8253

**From:** Elizabeth.Rudolph@icemiller.com <Elizabeth.Rudolph@icemiller.com>
**Date:** Tuesday, July 12, 2022 at 10:14 AM
**To:** ICDR Rafael Carlos del Rosal Carmona, LL.M. <RafaelCarmona@adr.org>, J. Brian Casey <jbcasey@Baystreetchambers.com>
**Cc:** Cárdenas, M. Cristina <ccardenas@reedsmith.com>, Jackson, Martin B. <mjackson@sidley.com>, Avila, Daniel <DAvila@reedsmith.com>, Mullins, Edward M. (MIA <EMullins@reedsmith.com>, Courtney Caprio <courtney@axslawgroup.com>, Michael.Wukmer@icemiller.com <Michael.Wukmer@icemiller.com>, Meredith.Wood@icemiller.com <Meredith.Wood@icemiller.com>, Tribié, Gaëlle <gtribie@sidley.com>, Cheng, Tai-Heng <tcheng@sidley.com>, McKinnon, Matthew J. <MMcKinnon@reedsmith.com>, Sean.Dewey@icemiller.com <Sean.Dewey@icemiller.com>
**Subject:** Eli Sabag v. Track Group Inc. - Case 01-20-0003-6931- Joint Motion to Dismiss Track Group, Inc. with Prejudice

Please see the attached correspondence and filing sent on behalf of Mike Wukmer.

Thank you,

**Elizabeth Rudolph**
Legal Services Assistant
Elizabeth.Rudolph@icemiller.com
**p** 317-221-2829 **f** 317-236-2219

Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

To learn more about the firm and its services, visit us at
**icemiller.com**

*********************************************************************************
***************************************************************************
CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
*********************************************************************************
*****************************************************************************

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail

3

and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

The information contained in this communication from **peter.calamari@tennor.com** sent at 2022-08-03 00:13:41 is confidential and may be legally privileged. It is intended solely for use by **emullins@reedsmith.com** and others authorised to receive it. If you are not **emullins@reedsmith.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.

The information contained in this communication from **peter.calamari@tennor.com** sent at 2023-03-07 16:44:34 is confidential and may be legally privileged. It is intended solely for use by **lucasbento@quinnemanuel.com** and others authorised to receive it. If you are not **lucasbento@quinnemanuel.com** you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. The information contained in this E-Mail is confidential and may be legally privileged. If you are not the intended recipient please delete in its entirety. Messages sent via this medium may be subject to delays, non-delivery and unauthorised alteration. The information contained herein or attached hereto has been obtained from sources we believe to be reliable but we do not represent that it is accurate or complete. Any reference to past performance should not be taken as an indication of future performance. The information contained herein or attached hereto is not to be construed as an offer or solicitation to buy or sell any security, instrument or investment. Tennor Holding BV, its subsidiaries or any affiliated company, may have an interest, position, or effect transactions, in any investment mentioned herein.

Tennor Holding BV, its subsidiaries or any affiliates are not licensed to provide regulated financial services in any jurisdiction.

Tennor Holding BV, its subsidiaries or any affiliates will keep your contact details on our database to keep you informed of our news, updates, events and business opportunities in accordance with our privacy policy which you can view here . If you prefer not to receive updates, you can request removal by clicking here.