UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| APPLICATION OF ELI SABAG, FOR AN ORDER PURSUANT TO 28 U.S.C.&#167; 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | ) ) ) ) ) ) |

No. 1:19-mc-00084-JPH-TAB

**COURTROOM MINUTE FOR SHOW CAUSE HEARING ON APRIL 11, 2023**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appeared by counsel on April 11, 2023, for a show cause hearing. Argument held regarding Intervenor Lars Windhorst to show cause why sanctions are not appropriate for violating this Court's order in Filing No. 105. Related issues also addressed.

The Court took the matter under advisement and encouraged counsel to attempt to reach a resolution.

Date: 4/11/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.