UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:                                          )
                                                )
APPLICATION OF ELI SABAG, FOR AN                )        No. 1:19-mc-00084-JPH-TAB
ORDER PURSUANT TO 28 U.S.C. § 1782 TO           )
CONDUCT DISCOVERY FOR USE IN                    )
FOREIGN PROCEEDINGS                             )
                                                )

**ORDER ON JUNE 14, 2023, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel June 14, 2023, for a settlement conference.

Settlement discussions were held, and this case is settled.  Therefore, any pending motions are

denied as moot, and all previously ordered dates relating to discovery, filings, schedules,

conferences, and trial, if any, are vacated.  The parties shall file a stipulation of dismissal within

14 days.

Date: 6/15/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email